# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-CR-20106-SCOLA

UNITED STATES OF AMERICA

vs.

**MARTIN VALDES** *et al.*

_____/

### MOTION TO UNSEAL

The government hereby moves this Court to unseal the Indictment and all accompanying documents in this case. These documents were ordered sealed "until the arrest of the defendants or further order of this Court[.]" Because the reason provided for sealing is no longer applicable, it is no longer necessary to maintain the Indictment under seal.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: _____

LAUREN M. ELFNER
JOSHUA D. ROTHMAN
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
Court ID Numbers A5502478, A5502447
450 Fifth St. NW, Suite 6400S
Washington, DC 200001
Tel. 202 305-7171; 202 514-1586
E-mail: Lauren.M.Elfner@usdoj.gov
        Joshua.D.Rothman@usdoj.gov