UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20106-SCOLA

UNITED STATES OF AMERICA

vs.

MARTIN VALDES, *et al.*
_____/

## ORDER

This matter is before the Court on the Motion of the United States to Unseal the Indictment in this case, and having reviewed the file and being fully advised in the premises, it is:

ORDERED AND ADJUDGED that the motion is hereby granted. The Indictment and all accompanying documents in this case are hereby unsealed.

DONE AND ORDERED at Miami, Florida, this 8th day of March, 2021.

HONORABLE JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc: Lauren M. Elfner, U.S. Department of Justice
Joshua D. Rothman, U.S. Department of Justice