UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

vs.   CASE NO.1:21-cr-20106-SCOLA/GOODMAN

MARTIN VALDES,
FIDALGIS FONT,
JULIO LOPEZ, and
DUNIEL TEJEDA,

    Defendants.
_____/

## NOTICE OF PERMANENT APPEARANCE

**GUSTAVO D. LAGE**, a member in good standing of the Florida Bar and a member of the Federal Bar admitted to practice in the Southern District of Florida, hereby enters his appearance on behalf of himself and SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEZ & MACHADO LLP, as attorney of record for the Defendant, **MARTIN VALDES,** for representation through the trial and appeal of this matter.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 9, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day via transmission of Notice of Electronic Filing generated by CM/ECF to: Joshua D. Rothman, AUSA, (Joshua.D.Rothman@usdoj.gov) and Lauren M. Elfner, AUSA, (Lauren.Elfner@usdoj.gov), Department of Justice, Consumer Protection Branch, 450

5th Street, N.W., Suite 6400 S, Washington, DC 20530.

        Respectfully submitted,

        SANCHEZ-MEDINA,
        GONZALEZ,QUESADA
        LAGE, GOMEZ & MACHADO LLP
        201 Alhambra Circle, Suite 1205
        Coral Gables, Florida 33134
        Telephone: (305) 377-1000
        Telecopier: (305) 441-2730
        E-Mail: glage@smgqlaw.com
        Attorneys for **MARTIN VALDES**

        By: S/Gustavo D. Lage_____
            GUSTAVO D. LAGE, ESQ.
            Fla. Bar No. 972551