# MINUTE ORDER

Page 2

## Chief Magistrate Judge John J. O'Sullivan

Atkins Building Courthouse - 5th Floor _Released_   Date: 3/10/21   Time: 1:00 p.m.

Defendant: 1) Martin Valdes   J#: 33847-509   Case #: 21-20106-CR-SCOLA

AUSA: _Josh Rothman_   Attorney: Gustavo Lage, Retained

Violation: Conspiracy to Commit Mail and Wire Fraud, Mail Fraud, Money Laundering, False Statements   Surr/Arrest Date: 3/10/21   YOB: 1955

Proceeding: Initial Appearance _& Arraignment_   CJA Appt: ___

Bond/PTD Held: ☐ Yes ☒ No   Recommended Bond: ___

Bond Set at: ___   Co-signed by: _Alexis Valdes_

☒ Surrender and/or do not obtain passports/travel docs   Language: _English_

☒ Report to PTS as (directed)/or ___ x's a week/month by phone: ___ x's a week/month in person

☒ Random urine testing by Pretrial Services ___
    Treatment as deemed necessary

☒ Refrain from excessive use of alcohol

☒ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☒ No firearms

☐ Not to encumber property

☒ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: ___

☒ Other: _No empl clinical^research field._

Disposition:
_△ consents H.C._
_Brady Warning_

_Govt - Stip._
_$175K Psb. Court_
_Sets. Bond papers_
_due Mon. at noon._

Reading of Indictment Waived ✓
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order Requested

_△ instructed to_
_rpt to 9th floor_
_US PO upon release._

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel: ___
PTD/Bond Hearing: ___
Prelim/Arraign or Removal: ___
Status Conference RE: ___

D.A.R. _13:20:46_   Time in Court: _5_

s/John J. O'Sullivan   Chief Magistrate Judge