UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20106-CR-SCOLA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARTIN VALDES,
FIDALGIS FONT,
JULIO LOPEZ, and
DUNIEL TEJEDA,

    Defendants.
_____/

## NOTICE OF APPEARANCE

The United States of America, by and through the undersigned, Assistant United States Attorney Nicole Grosnoff, hereby files this Notice of Appearance for the purpose of addressing asset forfeiture matters in this case.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:    */s/ Nicole Grosnoff*
    Nicole Grosnoff
    Assistant United States Attorney
    Court ID No. A5502029
    nicole.s.grosnoff@usdoj.gov
    U.S. Attorney's Office
    99 Northeast Fourth Street, 7th Floor
    Miami, Florida 33132-2111
    Telephone: (305) 961-9294
    Facsimile: (305) 536-4089