OREXO

APPROVED: **Nov 26, 2013**
COPERNICUS GROUP IRB

# CLINICAL STUDY PROTOCOL

### Induction, STabilization, Adherence and Retention Trial (ISTART) - A randomized non-inferiority multicenter study to assess early treatment efficacy of OX219 versus SUBOXONE® Film and to explore switching between treatments

| | |
|---|---|
| IND No. | 110637 |
| Drug Substance | Buprenorphine/Naloxone (BUP/NAL) |
| Indication: | Opioid dependence |
| Phase: | IIIb |
| Document No.: | 10 3529/04 |
| Sponsor Trial Code: | OX219-006 |
| Date | 14 November 2013 |

Principal Investigator    Erik Gunderson, MD, FASAM
Assistant Professor, Department Psychiatry & Neurobehavioral Sciences and Department of Medicine

University of Virginia
PO Box 800623
Charlottesville, VA 22911
+1 434-202-8612 office
+1 434-973-7031 fax
+1 917-856-1631 mobile
erikgunderson@virginia.edu

Sponsor    Orexo AB
PO Box 303
SE-751 05 Uppsala
Sweden
Tel: +46 (0)18 780 88 00
Fax: +46 (0)18 780 88 88
(Visit: Virdings allé 32 A, Uppsala)

**CONFIDENTIAL:** This document is the property of Orexo AB. No information contained herein may be disclosed without written approval from Orexo AB.

GOVERNMENT EXHIBIT **064**

Clinical Study Protocol, OX219-006                                OREXO

Version History

| Amendment | Date | Updates |
|-----------|------|---------|
| 1 | 1 July 2013 | Administrative update to address inconsistencies between Schedule of Events and text; allowance for 1.4/0.36mg OX219 dose on Day 3, clarification of switching regimen on Days 22 and 29 |
| 2 | 4 October 2013 | Removal of option to combine Screening and Day 1 visits (and use of urine dipsticks as a result); clarification of methadone allowance; addresses inconsistencies between Schedule of Events and text; increase of Screening window from 7 to 14 days; addition of Taste, Mouthfeel & Acceptability assessments post-dose on Days 3, 15, 22 & 29; clarification of Inclusion #9. |
| 3 | 14 November 2013 | Removal of options to switch dose on Days 22 & 29; contraction of study from 36 Days to 22 Days (and reduction of potential study visits from 9 to 7) |

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 2 of 107   ORX-DOJ000002349

GOV_02640975

# PROTOCOL SYNOPSIS

| | |
|---|---|
| **Study Title:** Induction, STabilization, Adherence and Retention Trial (ISTART) - A randomized, non-inferiority, multicenter study to assess early treatment efficacy of OX219 versus SUBOXONE® Film and to explore switching between treatments | |
| **Sponsor Protocol No:** OX219-006 | |
| **Phase:** IIIb | |
| **Name of Active Ingredient:** Buprenorphine/Naloxone (BUP/NAL) | |
| **Name of Finished Product:** Zubsolv (OX219) | |
| **Principal Investigator:** Erik Gunderson, MD, FASAM | |
| **Study Center:** Multicenter in the United States (US) | |
| **Planned Study Period (Estimated):** Start of screening:  August 2013<br><br>Last subject completed:  February 2014 (estimated) | |

**Objectives**

Primary objective:  To assess retention in treatment after induction and stabilization at Day 15

Secondary objectives:

- To assess treatment effects on opioid withdrawal symptoms
- To assess treatment effects on opioid cravings
- To assess treatment effects on illicit drug use
- To assess treatment effects on addiction severity
- To assess treatment effects on constipation
- To evaluate formulation acceptability and preference of OX219 compared to SUBOXONE® Film
- To explore switching between SUBOXONE®® Film and OX219
- To assess the safety and tolerability of OX219
- To assess quality of life (QoL) and health economic outcomes (HEOs)

**Investigational Medicinal Products:**

*Induction treatment:*

Buprenorphine 8 mg (generic) or OX219 5.7/1.4 mg buprenorphine/naloxone

Buprenorphine 2 mg (generic) or OX219 1.4/0.36 mg buprenorphine/naloxone

*Test product:*

OX219: 5.7/1.4 mg buprenorphine/naloxone

OX219: 1.4/0.36 mg buprenorphine/naloxone

*Comparator:*

SUBOXONE® Film, 2/0.5 mg, 8/2 mg

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 3 of 107   ORX-DOJ000002350

GOV_02640976

Clinical Study Protocol, OX219-006

OREXO

**Study Population:**

Opioid dependent adult male or female subjects ≥18 to 65 years of age

Number of Subjects Randomized: 708 subjects will be randomized to ensure a sample size of 674 eligible subjects (337 in each treatment arm) for the per-protocol set.

**Study Design and Schedule:**

This is a prospective, randomized, multicenter, parallel-group, active-controlled non-inferiority study comparing treatment efficacy and adherence of the sublingual (SL) tablets of OX219 versus SUBOXONE® Film during the first 15 days of treatment and to explore switching between OX219 and SUBOXONE® Film treatments. The study comprises 1 screening visit and up to 7 additional treatment visits: Day 1, Day 2, Day 3, Day 4, Day 8, Day 15 and Day 22.

Opioid addicted subjects will be recruited to the study and inducted on either generic BUP or OX219. On Day 3, the subjects on generic BUP will be switched to SUBOXONE® Film.

Subjects will be followed for 2 weeks. Doses will be titrated up to a maximal daily dose of 17.1/4.2 mg and 24/6 mg BUP/NAL for OX219 and SUBOXONE® Film, respectively, based upon clinical symptoms. On the Day 15 visit, all subjects will switch treatments according to a fixed conversion factor of 5.7/8, so that subjects who previously received SUBOXONE® Film will be given OX219 and subjects previously receiving OX219 will be given SUBOXONE® Film.

The Day 22 visit is the last visit in the study, and the subjects will be offered to continue in the follow-up study OX219-008.

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 4 of 107   ORX-DOJ000002351

GOV_02640977

**Summary of Main Inclusion Criteria:**

- Adult male and female subjects ($\geq$ 18 to 65 years old) able to read, comprehend, and sign the informed consent form and willingly provide written informed consent.

- Prepared to abstain from opioid utilization other than the study drug, and from other addictive drugs.

- Meet the criteria for opioid dependence as defined in the Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition, Text Revision (DSM-IV-TR).

- Have BUP negative urine drug screen (UDS) result before randomization.

- Have a negative urine pregnancy test at screening (females).

- Female subjects of childbearing potential willing to use a reliable method of contraception (e.g., hormonal, condom with spermicide, intrauterine device [IUD]) after the screening visit for the duration of the study. Females of non-childbearing potential who are either surgically sterile (hysterectomy, bilateral oophorectomy, bilateral salpingectomy, tubal ligation) or post-menopausal as defined by being at least 50 years of age and having had an absence of menses for at least 2 years (as confirmed by follicle-stimulating hormone [FSH] test at screening) are also allowed and not required to use contraception.

- Generally good health as determined by lack of clinically significant abnormalities in health assessments performed at screening.

**Summary of Main Exclusion Criteria:** Subjects must not meet any of the following criteria:

- Subject is pregnant, lactating, or planning to be pregnant during the study.

- Prescribed treatment with generic buprenorphine (BUP) monotherapy within 90 days prior to start of treatment.

- Participants who have been prescribed a daily dose of over 30 mg during the past week or who received the last prescribed dose of methadone less than 30 hours prior to start of treatment.

- Unwilling or unable to comply with the requirements of the protocol (e.g., pending incarceration) or are in a situation or condition that, in the opinion of the investigator, may interfere with participation in the study.

- Participating in any other clinical study in which medication(s) are being delivered or have used an investigational drug or device within the last 30 days.

- Any known allergy, sensitivity, or intolerance to BUP, NAL or any related drug, or history of any drug hypersensitivity or intolerance which in the opinion of the Investigator, would compromise the safety of the subject or the study.

- On the staff, affiliated with, or a family member of the staff personnel directly involved with this study.

- Participants with serious untreated Axis I DSM-IV-TR psychiatric comorbidity (those who are actively suicidal or homicidal, have untreated schizophrenia, etc.).

- A contra-indicated serious medical condition.

- Human immunodeficiency virus (HIV)-seropositive with a CD4+ count < 200 OR active acquired immune deficiency syndrome (AIDS) defining opportunistic infection in the last 120 days.

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 5 of 107    ORX-DOJ000002352

GOV_02640978

Clinical Study Protocol, OX219-006

OREXO

**Treatment Arms:**

| Arm | Days 1 to 2 (blinded) | Days 3 to 22 (open-label) |
|---|---|---|
| A (Test) | **OX219 BUP/NAL**<br>Day 1, 0-hour: 1.4/0.36 mg (1 x 1.4/0.36 mg)<br>Day 1, 1.5-hour: 4.2/1.08 mg (3 x 1.4/0.36 mg)<br>Day 2: 11.4/2.8 mg (2 x 5.7/1.4 mg) or 5.7/1.4 mg (1 x 5.7/1.4 mg) | **OX219 BUP/NAL**<br>Day 3: 11.4/2.8 mg (2 x 5.7/1.4 mg) or 5.7/1.4 mg (1 x 5.7/1.4 mg)<br>Days 4-22[a]: Individually titrated dose between 5.7/1.4 and 17.1/4.2 mg |
| B (Reference) | **Generic BUP**<br>Day 1, 0-hour: 2 mg (1 x 2 mg)<br>Day 1, 1.5-hour: 6 mg (3 x 2 mg)<br>Day 2: 16 mg (2 x 8 mg) or 8 mg (1 x 8 mg) | **SUBOXONE® Film**<br>Day 3: 16/4 mg (2 x 8/2mg) or 8/2 mg (1 x 8/2 mg)<br>Day 4-22[a]: Individually titrated dose between 8 and 24 mg |

[a] Doses will be freely titrated up to 17.1/4.2 mg BUP/NAL for OX219 and 24/6 mg BUP/NAL for SUBOXONE® Film.

All medications are administered sublingually.

**Treatment Duration:** Up to 36 days, including screening phase (up to 14 days); induction phase (2 days); treatment phase (20 days)

**Efficacy Variables:** Efficacy variables will include the following:

- Retention in treatment at Day 15 (primary endpoint)
- Retention in treatment at each visit
- Clinical Opiate Withdrawal Scale (COWS)
- Subjective Opiate Withdrawal Scale (SOWS)
- Craving visual analogue scale (VAS)
- Addiction Severity Index (ASI-Lite)
- Short form health survey, SF-36
- Clinical Global Impression (CGI)/Patient's Global Impression (PGI)
- Illicit opioid and non-opioid drug use as measured by UDS
- Work Productivity and Activity Impairment Questionnaire: Specific Health Problem (WPAI:SHP)
- Acceptability and preference assessments of the formulations

**Safety Variables:**

Adverse events (AEs), safety laboratory results, vital signs (including blood pressure, heart rate and respiration rate), Columbia Suicidal Severity Rating Scale (C-SSRS), assessment of concomitant pain scale (numerical rating scale [NRS]), patient assessment of constipation symptoms (PAC-SYM).

**Statistical Analysis:**

Sample size determination: The sample size calculation was conducted using nQuery + nTerim 2.0. A sample size of 708 subjects is required to ensure that the lower confidence limit of the 2-tailed 95% confidence interval, for the true difference (test treatment - reference treatment) in the percentage of subjects retaining study treatment at Day 15 lies above – 10%. This corresponds to a 2-group large-sample normal approximation test of proportions with 90% power and a 1-sided 2.5% level of significance, assuming an 80% response rate for retention in treatment at Day 15.

Previous studies inducing subjects on BUP treatment indicate that 80% retention at Day 15 is a reasonable assumption. Under the assumption that 5% of subjects will not be eligible for the per-

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 6 of 107   ORX-DOJ000002353

GOV_02640979

Clinical Study Protocol, OX219-006

orexo

protocol set, a total of 708 subjects will be randomized to ensure a sample size of 674 eligible subjects (337 in each treatment arm) for the per-protocol set.

Statistical methods:

*Efficacy evaluation:*  All efficacy variables will be assessed using the full analysis set.  The only variable to be assessed using the per-protocol analysis set will be the primary efficacy endpoint, and for this endpoint the per-protocol analysis set will be considered the principal analysis population for the assessment of non-inferiority.  The full analysis set will be the principal analysis population to assess superiority for OX219 for the primary endpoint.

*Safety evaluation:*  All safety evaluations will be performed using the safety population.

**Interim Analysis:** None planned

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 7 of 107  ORX-DOJ000002354

GOV_02640980

## CONTENTS

**CLINICAL STUDY PROTOCOL** ........................................................................................... 1

**PROTOCOL SYNOPSIS** ..................................................................................................... 3

**TABLES** ............................................................................................................................ 11

**FIGURES** .......................................................................................................................... 11

**LIST OF ABBREVIATIONS AND DEFINITION OF TERMS** ........................................ 12

**1    INTRODUCTION** ...................................................................................................... 14

**2    STUDY OBJECTIVES** .............................................................................................. 15

2.1    Primary Objective ....................................................................................................... 15

2.2    Secondary Objectives .................................................................................................. 15

**3    INVESTIGATIONAL PLAN** ................................................................................... 16

3.1    Study Design ............................................................................................................... 16

3.1.1    Screening Visit ........................................................................................................ 20

3.1.2    Day 1 Visit (Start of Treatment) ............................................................................ 21

3.1.3    Day 2 Visit .............................................................................................................. 22

3.1.4    Day 3 Visit .............................................................................................................. 23

3.1.5    Day 4 Visit .............................................................................................................. 23

3.1.6    Days 8 and 15 ......................................................................................................... 24

3.1.7    Day 22, End-of Study Visit .................................................................................... 25

3.1.8    Premature Discontinuations ................................................................................... 26

3.1.9    Unscheduled Contacts ............................................................................................ 26

3.2    Selection of Study Design ........................................................................................... 26

3.2.1    Overall Study Design .............................................................................................. 26

3.2.2    Subject Population ................................................................................................... 27

3.2.3    Doses and Comparator ............................................................................................ 27

3.2.4    Blinding ................................................................................................................... 29

**4    SELECTION OF STUDY POPULATION** ............................................................... 30

4.1    Inclusion Criteria ........................................................................................................ 30

4.2    Exclusion Criteria ....................................................................................................... 30

4.3    Restrictions .................................................................................................................. 31

4.3.1    Illicit Drugs and Opioid Use .................................................................................. 31

4.3.2    Food ......................................................................................................................... 32

4.3.3    Medication ............................................................................................................... 32

4.3.4    Contraception .......................................................................................................... 32

4.3.5    Other Restrictions ................................................................................................... 32

4.4    Withdrawal of Subjects ............................................................................................... 32

**5    MEDICINAL PRODUCTS** ....................................................................................... 34

5.1    Drug Identification ...................................................................................................... 34

5.1.1    Investigational Medicinal Products ........................................................................ 34

5.1.2    Supportive Medication ............................................................................................ 35

5.2    Packaging and Labelling ............................................................................................. 36

OX219-006 Amendment 3, 14 November 2013

**CONFIDENTIAL**
SUBJECT TO PROTECTIVE ORDER

**Gov't Ex. 64**
**Page 8 of 107**   ORX-DOJ000002355
GOV_02640981

| 5.3 | Randomization and Dosing | 36 |
|---|---|---|
| 5.4 | Storage Conditions | 36 |
| 5.5 | Drug Accountability/Assessment of Treatment Compliance | 36 |
| **6** | **STUDY PROCEDURES** | **37** |
| 6.1 | Subject Information and Informed Consent | 37 |
| 6.2 | Demographic Data, Medical History, and Opioid Use/Dependence | 37 |
| 6.3 | Previous and Concomitant Medications, | 37 |
| 6.4 | Vital Signs Measurements and Pulse Oximetry | 37 |
| 6.5 | Physical Examination | 38 |
| 6.6 | Electrocardiogram | 38 |
| 6.7 | Safety Laboratory Sampling | 38 |
| 6.8 | Virology Screening | 38 |
| 6.9 | Urine Sampling | 38 |
| 6.9.1 | Urinalysis | 38 |
| 6.9.2 | Urine Drug Screen | 38 |
| 6.9.3 | Urine Pregnancy Test | 39 |
| 6.10 | Retention in Treatment | 39 |
| 6.10.1 | Retention by Visit | 39 |
| 6.10.2 | Retention by Treatment Day | 39 |
| 6.11 | Clinical Opioid Withdrawal Scale | 39 |
| 6.12 | Subjective Opiate Withdrawal Scale | 39 |
| 6.13 | Craving Visual Analogue Scale | 40 |
| 6.14 | Self Report of Substance Use | 40 |
| 6.15 | Addiction Severity Index - Lite | 40 |
| 6.16 | Pain Assessment | 40 |
| 6.17 | Quality of Life Assessments | 40 |
| 6.18 | Health Economic Outcomes | 40 |
| 6.19 | Suicidal Assessments | 40 |
| 6.20 | Clinical Global Impression/Patient's Global Impression | 41 |
| 6.21 | Patient Assessment of Constipation – Symptoms (PAC-SYM) | 41 |
| 6.22 | Assessment of Subject Acceptability and Preference of Products | 41 |
| 6.23 | Dose Titration | 42 |
| **7** | **ADVERSE EVENTS** | **44** |
| 7.1 | Definitions | 44 |
| 7.1.1 | Adverse Event | 44 |
| 7.1.2 | Adverse Reaction | 44 |
| 7.1.3 | Unexpected Adverse Reaction | 44 |
| 7.1.4 | Serious Adverse Event | 44 |
| 7.1.5 | Suspected Unexpected Serious Adverse Reaction | 45 |
| 7.2 | Adverse Event Reporting Period | 45 |
| 7.3 | Collection of Adverse Event Data | 45 |

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 9 of 107   ORX-DOJ000002356

GOV_02640982

| 7.4 | Recording of Adverse Events | 45 |
| 7.4.1 | Serious Adverse Event Reporting Procedures | 46 |
| 7.5 | Follow-up of Unresolved Adverse Events | 47 |
| 7.6 | Pregnancy | 47 |
| **8** | **STUDY DOCUMENTS, RECORD KEEPING, SOURCE DATA, AND CRF** | **49** |
| 8.1 | Protocol and Informed Consent Form | 49 |
| 8.2 | Protocol and Informed Consent Changes | 49 |
| 8.3 | Records | 49 |
| 8.4 | Source Data and CRF | 50 |
| **9** | **DATA MANAGEMENT** | **51** |
| **10** | **STATISTICAL METHODS** | **52** |
| 10.1 | Objectives, Endpoints, and Planned Analyses | 52 |
| 10.2 | Study Populations | 54 |
| 10.3 | Study Disposition | 55 |
| 10.4 | Demographics | 55 |
| 10.5 | Statistical Methods for Efficacy Analyses | 55 |
| 10.5.1 | Adverse Events | 58 |
| 10.5.2 | Clinical Laboratory Evaluations | 58 |
| 10.5.3 | Vital signs | 59 |
| 10.5.4 | Pain assessment, numerical rating scale | 59 |
| 10.5.5 | Columbia Suicide Severity Rating Scale | 59 |
| 10.5.6 | Physical Examination | 59 |
| 10.5.7 | Patient Assessment of Constipation – Symptoms (PAC-SYM) | 59 |
| 10.6 | Determination of Sample Size | 59 |
| **11** | **QUALITY CONTROL AND QUALITY ASSURANCE** | **60** |
| 11.1 | Quality Control | 60 |
| 11.1.1 | Monitoring | 60 |
| 11.1.2 | Internal quality control procedures | 60 |
| 11.2 | Quality Assurance Audits and Inspections | 60 |
| 11.3 | Training of Staff | 60 |
| **12** | **ETHICAL CONSIDERATIONS** | **61** |
| 12.1 | Risk-Benefit Assessment | 61 |
| 12.2 | Ethical Conduct of the Study | 61 |
| 12.2.1 | Subject Information and Consent | 61 |
| 12.2.2 | Subject Safety | 61 |
| 12.2.3 | Subject Data Protection | 61 |
| 12.3 | Ethical Review | 62 |
| **13** | **REFERENCES** | **63** |
| **14** | **APPENDICES** | **64** |
| 14.1 | Appendix A: Protocol Signatures | 64 |
| 14.1.1 | Protocol Signature – Sponsor's Responsible Medical Officer | 64 |

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

ORX-DOJ000002357

GOV_02640983

14.1.2   Protocol Signature – Study Statistician ...................................................................................... 65

14.1.3   Protocol Signature – Principal Investigator .................................................................................. 66

14.2   Appendix B: Clinical Laboratory Evaluations ................................................................................. 67

14.3   Appendix C: Dosing Instructions .................................................................................................... 69

14.3.1   OX219 ......................................................................................................................................... 69

14.3.2   SUBOXONE® Film ...................................................................................................................... 69

14.4   Appendix D: Clinical Opioid Withdrawal Scale (COWS) ................................................................ 71

14.5   Appendix E: Self Report of Substance Use .................................................................................... 73

14.6   Appendix F: Addiction Severity Index – Lite .................................................................................. 74

14.7   Appendix G: Columbia Suicide Severity Rating Scale .................................................................... 86

14.8   Appendix H: SF-36 v2 ..................................................................................................................... 91

14.9   Appendix I: Clinical Global Impression and Patient's Global Impression Scales........................... 97

14.10   Appendix J: Work Productivity and Activity Impairment Questionnaire: Specific Health Problem v2.0 (WPAI:SHP)................................................................................................................................ 98

14.11   Appendix K: DSM-IV-TR, Criteria for Substance Dependence and DSM –5, Criteria for Opioid Use Disorder ................................................................................................................................... 100

14.12   Appendix L: The Subjective Opiate Withdrawal Scale (SOWS) .................................................. 103

14.13   Appendix M: Patient Assessment of Constipation – Symptoms (PAC-SYM)............................... 104

14.14   Appendix N: Taste, Mouthfeel and Acceptability Questions ...................................................... 105

14.15   Appendix O: Preference Questions ............................................................................................. 107

**TABLES**

TABLE 1. TREATMENT SCHEDULE ................................................................................................................ 16

TABLE 2. SCHEDULE OF EVENTS ................................................................................................................ 18

TABLE 3. CONVERSION TABLE, SUBOXONE® FILM TO/FROM OX219 (WITH TABLET/FILM COUNTS) ............................ 28

TABLE 4. INITIAL CONVERSION TABLE, SUBOXONE® FILM TO/FROM OX219 ................................................... 34

TABLE 5. OX219-006 TREATMENT REGIMEN ............................................................................................... 35

TABLE 6. ALLOWED AND EQUIVALENT DOSE LEVELS OF OX219 AND SUBOXONE® FILM, DAYS 4 TO 22 .................. 42

TABLE 7. OBJECTIVES, ENDPOINTS, AND STATISTICAL ANALYSES ................................................................. 52

**FIGURES**

FIGURE 1. OVERVIEW OF STUDY DESIGN .................................................................................................... 17

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 11 of 107   ORX-DOJ000002358

GOV_02640984

OREXO

## LIST OF ABBREVIATIONS AND DEFINITION OF TERMS

| Abbreviation/term | Definition |
| --- | --- |
| AE | adverse event |
| AIDS | acquired immune deficiency syndrome |
| ALT | alanine aminotransferase |
| ANCOVA | analysis of covariance |
| ASI-Lite | Addiction Severity Index-Lite |
| AST | aspartate aminotransferase |
| ATC | Anatomical Therapeutic Chemical |
| bpm | beats per minute |
| BUP | buprenorphine |
| CGI | clinical global impression |
| CI | confidence interval |
| CRA | clinical research associate |
| CRF | case report form |
| CRO | contract research organization |
| COWS | Clinical Opiate Withdrawal Scales |
| CS | clinically significant |
| CSR | clinical study report |
| C-SSRS | Columbia Suicide Severity Rating Scale |
| CYP3A4 | Cytochrome P450 3A4 |
| DSM-IV-TR | Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition, Text Revision |
| DSM-5 | Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition |
| eCRF | electronic case report form |
| ECG | electrocardiogram |
| EDC | electronic data capture |
| EMR | electronic medical record |
| FDA | Food and Drug Administration |
| FSH | follicle stimulating hormone |
| GCP | good clinical practice |
| hCG | human chorionic gonadotropin |
| HEO | health economic outcome |
| HIV | human immunodeficiency virus |
| IB | investigator's brochure |
| IC | informed consent |
| ICF | informed consent form |
| ICH | International Conference on Harmonisation |
| IMP | investigational medicinal product |
| IRB | institutional review board |
| IRT | interactive response technology |
| IUD | intrauterine device |
| MedDRA | Medical Directory for Regulatory Activities |
| mg | milligram |
| mm | millimeter |
| mmHg | millimeters mercury |
| ms | millisecond |
| mv | millivolt |
| NAL | naloxone |
| NCS | not clinically significant |
| NRS | numerical rating scale |

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 12 of 107   ORX-DOJ000002359
GOV_02640985

Clinical Study Protocol, OX219-006

OREXO

| Abbreviation/term | Definition |
|---|---|
| PGI | patient global impression |
| QoL | quality of life |
| QTc | corrected QT interval |
| SAE | serious adverse event |
| SAP | statistical analysis plan |
| SF-36 (v2) | A specific short-form health survey with 36 questions (version 2) |
| SL | sublingual |
| SOWS | Subjective Opioid Withdrawal Scale |
| SOP | standard operating procedure |
| SUSAR | suspected unexpected serious adverse reaction |
| TEAE | treatment emergent adverse event |
| UDS | urine drug screen |
| ULN | upper limit of normal |
| US | United States |
| VAS | visual analogue scale |
| WCT | Worldwide Clinical Trials |
| WHO | World Health Organization |
| WPAI:SHP | Work Productivity and Activity Impairment Questionnaire: Specific Health Problem |

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 13 of 107   ORX-DOJ000002360
GOV_02640986

Clinical Study Protocol, OX219-006

OREXO

# 1   INTRODUCTION

The study is a randomized non-inferiority study to be conducted in 708 opioid-dependent adult subjects to assess treatment efficacy of OX219 versus SUBOXONE® Film and to explore switching between treatments.

OX219 is a BUP/naloxone (NAL) sublingual (SL) tablet developed by Orexo for treatment of opioid dependence. Buprenorphine is a partial μ-opioid receptor agonist, which relieves cravings by attaching to opioid receptors. Naloxone, a full μ-opioid receptor antagonist, has been added to deter parenteral abuse of the medication. When administered parenterally, naloxone produces withdrawal symptoms in people dependent on full opioid agonists. Owing to low sublingual bioavailability, the naloxone has no or insignificant systemic effects when taken sublingually.

Sublingual BUP and BUP/NAL combinations have been registered for treatment of opioid dependence since 2002 (SUBOXONE® Tablet) in the United States (US). OX219 was developed as an alternative to SUBOXONE®, based on a formulation providing a shorter dissolve time and improved taste masking of the bitter active ingredients. Pharmacokinetic analyses have documented that OX219 in a dose of 5.7/1.4 mg produced equivalent BUP and similar NAL exposure to SUBOXONE® Tablet 8/2 mg. OX219 had significantly better taste and overall acceptance ratings than for both SUBOXONE® Tablet and Film and a higher overall preference over both these formulations. In total, 5 studies have been performed on OX219 with 326 single-dose exposures in healthy volunteers under naltrexone block.

The BUP/NAL combination products currently approved in the US are indicated only for maintenance treatment of opioid dependence. However, in US clinical practice, as evidenced in the national BUP treatment guideline developed by the Office of Evaluation, Scientific Analysis and Synthesis under the Center for Substance Abuse Treatment (TIP 40) [4], BUP/NAL combinations are recommended also for induction of treatment in most opioid-dependent patients, but this use today is not a listed indication. In another study, OX219-007, Orexo will determine whether the OX219 BUP/NAL combination is non-inferior with regards to retention in treatment to a pure BUP formulated SL tablet in the induction phase during the first 2 days of treatment.

OX219 was originally developed in a focused clinical pharmacokinetic program based on a comparison to the SUBOXONE® Tablet. SUBOXONE® tablet is, however, being withdrawn from the market, and the most commonly used BUP/NAL product envisaged at the time of the OX219 launch is the SUBOXONE® Film. Patient adherence to sublingual BUP/NAL therapy may be enhanced by improving product attributes such as taste and dissolve time. Increasing adherence of opioid-addicted patients to the BUP/NAL treatment is important, as it may lower relapse rate and prevent future illicit opioid drug usage once patients have been stabilized on treatment.

In recent studies, Orexo has established that OX219 is associated with a faster sublingual dissolve time compared to the SUBOXONE® Tablet, and that is rated as having a better taste by most study participants. In a further trial, study participants rated product attributes such as overall acceptability, taste masking, after taste experience, mouth-feel, and ease of administration higher for OX219 than for SUBOXONE® Film. However, these trials were not designed to assess the relationship between patient perception of product attributes and clinical outcome, as determined by retention in treatment.

The purpose of the current study is to assess non-inferiority between OX219 and SUBOXONE® Film with regards to retention in treatment during induction and stabilization during the first 15 days of treatment. A secondary objective with the study is to explore switching from SUBOXONE® Film to OX219 after the stabilization phase. All subjects randomized into the current study that complete the final study visit will be offered to continue treatment in a separate open-label study (OX219-008), which will be used to assess long-term treatment adherence for 24 weeks.

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 14 of 107   ORX-DOJ000002361

GOV_02640987

## 2   STUDY OBJECTIVES

### 2.1   Primary Objective

The primary objective is to assess retention in treatment after induction and stabilization at Day 15.

The primary endpoint is the proportion of randomized subjects retained in treatment at the Day 15 visit.

### 2.2   Secondary Objectives

The secondary objectives are:

- To explore switching between SUBOXONE® Film and OX219
- To assess treatment effects on opioid withdrawal symptoms
- To assess treatment effects on opioid cravings
- To assess treatment effects on illicit drug use
- To assess treatment effects on addiction severity
- To assess treatment effects on constipation
- To evaluate formulation acceptability and preference of OX219 compared to SUBOXONE® Film
- To assess the safety and tolerability of OX219
- To assess quality of life (QoL) and health economic outcomes (HEOs)

Specification of endpoints and planned analyses are available in Section 10.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 15 of 107   ORX-DOJ000002362

GOV_02640988

## 3   INVESTIGATIONAL PLAN

### 3.1   Study Design

This is a prospective, randomized, multicenter, parallel-group, active-controlled, non-inferiority study to assess early treatment efficacy of OX219 versus SUBOXONE® Film. The study comprises 1 screening visit and 7 treatment visits: Day 1, Day 2, Day 3, Day 4, Day 8, Day 15 and Day 22.

The total study period for each subject will be up to 36 days from signing the informed consent (IC) at the screening visit, including the screening phase (up to 14 days), induction phase (2 days), and treatment phase (20 days).

The study will be performed at selected sites in the United States.  Approximately 787 opioid-dependent adult subjects will be screened to randomize at least 708 subjects to ensure 674 subjects are available for analysis of the primary efficacy endpoint (337 in each treatment arm).

**Table 1. Treatment Schedule**

| Study Day | Treatment |
|---|---|
| Day 1 and Day 2: | OX219 or Generic BUP |
| Day 3: | OX219 or SUBOXONE® Film (switched from Generic BUP) |
| Day 15: | Subjects must switch from SUBOXONE® Film to OX219 and from OX219 to SUBOXONE® Film |
| Day 22: | Last visit in study and patients will be offered to continue in follow-up study OX219-008 |

Opioid-addicted subjects will be recruited to the study and inducted on either generic BUP or OX219 in a 1:1 ratio.  On Day 3, the subjects on generic BUP will be switched to SUBOXONE® Film.

Subjects will be maintained on the current dose and followed until the Day 15 visit.  Doses will be freely titrated up to 17.1/4.2 mg and 24/6 mg BUP/NAL for OX219 and SUBOXONE® Film, respectively during this time.

On the Day 15 visit, all subjects on SUBOXONE® Film will be switched to OX219 and all subjects on OX219 will be switched to SUBOXONE® Film.

Day 22 is the end of study visit, and all subjects who have completed the study will be asked whether they would like to continue in the follow-up study OX219-008.

The primary efficacy endpoint is the proportion of randomized subjects retained in treatment at the Day 15 visit.

In addition to retention, the Clinical Opiate Withdrawal Scale (COWS) and Subjective Opiate Withdrawal Scale (SOWS), opioid cravings visual analogue scale (VAS), illicit drug use (urine screens), and addiction severity (Addiction Severity Index [ASI Lite], Clinical Global Impression [CGI], and Patient's Global Impression [PGI]) will be assessed.

Efficacy assessments include retention in treatment, opioid withdrawals and cravings, urine drug screens (UDS), and patient and clinician global impression.

The QoL and HEO will be evaluated by the Short Form-36 (SF-36), ASI-Lite, and the Work Productivity and Activity Impairment Questionnaire: Specific Health Problem (WPAI:SHP).

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 16 of 107   ORX-DOJ000002363

GOV_02640989

Clinical Study Protocol, OX219-006

Safety assessments include collection of adverse events (AEs) and vital signs (including blood pressure, heart rate, and respiration rate), suicidal assessment with the Columbia Suicidal Severity Rating Scale (C-SSRS), blood samples (clinical chemistry and hematology), urinalysis, and physical examinations. In addition, ongoing pain will be assessed with a numerical rating scale (NRS). Constipation will be assessed by the Patient Assessment of Constipations – Symptoms (PAC-SYM) scale.

Acceptability and preference of drug formulations will also be evaluated.

A schedule of events is available in **Table 2. Schedule of Events**

More detailed descriptions of study procedures are available beginning in Section **3.1.1.**

**Figure 1. Overview of Study Design**



On the Day 15 visit, all subjects will switch treatments according to a fixed conversion factor of 5.7/8, so that subjects who previously received SUBOXONE® Film will be given OX219 and subjects previously receiving OX219 will be given SUBOXONE® Film.

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 17 of 107   ORX-DOJ000002364
GOV_02640990

orexo

Clinical Study Protocol, OX219-006

**Table 2. Schedule of Events**

| Procedure / Study Day | Screening | Day 1 | Day 2 | Day 3 | Day 4 | Day 8* | Day15* | Day 22* | Premature Disc. |
|---|---|---|---|---|---|---|---|---|---|
| Informed consent | X[1] | | | | | | | | |
| Inclusion/exclusion criteria | X | | | | | | | | |
| Confirm diagnosis of opioid dependence (DSM-IV-TR) | X | X[2] | | | | | | | |
| Assessment of DSM-5 criteria | X | | | | | | | | |
| Demographic and baseline characteristics | X | | | | | | | | |
| Medical history | X | | | | | | | | |
| Previous and concomitant medication[3] | X | X | X | X | X | X | X | X | X |
| Self report of substance use opioid use | X | X | X | X | X | X | X | X | X |
| Physical examination[6] | X | | | | | | | X | X |
| ECG (12-lead) | X | | | | | | | | |
| Safety labs, virology | X | | | | | | | | |
| Safety labs (chemistry, hematology) | X | | | | | | | X | X |
| SF-36 v2[8] | X | | | | | | X | X | |
| ASI Lite[9] | X | | | | | | | X | X |
| Pain assessment (NRS) | X | | | | | X | X | X | |
| C-SSRS | X | | X | X | X | X | X | X | |
| PAC-SYM, constipation assessment | X | | | | | | X | X | |
| Safety urinalysis | X | | | | | | | X | X |
| Urine drug screen (drugs of abuse, BUP)[3,7] | X | X | X | X | X | X | X | X | X |
| Pregnancy test (female subjects)[7] | X | X | | | | | | X | |
| Study drug administration | | X[8] | X | X | X | X | X | X | |
| Drug accountability | | | | | | X | X | X | X |
| Dose titration assessment | | X[4,5] | X | X | X | X | | | |
| COWS and SOWS[7] | | X[5] | X | X | X | X | X | X | |
| Craving VAS[7] | | X[5] | X | X | X | X | X | X | |
| WPAI:SHP[?] | X | | | | | | | | |
| Taste, mouthfeel & acceptability (pre-dose)[10] | | | | | | | X | X | |
| Taste, mouthfeel & acceptability (post-dose)[10] | | | | X | | | | | |
| Overall formulation preference assessment | | | | | | | | X | |
| CGI-S (opioid dependence) | X | | | | | | | X | |
| CGI-I (opioid dependence) | | | | | | | | X | |
| PGI-I (opioid dependence) | | | | | | | | X | |
| Opioid Dependence Counseling documentation | X | | | | | | | | X |
| Vital signs (blood pressure, pulse rate, and respiratory rate) | X | X[5] | X | X | X | X | X | X | X |
| Pulse oximetry | X | | | | | | | | |
| Adverse events[7] | X | X | X | X | X | X | X | X | X |

\* The window for the Days 8, 15 and 22 visits is +/− 3 days

[1] May be up to 48 hours prior to screening visit.

OX219-006 Amendment 3, 14 November 2013

18 (107)

SUBJECT TO PROTECTIVE ORDER

ORX-DOJ000002365

**CONFIDENTIAL**

GOV_02640991

ORX-DOJ00002366

orexo

Clinical Study Protocol, OX219-006

[2] Reconfirmation of eligibility.

[3] Pre-dose all days

[4] To confirm a COWS score of at least 9 prior to dosing. A COWS score of 12 to 16 prior to dosing is recommended.

[5] Vital signs, COWS scores, SOWS score, and the craving VAS are collected pre-dose and at 0.5, 1.5, 3, and 6 hours after the first dosing (+/- 15 minutes for each timepoint).

[6] Includes check of sublingual area at screening.

[7] Done prior to dosing, if applicable.

[8] Drug prior to dosing, if applicable.

[9] Drug administration at Hour 0 and again at Hour 1.5 (+/-1 15 minutes, Day 1 only).

[9] Assessment should be completed when subject is NOT experiencing withdrawal symptoms and therefore may be completed after dosing on Day 1 if necessary.

[10] Assessments should be performed prior to dosing to evaluate formulation taken before the current visit. On Days 3 and 15 the assessment should also be done after that day's dosing to evaluate the dose just taken.

OX219-006 Amendment 3, 14 November 2013

19 (107)

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

GOV_02640992

Clinical Study Protocol, OX219-006 

### 3.1.1 Screening Visit

The screening visit is performed to determine if the subject is eligible to participate in the study and should include the following procedures:

- Informed consent: Note that the written consent should be collected prior to performing study-related procedures, such as blood sampling, etc. The IC may be collected up to 48 hours prior to the screening visit.
- Subject interview:
  - Check inclusion/exclusion criteria, including verifying the diagnosis of opioid dependence in accordance with Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition, Text Revision (DSM-IV-TR) criteria (Appendix K). The subject should also be assessed for DSM-5 (Appendix K), though inclusion in the present study will be based only upon DSM-IV.
  - Collect demographic data, medical history, and other baseline characteristics, including concomitant and previous medications.
  - Obtain current reported substance use and use of opioids.
- Physical examination, including vital signs and check of the sublingual area
- 12-lead electrocardiogram (ECG)
- Safety labs (including virology, hematology, and clinical chemistry)
- Safety urinalysis; urine pregnancy test (female subjects)
- Collect baseline data for QoL and HEO measurements and suicidality assessments, including:
  - ASI Lite
  - SF-36 v2
  - C-SSRS
  - Pain assessment (NRS)
  - CGI-S (Severity)
  - WPAI:SHP
  - PAC-SYM
- Urine drug screen (including test for BUP). Note that subjects currently using BUP should be excluded.
- Self-report of substance use/opioid use (past 30 days and lifetime)
- Pulse oximetry

Documentation as to whether the subject has received Opioid Dependence Counseling prior to screening should be captured.

<u>If the subject meets all other inclusion/exclusion criteria, the site still must wait for the results of the urine drug screen (including the BUP test) and other lab results *as reported by the central laboratory* prior to randomizing and dosing the subject. There will be no exceptions to this requirement.</u>

If the subject is eligible for participation in the study and is willing to participate, plan for the Day 1 visit. Optimally, the Day 1 visit should occur within 7 days of screening, though up to 14 days will be permitted.

To minimize the risk of precipitated withdrawal, subjects should be in the early stages of withdrawal before dosing on Day 1. Thus, subjects should be instructed to discontinue use of short acting opioids at least 12 hours prior to dosing and extended-release opioids 24 hours prior to dosing. Subjects who have been prescribed a daily dose of methadone over 30 mg during the past week or who received the last prescribed dose of methadone less than 30 hours

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 20 of 107   ORX-DOJ000002367

GOV_02640993

Clinical Study Protocol, OX219-006 

prior to start of treatment will be excluded from the study. Treatment with BUP is not allowed.

Psychosocial treatment (e.g., counseling, 12-step program, or similar) should be offered and recommended in accordance with the normal routines of the clinic/investigator.

### 3.1.2   Day 1 Visit (Start of Treatment)

The Day 1 visit (start of treatment) should be performed within 7 days of the screening visit when possible, however up to 14 days are permitted.

*Pre-dosing procedures:*

- Brief subject interview, concomitant medication review, and re-confirmation of eligibility (inclusion and exclusion criteria)
- Urine pregnancy test (female subjects)
- Urine drug screen (note that the UDS must be negative for BUP to dose the subject).
- Self report of substance use/opioid use (since last visit)
- Collection of baseline safety and efficacy parameters:
    - Vital signs
    - Craving VAS
    - SOWS
    - COWS (to confirm a COWS score of at least 9 prior to dosing.  A COWS score of 12 to 16 prior to dosing is recommended.)

*Randomization and dosing:*

Subjects with a COWS score < 9 prior to dosing should not be dosed.

Note that appearances of OX219 and the BUP reference product are different.  To maintain the blinding of the study (until the switch to SUBOXONE® Film on Day 3), the following drug handling procedures are vital:

- Dosing and handling of study medication must not be performed by the investigator or other qualified study staff member who is responsible for performing clinical assessments on Days 1 and 2.
- Subjects must not be given information enabling identification of the drug as either generic BUP or OX219.
- Subjects should be instructed not to discuss dosing or medication properties with anyone (including the treating physician) prior to dosing on Day 3.

In order to avoid unnecessary dropouts between randomization and dosing, randomization should be performed after all pre-dose eligibility assessments and collection of baseline data. Randomization and allocation of treatments are performed through an Interactive Response Technology (IRT) service (separate instructions to be provided).  The Days 1 and 2 doses will be provided in subject kits allocated through the IRT randomization procedure.

Dosing procedures:

1. Ensure that all pre-dose procedures have been performed.
2. Instruct the subject how to take the medication.
3. Administer the drug under supervision; place the tablet(s) under the tongue at the same time.
4. Note the time of administration.

The Day 1, 0-hour dose is 1.4/0.36 mg OX219 *or* 2 mg BUP, depending upon the study

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 21 of 107   ORX-DOJ000002368

GOV_02640994

Clinical Study Protocol, OX219-006 

course to which the subject has been randomized.

*Post-dosing procedures, Day 1:*

The subjects should remain close to the clinic/doctor's office for at least 6 hours following the initial dose of study medication.  Subjects are monitored for AEs and signs of precipitated withdrawal.

Vital signs, COWS scores, SOWS score, and the craving VAS are collected at 0.5, 1.5, 3, and 6 hours (+/- 15 minutes for each timepoint) after the first dosing.  In the absence of signs of precipitated withdrawal, the next dose of study medication is given directly after the 1.5-hour assessments.

The Day 1, 1.5-hour dose is 4.2/1.08 mg (3 x 1.4/0.36 mg) OX219 *or* 6 mg (3 x 2 mg) BUP (depending upon randomization).

After the 6-hour assessments, subjects may leave the clinic/office.  Provide the subject with contact information to the office/clinic before release and plan for potential additional contacts later in the day, as clinically relevant (e.g., phone follow-ups).

*Specific note on precipitated withdrawals:*

Precipitated withdrawal is characterized by a rapid increase in withdrawal symptoms after dosing (e.g., as measured by the COWS/SOWS).  Precipitated withdrawal after the first dose, as assessed by the investigator, should be treated at the discretion of the investigator.  The following is suggested:

- Extend the stay in the clinic as necessary to be able to better supervise the subject.
- Monitor withdrawal symptoms closely through the use of additional unscheduled COWS assessments.
- Divide the second dosing of study medication (the 1.5-hour dose) into 3 dosing occasions of 1.4/0.36 mg OX219 or 2 mg BUP each, 1 to 2 hours between doses, to avoid aggravating symptoms.
- The following supportive treatment should be considered in severe cases:
  - Clonidine (caution regarding hypotension)
  - Antiemetics for nausea
  - Non-steroidals for arthralgias and myalgias

### 3.1.3   Day 2 Visit

*Pre-dosing procedures:*

- Brief subject interview, including concomitant medication review, and collection/follow-up of AEs
- Collection of safety and efficacy parameters:
  - Vital signs
  - Craving VAS
  - COWS
  - SOWS
- Urine drug screen
- Self-report of substance use/opioid use (since last visit)

*Dosing:*

As on Day 1, dosing on Day 2 should be supervised by personnel other than the investigator or other qualified study staff member who is responsible for making clinical assessments.

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 22 of 107   ORX-DOJ000002369

GOV_02640995

Clinical Study Protocol, OX219-006 

The Day 2 dose is 11.4/2.8 mg (2 tablets) or 5.7/1.4 mg of OX219 *or* 16 mg (2 tablets) or 8 mg BUP given as a single dose. If there is no withdrawal or craving at Day 2, the Investigator may decide to give only 5.7/1.4 mg OX219 or 8 mg BUP (1 tablet).

Dosing procedures:

1. Ensure that all pre-dose procedures have been performed.
2. Instruct the subject how to take the medication.
3. Administer the drug under supervision; place both tablets under the tongue at once.
4. Note the time for administration.

### 3.1.4   Day 3 Visit

*Pre-dosing procedures:*

- Brief subject interview, including review of concomitant medication and collection/follow-up of AEs
- Collection of safety and efficacy parameters:
    – Vital signs
    – Craving VAS
    – COWS
    – SOWS
- Urine drug screen
- Self report of substance use/opioid use (since last visit)

*Dosing:*

Dosing on Day 3 is open-label.  The Day 3 dose is 11.4/2.8 mg (2 tablets) of OX219 or 16 mg (2 Films) of SUBOXONE® Film. If there is no withdrawal or craving at Day 3, the Investigator may decide to give only 5.7/1.4 mg of OX219 or 8/2 mg of SUBOXONE® Film (1 tablet/film).

Dosing procedures:

1. Ensure that all pre-dose procedures have been performed.
2. Instruct the subject how to take the medication.
3. Administer the drug under supervision; place both tablets/films under the tongue at once.
4. Note the time for administration.

*Post-dosing procedures:*

- Assess acceptability of drug formulation taken at *this* visit

### 3.1.5   Day 4 Visit

*Pre-dosing procedures:*

- Brief subject interview, including review of concomitant medication, and collection/follow-up of AEs.
- Collection of safety and efficacy parameters:
    – Vital signs
    – Craving VAS
    – COWS
    – SOWS
- Urine drug screen

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 23 of 107   ORX-DOJ000002370
GOV_02640996

Clinical Study Protocol, OX219-006 

- Self-report of substance use/opioid use (since last visit)

*Dosing:*

Dosing procedures:

1. Based on experiences from dosing on Days 1 to 3 and pre-dose craving and COWS/SOWS assessments, the Day 4 prescribed dose is determined by the investigator. Doses will be freely titrated by the investigator up to 17.1/4.2 mg and 24/6 mg BUP/NAL for OX219 and SUBOXONE® Film, respectively. The study drug is administered in the standard sublingual manner as a single dose once daily; however, if assessed as clinically more suitable, the dose may be divided in up to 3 doses during the day at the discretion of the investigator.
2. Ensure that all pre-dose procedures have been performed.
3. Administer the prescribed dose under supervision.

*Post-dosing procedures:*

- Dispense a sufficient amount of study medication to last until the next visit.
- Instruct subjects NOT to take the medication in the morning of the next visit, as this is to be administered at the clinic/office.

Note: Due to the risk of diversion and for assessment of treatment compliance, drug accountability is an important part of the study. The investigator is required to keep a thorough record of dispensed and returned medication and to perform a reconciliation of returned medication/empty tablet blisters or film pouches at each visit and record any discrepancies or unusual circumstances. Furthermore, the subject should be instructed to:

- Store the medication in a safe place.
- Bring remaining medication and empty blisters or pouches to each study visit.
- Note and report any unusual circumstances (missed doses, etc.).

### 3.1.6 Days 8 and 15

The acceptable time window for the Days 8 and 15 visits is ± 3 days. At the Day 15 visit, subjects will switch from their current medication (OX219/SUBOXONE® Film) to the opposite one.

*Pre-dosing procedures:*

- Brief subject interview, including review of concomitant medication and collection/follow-up of AEs.
- Obtain current reported substance use and use of opioids (since last visit)
- Collection of safety and efficacy parameters:
  - Vital signs
  - Craving VAS
  - COWS
  - SOWS
  - Pain assessment, NRS
  - Urine drug screen
  - Self report of substance use/opioid use
  - PAC-SYM (Day 15 only)
  - Assess acceptability of drug formulation taken *prior* to the visit (Day 15 only). The final assessment of acceptability and overall formulation preference occurs

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 24 of 107 ORX-DOJ000002371
GOV_02640997

Clinical Study Protocol, OX219-006 

on Day 22.

*Dosing procedures:*

1. Perform and document drug accountability for study medication (tablet/film count, empty blister/pouch count).
2. Based on the subject's experiences since previous visit and pre-dose craving and COWS assessments, perform adjustment of the prescribed dose if applicable.
3. Ensure that all pre-dose procedures have been performed.
4. Administer the prescribed dose under supervision. If assessed as clinically suitable, the dose may be divided in up to 3 doses during the day at the discretion of the investigator.

*Post-dosing procedures:*

- Assess acceptability of drug formulation taken at *this* visit (Day 15 only)

*Additional procedures:*

- C-SSRS
- Instruct subjects not to take the medication in the morning of the next visit, as this is to be administered at the clinic/office.

### 3.1.7   Day 22, End-of Study Visit

Procedures:

- Brief subject interview, including review of concomitant medication and collection/follow-up of AEs.
- Obtain current reported substance use and use of opioids (since last visit)
- Assess acceptability of drug formulation taken *prior* to the visit
- Collection of safety and efficacy parameters:
    - Vital signs
    - Craving VAS
    - COWS
    - SOWS
    - Urine drug screen
    - Self report of substance use/opioid use
    - PAC-SYM
    - Physical examination
    - Safety lab (clinical chemistry and hematology)
    - Urinalysis, safety
    - Urine pregnancy test (female subjects)
    - Pain assessment, NRS
- Collect data for QoL and HEO measurements and suicidality assessments, including:
    - ASI Lite
    - SF-36 v2
    - C-SSRS
    - CGI-S (severity)
    - CGI-I (improvement from baseline)

OX219-006 Amendment 3, 14 November 2013

**CONFIDENTIAL**
SUBJECT TO PROTECTIVE ORDER

**Gov't Ex. 64**
**Page 25 of 107**   ORX-DOJ000002372
GOV_02640998

Clinical Study Protocol, OX219-006 

    – PGI-I (improvement from baseline)
    – WPAI:SHP
- Documentation as to whether the subject has received Opioid Dependence Counseling
- Collection of remaining study medication/empty blisters/pouches and performance of final drug accountability.

*Post-dosing procedures:*

- Overall formulation preference assessment

### 3.1.8 Premature Discontinuations

A subject that has received at least 1 dose of study medication and who discontinues the study prematurely should be encouraged to return for a safety follow-up visit. The visit should include at least the following procedures:

- Brief subject interview, including review of concomitant medication and collection/follow-up of AEs.
- Vital signs
- Physical examination
- Safety lab (clinical chemistry and hematology)
- Urinalysis, safety
- Urine pregnancy test (female subjects)
- Collection of remaining study medication/empty blisters/pouches and performance of final drug accountability (if applicable)

If the subject discontinues the study during an ongoing visit, additional scheduled procedures for that visit should also be performed if the subject agrees to this.

### 3.1.9 Unscheduled Contacts

Additional visits or telephone contacts outside the visit schedule planned in the protocol may be required. In case of this, any study relevant data should be documented in the electronic case report form (eCRF), e.g.,:

- Reported AEs
- Change in concomitant medication
- Change in prescribed dose of study drug

## 3.2 Selection of Study Design

### 3.2.1 Overall Study Design

A randomized, parallel-group design was selected to have an adequately controlled study. Blinding of the initial induction treatment was employed because the endpoints could be sensitive for placebo/nocebo effects.

A 2-day BUP only induction period with a subsequent switch to SUBOXONE® Film on Day 3 was selected as reference treatment to correspond to currently approved label, and the design of the pivotal efficacy study for SL BUP/NAL[3], on which the current induction label is based.

As withdrawal symptoms and cravings are based on subjective assessments, blinding of the induction phase will be employed to reduce influence of comparator effects on the induction

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 26 of 107

ORX-DOJ000002373
GOV_02640999

Clinical Study Protocol, OX219-006 

treatment comparison.

Retention in treatment was chosen as the primary endpoint. The timeframe for the primary assessment, retention in treatment on Day 15 (i.e., the proportion of subjects receiving the Day 15 dose) was chosen as this was considered to be most sensitive for assessing difference between the treatment regimens.

### 3.2.2   Subject Population

Currently untreated subjects dependent on opioids were selected as this corresponds to the target population for induction and stabilization of BUP/NAL treatment.

### 3.2.3   Doses and Comparator

Table 3 presents the dose conversion, OX219 to SUBOXONE® Film.

Induction on generic BUP was chosen since the reference BUP product SUBUTEX is no longer marketed in the US. The induction regimen in the reference arm, with 8 mg BUP on Day 1 and 16 mg BUP on Day 2 was chosen to correspond to the pivotal efficacy study for SL BUP/NAL and based on currently approved label[3]. Equivalent BUP exposure between OX219 5.7/1.4 mg and SUBOXONE® Tablet 8/2 mg has previously been demonstrated in the clinical program of OX219 and doses in the OX219 test arm, 5.7/1.4 mg Day 1 and 11.4/2.8 mg Day 2, were selected to give a BUP exposure corresponding to BUP monotherapy 8 and 16 mg, respectively.

Day 3 dosing, 11.4/2.8 mg OX219, was chosen to correspond to the 16/4 mg SUBOXONE® dose used in the pivotal study for the SUBOXONE® Tablet, which also corresponds to the target dose according to the SUBOXONE® label[4]. As in clinical practice, doses are individually titrated from Day 4 and onwards. The allowed dose interval for titration, 5.7/1.4 mg to 17.1/4.2 mg, was selected to correspond to SUBOXONE® doses of 8/2 to 24/6 mg.

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 27 of 107   ORX-DOJ000002374
GOV_02641000

Clinical Study Protocol, OX219-006



**1.4/0.36 mg Label**

**Protocol No: OX219-006**

**OX219** 1.4 / 0.36 mg, sublingual tablet
**1.4** / 0.36 mg buprenorphine/naloxone
XX blister cards with 10 sublingual tablets in each

Batch No: XXXXXX        Store below 25°C
Manufacturing date:  XXXXXXXX

**Caution**: Investigational Drug – Limited by Federal (United States) Law to
Investigational Use.
Directions for Use: Administer as per Protocol.
**Sponsor**: Orexo AB, Address: Box 303, SE-751 05 Uppsala,
Sweden, Phone: +46 18 780 88 00

**5.7/1.4 mg Label**

**Protocol No: OX219-006**

**OX219** 5.7/1.4 mg, sublingual tablet
**5.7** / 1.4 mg buprenorphine/naloxone
XX blister cards with 10 sublingual tablets in each

Batch No: XXXXXX        Store below 25°C
Manufacturing date:  XXXXXXXX

**Caution**: Investigational Drug – Limited by Federal (United States) Law to
Investigational Use.
Directions for Use: Administer as per Protocol.
**Sponsor**: Orexo AB, Address: Box 303, SE-751 05 Uppsala,
Sweden, Phone: +46 18 780 88 00

**Table 3. Conversion Table, SUBOXONE® Film to/from OX219 (with Tablet/Film Counts)**

| OX219 dose level | | SUBOXONE® Film dose level | |
|---|---|---|---|
| **Dose** | **Number of tablets** | **Dose** | **Number of films** |
| 5.7/1.4 mg | 1 x 5.7/1.4 mg | 8/2 mg | 1 x 8/2 mg |
| 7.1/1.8 mg | 1 x 5.7/1.4 mg + <br> 1 x 1.4/0.36 mg | 10/2.5 mg | 1 x 8/2 mg + <br> 1 x 2/0.5 mg |
| 8.5/2.1 mg | 1 x 5.7/1.4 mg + | 12/3 mg | 1 x 8/2 mg + |

OX219-006 Amendment 3, 14 November 2013

**CONFIDENTIAL**
SUBJECT TO PROTECTIVE ORDER

**Gov't Ex. 64**
**Page 28 of 107**  ORX-DOJ000002375

GOV_02641001

Clinical Study Protocol, OX219-006



| OX219 dose level | | SUBOXONE® Film dose level | |
|---|---|---|---|
| Dose | Number of tablets | Dose | Number of films |
|  | 2 x 1.4/0.36 mg |  | 2 x 2/0.5 mg |
| 9.9/2.5 mg | 1 x 5.7/1.4 mg + 3 x 1.4/0.36 mg | 14/3.5 mg | 1 x 8/2 mg + 3 x 2/0.5 mg |
| 11.4/2.8 mg | 2 x 5.7/1.4 mg | 16/4 mg | 2 x 8/2 mg |
| 12.8/3.2 mg | 2 x 5.7/1.4 mg + 1 x 1.4/0.36 mg | 18/4.5 mg | 2 x 8/2 mg + 1 x 2/0.5 mg |
| 14.2/3.5 mg | 2 x 5.7/1.4 mg + 2 x 1.4/0.36 mg | 20/5 mg | 2 x 8/2 mg + 2 x 2/0.5 mg |
| 15.6/3.9 mg | 2 x 5.7/1.4 mg + 3 x 1.4/0.36 mg | 22/5.5 mg | 2 x 8/2 mg + 3 x 2/0.5 mg |
| 17.1/4.2 mg | 3 x 5.7/1.4 mg | 24/6 mg | 3 x 8/2 mg |

### 3.2.4   Blinding

Due to the different appearances of the test and reference treatments, and the unavailability of a placebo for the generic BUP tablet, achievement of identical appearance of test and reference treatments is not possible.  However, the following measures will be taken to maintain blinding of treatment on Days 1 and 2:

- Medication will be blinded by packaging of Day 1 and 2 study medications in identical packaging with blinded labels.
- To prevent subjects from recognizing the treatment as either BUP generic or OX219, the study will not include subjects previously treated with generic BUP.

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 29 of 107   ORX-DOJ000002376
GOV_02641002

Clinical Study Protocol, OX219-006                                    

# 4   SELECTION OF STUDY POPULATION

## 4.1   Inclusion Criteria

1. Male or female subjects, 18 to 65 years old.

2. Able to read, comprehend, and sign the informed consent form (ICF) and willingly provide written IC.

3. Meet the criteria for opioid dependence as defined in the DSM-IV-TR (Appendix K) in the past 12 months.

4. Have a BUP-negative urine drug screen result before randomization.

5. Prepared to abstain from opioid utilization other than the study drug, and from other addictive drugs.

6. Have a negative urine pregnancy test at screening and prior to randomization (female subjects).

7. Female subjects of childbearing potential who use a reliable method of contraception (e.g., hormonal, condom with spermicide, intrauterine device [IUD]) after the screening visit for the duration of the study.  Females of non-childbearing potential who are either surgically sterile (hysterectomy, bilateral oophorectomy, bilateral salpingectomy, or tubal ligation) or post-menopausal as defined by being at least 50 years of age and having had an absence of menses for at least 2 years (as confirmed by follicle stimulating hormone [FSH] test at screening) are also allowed and are not required to use contraception.

8. For participants receiving opioids for pain, clearance from their prescribing physician to be withdrawn from their prescribed opioids.

9. Generally in good health as determined by the investigator by lack of clinically significant abnormalities in health assessments performed at screening (medical history, physical examination, safety laboratory tests, ECG.  Positive hepatitis C serology is not automatically exclusive as long as the hepatic lab results are less than 1.5X the upper limit of normal (ULN).  Unclear cases should be discussed with and approved by the medical monitor prior to randomization.

10. Subjects should demonstrate at least mild withdrawal symptoms (defined as a COWS score $\geq$ 9) at Day 1 pre-dose.

## 4.2   Exclusion Criteria

1. Female subjects who are pregnant or lactating, or planning to be pregnant during study.

2. Participants who are unwilling or unable to comply with the requirements of the protocol (e.g., pending incarceration) or are in a situation or condition that, in the opinion of the investigator, may interfere with participation in the study.

3. Prescribed treatment with generic buprenorphine (BUP) monotherapy within 90 days prior to start of treatment.

4. Participants who have been prescribed a daily dose of over 30 mg during the past week or who received the last prescribed dose of methadone less than 30 hours prior to start of treatment.

5. Participants who are participating in any other clinical study in which medication(s) are being delivered or who have used an investigational drug or device within the last

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 30 of 107   ORX-DOJ000002377
GOV_02641003

Clinical Study Protocol, OX219-006 

30 days.

6. Participants with any known allergy, sensitivity, or intolerance to BUP, NAL, or any related drug, or history of any drug hypersensitivity or intolerance, which, in the opinion of the investigator, would compromise the safety of the subject or the study.

7. Participants who are on the staff, affiliated with, or a family member of the staff personnel directly involved with this study.

8. Participants with serious untreated Axis I DSM-IV-TR psychiatric comorbidity (those who are actively suicidal or homicidal, have untreated schizophrenia, etc.).

9. Any tongue or other oral deformities that may affect the absorption of the drug products.

10. Participants with current or history of clinically significant medical disorder or condition, which, in the opinion of the investigator, would jeopardize the safety of the subject or impact the validity of the study results. Unclear cases should be discussed with and approved by the medical monitor prior to randomization.

11. Subjects who are human immunodeficiency virus (HIV)-seropositive with a CD4+ count < 200 or active acquired immune deficiency syndrome (AIDS) defining opportunistic infection in the last 120 days.

12. Participants who have any Class III or IV congestive heart failure, symptomatic myocardial ischemia, or a history of long QT syndrome (or an immediate family member with this condition).

13. Participants who are currently taking Class 1A antiarrhythmic medications (e.g., quinidine, procainamide, and disopyramide) or Class III antiarrhythmic medications (e.g., sotalol, amiodarone, and dofetilide).

14. Participants who have uncontrolled hypertension, pulse oximetry $\leq$ 92% at baseline or any clinically significant abnormality on 12-lead ECG, including a corrected QT (QTc) interval > 450 ms.

15. Participants with severe liver disease.

16. Participants who take any medication, nutraceutical, or herbal product with strong cytochrome P450 3A4 (CYP3A4) inhibition or induction properties within 14 days of screening.

17. Participants who are at suicidal risk as determined by meeting any of the following: history of suicidal ideation $\leq$ 3 months prior to baseline with a score of 4 (intent to act) or 5 (specify plan and intent) on the C-SSRS. A history of suicidal behavior (actual attempt, interrupted attempt, aborted attempt, and/or preparatory acts/behavior) at any time in the subject's lifetime on the C-SSRS is not necessarily exclusionary, and such subjects may remain the study at the investigator's discretion.

18. Subject has aspartate aminotransferase (AST) levels $\geq$ 3 X the upper limit of normal (ULN), alanine aminotransferase (ALT) levels $\geq$ 3 X ULN, total bilirubin $\geq$ 1.5 X ULN, or creatinine $\geq$ 1.5 X ULN on the screening laboratory assessments if the results are available at the time of the first dosing.

## 4.3   Restrictions

### 4.3.1   Illicit Drugs and Opioid Use

Subjects will be instructed to stop intake of any illicit drugs (including marijuana) and all opioids (both illicit and prescribed) at least 12 hours prior to dosing on Day 1 and not to use

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 31 of 107   ORX-DOJ000002378

GOV_02641004

Clinical Study Protocol, OX219-006 

any illicit drugs or opioids other than the study medication throughout the study. Extended release opioids should be stopped at least 24 hours prior to first dosing. The prescribed daily dose of methadone should be below 30 mg for at least one week before start of treatment and subjects should cease taking their prescribed dose of methadone at least 30 hours prior to the first treatment. Intake of illicit drugs/opioids is not a reason for exclusion from the study, but will be measured by UDS and subject questioning. Subjects using illicit drugs (as identified by UDS) must be urged to cease use of these during the study.

### 4.3.2   Food

As poppy seeds can sometimes cause a positive result on the drugs of abuse test, subjects will be advised to avoid eating poppy seeds and food containing poppy seeds for at least 24 hours before attending each study visit.

### 4.3.3   Medication

Any medication, nutraceutical, or herbal product with strong CYP3A4 inhibition or induction properties is prohibited during the study.

### 4.3.4   Contraception

Female subjects of childbearing potential must use a reliable method of contraception (e.g., hormonal, condom with spermicide, IUD) from the screening visit and during the duration of the study. Females of non-childbearing potential who are either surgically sterile (hysterectomy, bilateral oophorectomy, bilateral salpingectomy, or tubal ligation) or post-menopausal (as confirmed by FSH test at screening) are allowed.

### 4.3.5   Other Restrictions

Subjects will be cautioned about driving and operating heavy machinery.

Following the first dose of study drug on Day 1, subjects should be observed in the physician's office for at least 6 hours.

## 4.4   Withdrawal of Subjects

Every subject, or his/her legally appointed representative, has the right to refuse participation in the study at any time and for any reason. A subject's participation must therefore be terminated immediately upon his/her request.

Furthermore, the investigator or sponsor may withdraw a subject from the study for safety reasons. A subject may be withdrawn from the study for the following safety-related reasons:

1. Subject experiences a serious adverse event (SAE) assessed as related to the study medication by the investigator or sponsor.

2. Subject is pregnant or suspected to be pregnant.

3. Subject displays hypersensitivity reactions to a study drug.

4. Subject displays significant respiratory depression according to the judgment of the investigator.

5. Substantial suspicion of misuse or diversion of the study drug as determined by the investigator (individual cases are to be discussed with the medical monitor).

6. Other significant subject safety issue present as assessed by the investigator or sponsor/medical monitor.

OX219-006 Amendment 3, 14 November 2013

**CONFIDENTIAL**
SUBJECT TO PROTECTIVE ORDER

Clinical Study Protocol, OX219-006



A subject may also be withdrawn for not complying with study procedures or if it will not be possible to collect sufficient data for the primary analysis.

The investigator will make every attempt to explain the reason(s) for discontinuation and to document this in the appropriate sections of the eCRF and to detail in the source documentation, using the following as a guide:

- Subject requests discontinuation.
- Subject is non-compliant, defined as refusal or inability to adhere to the study procedures.
- Treatment failure, as defined by the investigator, using any and all information including interview and appropriate scales.
- Unacceptable or intolerable treatment-related AEs.
- Use of other treatments for opioid dependence.
- Use of any other investigational treatment.
- Use of illicit substances confirmed by toxicology.
- Requirement for continual use of opioid analgesics > 7 days, or general anesthesia for surgery.
- Any illness or circumstance (e.g., incarceration) that would adversely affect the study procedures or outcome measures.
- At the request of Orexo, regulatory agencies, or institutional review board (IRB).
- Subject is lost to follow-up.

If the subject has received at least 1 dose of study medication, the subject should be urged to attend an End-of-Treatment safety follow-up visit if possible.

The final report will include reasons for withdrawals, AEs, and any necessary medical treatment.

Dropouts that have received at least 1 dose of study medication will not be replaced.

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 33 of 107   ORX-DOJ000002380
GOV_02641006

Clinical Study Protocol, OX219-006 

# 5   MEDICINAL PRODUCTS

## 5.1   Drug Identification

### 5.1.1   Investigational Medicinal Products

The following investigational medicinal products (IMPs) will be used in the study:

- Generic BUP 8 mg SL tablet (Roxane)
- Generic BUP 2 mg SL tablet (Roxane)
- OX219: 5.7/1.4 mg BUP/NAL SL tablet
- OX219: 1.4/0.36 mg BUP/NAL SL tablet
- SUBOXONE® Film, 2/0.5 mg BUP/NAL (Reckitt Benckiser)
- SUBOXONE® Film, 8/2 mg BUP/NAL (Reckitt Benckiser)

*5.1.1.1 Treatment Regimen*

Subjects will be randomized to 2 treatment arms. Each arm will start with a 2-day blinded period where subjects will be induced either directly on OX219 or on generic BUP. On Day 3, the subjects on generic BUP will be switched to SUBOXONE® Film.

Subjects will be followed for 2 weeks. Doses will be freely titrated up to 17.1/4.2 mg BUP/NAL for OX219 and 24/6 mg BUP/NAL for SUBOXONE® Film. On the Day 15 visit, the subjects will switch treatments according to a fixed conversion factor of 5.7/8. (see Table 4. Initial Conversion Table, SUBOXONE® Film to/from OX219).

**Table 4. Initial Conversion Table, SUBOXONE® Film to/from OX219**

| SUBOXONE® Film dose | OX219 dose |
| --- | --- |
| 8/2 mg | 5.7/1.4 mg |
| 10/2.5 mg | 7.1/1.8 mg |
| 12/3 mg | 8.5/2.1 mg |
| 14/3.5 mg | 9.9/2.5 mg |
| 16/4 mg | 11.4/2.8 mg |
| 18/4.5 mg | 12.8/3.2 mg |
| 20/5 mg | 14.2/3.5 mg |
| 22/5.5 mg | 15.6/3.9 mg |
| 24/6 mg | 17.1/4.2 mg |

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 34 of 107   ORX-DOJ000002381

GOV_02641007

Clinical Study Protocol, OX219-006



See Table 5. OX219-006 Treatment Regimen
 for a summary of the treatment regimen.

**Table 5. OX219-006 Treatment Regimen**

| Treatment Arm | Study Day | | |
|---|---|---|---|
| | 1-2 (Blinded) | 3 | 4-22[c] (Open-Label) |
| OX219 induction + OX219 | **Day 1, 0-hour:** 1.4/0.36 mg (1 x 1.4/0.36 mg) **Day 1, 1.5-hour:** 4.2/1.08 mg (3 x 1.4/0.36 mg) | 11.4/2.8 mg (2 x 5.7/1.4 mg)[b] | Individually titrated doses up to 17.1/4.2 mg **Day 15: Mandatory switch to SUBOXONE® Film** |
| | **Day 2** 11.4/2.8 mg (2 x 5.7/1.4 mg) or 5.7/1.4 mg (1 x 5.7/1.4 mg) | | |
| Generic BUP induction + SUBOXONE® Film | **Generic BUP** **Day 1, 0-hour:** 2 mg (1 x 2 mg) **Day 1, 1.5-hour:** 6 mg (3 x 2 mg)[a] **Day 2:** 16 mg (2 x 8 mg) or 8 mg (1 x 8 mg) | **SUBOXONE® Film** 16/4 mg (2 x 8/2 mg)[b] | **SUBOXONE® Film** Individually titrated doses up to 24/6 mg **Day 15: Mandatory switch to OX219** |

[a] In case of signs of precipitated withdrawal after the first administration on Day 1, the 3 additional tablets will be administered at 3 occasions, separated by at least 1.5 hours, and the subject should be followed up thoroughly.

[b] For OX219 11.4/2.8 mg and for SUBOXONE® Film 16/4 mg BUP/NAL is the standard doses to be given on Day 3; however, this dose may be reduced in case of signs of significant overmedication on Day 2.

[c] On the Day 15 visit, all subjects will switch treatments according to a fixed conversion factor of 5.7/8, so that subjects who previously received SUBOXONE® Film will be given OX219 and subjects previously receiving OX219 will be given SUBOXONE® Film.

The study drug is standardly administered sublingually once daily, except for Day 1, where dosing is divided according to the above (supportive use of BUP excluded). However, if assessed as clinically more suitable, the dose may be divided in up to 3 doses over the day at the discretion of the investigator, except for the fixed dose schedule on Days 1 and 2.

5.1.2   Supportive Medication

During the induction phase, ancillary supportive medication may be used at the discretion of the investigator for relief of opioid withdrawal symptoms.  Supportive medication should be

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 35 of 107   ORX-DOJ000002382

GOV_02641008

Clinical Study Protocol, OX219-006 

avoided pre-dose and within the first 2 hours after dosing. The following supportive medications may be used to relieve symptoms of opioid withdrawal during the study:

1. Additional BUP:

- Day 1: Additional dose of 2.8/0.72 mg (2 x 1.4/0.36 mg) OX219 or 4 mg (2 x 2 mg) BUP may be given (additional rescue dose to be provided in subject package).
- Day 2: Additional dose of 5.7/1.4 mg (1 x 5.7/1.4 mg) OX219 or 8 mg (1 x 8 mg) BUP may be given (additional rescue dose to be provided in subject package).
- Day 3: Additional dose of 5.7/1.4 mg (1 x 5.7/1.4 mg) OX219 or 8 mg (1 x 8 mg) SUBOXONE® Film may be given (additional rescue dose provided in drug supply kit for Day 3).
- Days 4 to 22: OX219 dose may be titrated between 5.7/1.4 and 17.1/4.2 mg (to be documented as dose adjustment rather than supportive medication).

2. Clonidine (caution regarding hypotension).

3. Antiemetics for nausea.

4. Non-steroidals for arthralgias and myalgias.

Use of supportive medication will be documented in the eCRF.

## 5.2    Packaging and Labelling

Subject kits will be prepared for the fixed dosing schedule, Days 1 and 2 (including supportive doses). Labeling of medication used during the blinded period, Day 1 and 2, will not reveal if the package contains OX219 or generic BUP.

## 5.3    Randomization and Dosing

Randomization and allocation of study medications will be managed through an IRT service (separate instructions to be provided). Dosing will be performed in the morning. On study visit days, dosing will be performed in the clinic under supervision of personnel. Dosing instructions to be followed are available in Appendix C.

## 5.4    Storage Conditions

All medicinal products used in the study will be stored below 25°C in a dry place in a locked cabinet with restricted access. Temperature storage conditions will be monitored. Buprenorphine is a Schedule III drug and will be stored in accordance with applicable regulations at the clinic. Subjects must be instructed to store take-home medication out of reach of children.

## 5.5    Drug Accountability/Assessment of Treatment Compliance

Investigators will maintain suitable and updated inventory lists of study medication. Subjects will only be provided study medication until the next scheduled visit and will be instructed to return all empty blisters/pouches and unused tablets/films to the clinic at each visit. A reconciliation of empty blisters/pouches and returned tablets/films to the prescribed dose should be made at each weekly visit (Days 8, 15 and 22). In addition to "tablet/film counts," a UDS which is not positive for BUP should be considered when assessing treatment compliance. Subjects who have missed study medication for > 3 consecutive days or who cannot satisfactorily account for distributed study medication should be considered for withdrawal from the study. Unclear cases should be discussed with the medical monitor.

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

ORX-DOJ000002383
GOV_02641009

Clinical Study Protocol, OX219-006 

# 6   STUDY PROCEDURES

## 6.1   Subject Information and Informed Consent

A written subject information and IC document approved by the IRB, that includes all of the relevant elements currently required by FDA (21 CFR Part 50.25) and any applicable state regulations will be provided to each prospective study subject at screening or up to 48 hours and before ANY study related procedures take place.  Prospective subjects should be explained expected risks, benefits, and requirements of the study and be given sufficient opportunity to read the subject information and consider whether or not to participate and should have the opportunity to have any questions answered.  Once the investigator or designee is assured that an individual candidate understands the implications of participating in this study, the subject will be asked to give consent by signing and dating in the appropriate areas of the integrated IC document.  The investigator or designee will also sign and date the form.  A copy of the signed IC will be provided to the subject and the original will be retained at the study site.  If deemed appropriate, amendments to the study protocol may require updated consent forms, which subjects will be asked to sign and date in addition to the original consent form(s).

The subject's signed and dated IC must be obtained before conducting any study-specific procedures, including the following:

- Withholding or discontinuation of other medical treatment for the purpose of the study
- Physical examinations for the purpose of the study
- Collection of blood samples for the study

## 6.2   Demographic Data, Medical History, and Opioid Use/Dependence

The following demographic data will be collected at screening: date of birth, gender, ethnicity, race, height, and body weight.  Height will be reported in centimeters and weight will be reported in kilograms.  Relevant medical history will be documented during the screening visit to assess eligibility.  Opioid use will be documented and opioid dependence in accordance with DSM-IV TR (Appendix K) criteria will be confirmed at screening.  The subject should also be assessed for DSM-5 (Appendix K), though inclusion in the present study will be based only upon DSM-IV.

## 6.3   Previous and Concomitant Medications,

All medications used up to 4 weeks prior to the screening visit and throughout the study should be documented.  A record of these medications will be maintained in the eCRF.

## 6.4   Vital Signs Measurements and Pulse Oximetry

Vital signs (respiratory rate, pulse rate, and blood pressure) will be measured at screening and at pre-dose on each study visit.  At Day 1, vital signs will also be measured at 0.5, 1.5, 3 and 6 hours post-dose (+/- 15 minutes for each assessment).

Vital signs will be measured in the sitting position after at least 5 minutes' rest.  Pulse rate and blood pressure will be measured by a sphygmomanometer.

Pulse oximetry will be measured only at screening.  An oxygen saturation of at least 92% is required for inclusion.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

ORX-DOJ000002384
GOV_02641010

Clinical Study Protocol, OX219-006 

### 6.5 Physical Examination

Physical examination at screening and at Day 22 (end-of-study) will include the following examinations:

- General inspection
- Palpation of the neck (nodes/thyroid)
- Oral cavity/teeth (specific assessment of abnormalities possibly affecting SL absorption
- Cardiac examination
- Auscultation of lungs
- Abdominal examination (liver, spleen, and lower abdomen)
- Assessment of reflexes (biceps, knee and ankle)

Any abnormalities found will be recorded in the eCRF.

### 6.6 Electrocardiogram

The 12-lead ECG recordings will be performed at screening. Subjects should be in a supine position (lying down) during, and for at least 5 minutes prior to, ECG recording. A single page, 12-lead ECG 10 mm/1 mv, 50 mm/s will be recorded. ECGs will be assessed as normal or abnormal by the investigator and any abnormal findings will be described in the eCRF. Clinical significance of abnormal ECG findings will be assessed by the investigator. In the event that an automated ECG software reports value is considered inaccurate by the investigator, the parameter will be measured manually by the investigator and recorded on the ECG strip. The ECG strip will be signed and dated by the investigator and stored in the medical records.

### 6.7 Safety Laboratory Sampling

Safety labs will be collected at screening and at Day 22 (End-of-Study). Safety laboratory results will be reviewed by the investigator and values outside reference ranges will be assessed as clinically significant or not clinically significant. Normally, a value outside reference ranges by less than 20% will be considered not clinically significant. Values outside this range will be assessed individually. Screening laboratory samples may only be repeated once for each subject.

Analytes for safety laboratory samples are further specified in Section 14.2 - Appendix B.

### 6.8 Virology Screening

Screening for Hepatitis B, C, and HIV will be done at screening. See Section 14.2 – Appendix B.

### 6.9 Urine Sampling

6.9.1 Urinalysis

A urinalysis will be performed at screening and at Day 22 (End-of-Study). See specification in Section 14.2 - Appendix B.

6.9.2 Urine Drug Screen

A urine sample will be taken at screening and pre-dose at the Days 1, 8, and 15, visits to test for drugs of abuse. A final test for drugs of abuse will be done at the Day 22 visit.

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 38 of 107 ORX-DOJ000002385

GOV_02641011

Clinical Study Protocol, OX219-006 

A urine sample to test BUP will be taken at screening and prior to dosing on the Day 1 visit to test for eligibility, and pre-dose at each weekly visit (Days 8, 15, and 22) to monitor treatment compliance.

Reasonable precautions should be taken to counteract manipulation of toxicology tests, e.g.:

- Handling of containers for urine samples should be monitored before and after sampling.
- Subjects should not be allowed to bring bags or other personal belongings to the sampling collection area.

See specification in Section 14.2 - Appendix B.

### 6.9.3   Urine Pregnancy Test

A urine pregnancy test (human chorionic gonadotropin [hCG]) will be performed on female subjects at screening, pre-dose on Day 1, and at the Day 22 visit; one should also be performed in the event of a premature discontinuation.

Details regarding urine analytes are available in Section 14.2 - Appendix B.

## 6.10   Retention in Treatment

Retention in treatment will be assessed by 2 methods:

### 6.10.1   Retention by Visit

Retention in treatment by visit is defined as the number of subjects receiving treatment on the day of the visit.  For visit Days 1, 2, and 3, retention requires attendance and dosing according to the study schedule.  If subjects fail to attend either of these visits, they will not continue in the study.  For visits on Days 4, 8, and 15, retention will be assumed on a missed visit if the subject receives treatment on a following visit and has not missed treatment for > 3 consecutive days.

Retention in treatment on Day 15 is the primary endpoint in the study.

### 6.10.2   Retention by Treatment Day

For subjects dropping out of treatment, the day of the last dose is defined according to the study records, which also can be confirmed by drug accountability (empty blisters/pouches).

## 6.11   Clinical Opioid Withdrawal Scale

The subject's opioid withdrawal symptoms will be assessed by the investigator (or designated site staff) using the COWS.  Assessments will be performed pre-dose at each treatment visit (Days 1, 2, 3, 4, 8, 15 and 22).  At Day 1, the COWS will also be assessed at 0.5, 1.5 (prior to second dosing), 3, and 6 hours post-dose (+/- 15 minutes for each timepoint).  The pre-dose COWS score prior to dosing on Day 1 should be at least 9 in order to continue with dosing.

The COWS assessment tool is available in Appendix D.

## 6.12   Subjective Opiate Withdrawal Scale

The subject's opioid withdrawal symptoms will be assessed by the subjects using the SOWS. Assessments will be performed pre-dose at each treatment visit (Days 1, 2, 3, 4, 8, 15and 22). At Day 1, the SOWS will also be assessed at 0.5, 1.5 (prior to second dosing), 3, and 6 hours post-dose (+/- 15 minutes for each timepoint).

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

ORX-DOJ000002386

GOV_02641012

Clinical Study Protocol, OX219-006 

The SOWS assessment tool is available in Appendix L.

### 6.13  Craving Visual Analogue Scale

Subjective cravings for opioids will be assessed by the subjects using a VAS, where 0 mm represents "no cravings" and 100 mm represents "the most intensive craving I have ever had." The craving VAS will be collected pre-dose at each treatment visit (Days 1, 2, 3, 4, 8, 15 and 22).  At Day 1, the craving VAS will also be collected at 0.5, 1.5 (prior to second dose), 3, and 6 hours post-dose (+/- 15 minutes for each timepoint).  Assessments should represent the degree of cravings experienced at the time of the assessment.

### 6.14  Self Report of Substance Use

Subjects will be questioned regarding their drug use over the past 30 days at the screening visit and at Days 1, 2, 3, 4, 8, 15, 22, and at the premature discontinuation visit (questions available in Appendix E).  It is vital that the subjects are clearly informed that their truthful responses to these questions are vital for the study and they will not be penalized in any way for reporting drug use.

### 6.15  Addiction Severity Index - Lite

The ASI-Lite subject interview tool will be used for assessing 7 potential problem areas connected with addiction (Medical, Employment/Support Status, Alcohol, Drug, Legal, Family/Social, and Psychological).  The ASI interviews will be conducted at screening and at end of study (Day 22).  The ASI-Lite tool is available in Appendix F. The patient should not be in withdrawal when the ASI assessment is conducted.

### 6.16  Pain Assessment

At screening and Days 8, 15 and 22, subjects will be requested to assess ongoing average pain during the previous week using a NRS.  The following question will be asked:

"On a scale from 0 to 10, where 0 indicates 'no pain,' 10 indicates 'worst possible pain, what was your pain level <u>on average</u> during the past week?"

### 6.17  Quality of Life Assessments

Quality of life assessments will include SF-36 v2 questionnaires to be completed at screening and on Day 22. The patient should not be in withdrawal when the SF-36 assessment is conducted.  The SF-36 v2 assessment is available in Appendix H.

### 6.18  Health Economic Outcomes

Work productivity and activity impairment will be assessed at screening and at the Day 22 (End-of-Study) visit using the WPAI:SHP Version 2.  The WPAI:SHP is available in Appendix J. The patient should not be in withdrawal when the WPAI:SHP assessment is conducted.

### 6.19  Suicidal Assessments

The C-SSRS will be used to assess suicidal ideation/behavior (lifetime, prior to, and during the study).  Scales will be collected at screening ("baseline/screening" version) and on Days 8, 15 and 22 ("since last visit" version).  Sample scales are available in Appendix G.

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 40 of 107   ORX-DOJ000002387

GOV_02641013

Clinical Study Protocol, OX219-006 

### 6.20 Clinical Global Impression/Patient's Global Impression

- Clinical Global Impression (Severity): Severity of opioid dependence will be assessed by the investigator (or designated site staff) at the Screening and Day 22 visit in accordance with a pre-defined assessment scale (CGI-S).
- Clinical Global Impression (Change/Improvement): Improvement in severity of opioid dependence from baseline will be assessed by the investigator (or designated site staff) at the Day 22 visit in accordance with a pre-defined assessment scale (CGI-I).
- Patient's Global Impression (Change/Improvement): Improvement in severity of opioid dependence from baseline will be assessed by the subject at the Day 22 visit in accordance with a pre-defined assessment scale (PGI-I)

The CGI and PGI scales are available in Appendix I.

### 6.21 Patient Assessment of Constipation – Symptoms (PAC-SYM)

The Patient Assessment of Constipation – Symptoms will be used to address the patient perspective on constipation symptoms. In this assessment, 12 symptoms in 3 domains ("Abdominal", "Rectal", and "Stool") are assessed on a 5-point (0 – 4) Likert scale. The PAC-SYM will be collected at the Screening, Day 15 and Day 22 (End-of-Study) visits. An example of the PAC-SYM is included in Appendix M.

### 6.22 Assessment of Subject Acceptability and Preference of Products

The subjects will rate formulation properties and overall acceptability of the formulation on a questionnaire. On Days 15 and 22, this assessment will be done pre-dose, and will evaluate the formulation the subject was taking on days previous to the current visit. On Days 3 and 15 this assessment will be done post-dose, and will evaluate the formulation the subject took during the current visit. The following items will be assessed:

| | Formulation property | Assessment method |
|---|---|---|
| 1. | Taste | VAS (0 mm="Extremely unpleasant"; 100 mm = "Extremely pleasant") |
| 2. | Unpleasant aftertaste | Categorical ("None", "Mild", "Moderate", "Strong") Estimated duration (minutes) |
| 3. | Mouthfeel | VAS (0 mm="Extremely unpleasant"; 100 mm = "Extremely pleasant") |
| 4. | Ease of drug administration | VAS (0 mm="Extremely easy; 100 mm = "Extremely difficult") |
| 5. | Overall acceptability | VAS (0 mm="Extremely unpleasant"; 100 mm = "Extremely pleasant") |
| 6. | Description of formulation | Free text |

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 41 of 107   ORX-DOJ000002388

GOV_02641014

Clinical Study Protocol, OX219-006



Questions are available in Appendix N.

Subjects will also rate their preference of treatment between the test and reference drug on a questionnaire. The following items will be assessed:

| | Preference assessment | Assessment method |
|---|---|---|
| 1. | Taste | Dichotomous: ("Sublingual Tablet" or "Sublingual Film") |
| 2. | Mouthfeel | Dichotomous: ("Sublingual Tablet" or "Sublingual Film") |
| 3. | Ease of administration | Dichotomous: ("Sublingual Tablet" or "Sublingual Film") |
| 4. | Overall | Dichotomous: ("Sublingual Tablet" or "Sublingual Film") |

Questions are available in Appendix O.

Subjects should be familiarized with questionnaires prior to assessment.

### 6.23  Dose Titration

From Day 4 and onwards, the dose of OX219 or SUBOXONE® Film should be titrated to a dose that relieves cravings and opioid withdrawal symptoms with minimal side effects. Assessments of signs of over- and under-exposure of BUP should be assessed at least at every scheduled visit from Day 4 and onwards; however, dose adjustments between scheduled visits may also be required (Table 6. ).

It is recommended that doses are initially adjusted in steps of 2 dose levels of BUP (2 tablets of OX219 low dose 1.4/0.36, OR 2 films of SUBOXONE® Film low dose 2/0.5), though all dose levels indicated below can be used in the study.

**Table 6. Allowed and Equivalent Dose Levels of OX219 and SUBOXONE® Film, Days 4 to 22**

| OX219 Dose | Number of Tablets | SUBOXONE® Film Dose | Number of Films |
|---|---|---|---|
| 5.7/1.4 mg | 1 x 5.7/1.4 mg | 8/2 mg | 1 x 8/2 mg |
| 7.1/1.8 mg | 1 x 5.7/1.4 mg + 1 x 1.4/0.36 mg | 10/2.5 mg | 1 x 8/2 mg + 1 x 2/0.5 |
| 8.5/2.1 mg | 1 x 5.7/1.4 mg + 2 x 1.4/0.36 mg | 12/3 mg | 1 x 8/2 mg + 2 x 2/0.5 mg |
| 9.9/2.5 mg | 1 x 5.7/1.4 mg + 3 x 1.4/0.36 mg | 14/3.5 mg | 1 x 8/2 mg + 3 x 2/0.5 mg |
| 11.4/2.8 mg | 2 x 5.7/1.4 mg | 16/4 mg | 2 x 8/2 mg |
| 12.8/3.2 mg | 2 x 5.7/1.4 mg | 18/4.5 mg | 2 x 8/2 mg |

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 42 of 107  ORX-DOJ000002389

GOV_02641015

Clinical Study Protocol, OX219-006



|  |  |  |  |
|---|---|---|---|
|  | + 1 x 1.4/0.36 mg |  | 1 x 2/0.5 mg |
| 14.2/3.5 mg | 2 x 5.7/1.4 mg + 2 x 1.4/0.36 mg | 20/5 mg | 2 x 8/2 mg + 2 x 2/0.5 mg |
| 15.6/3.9 mg | 2 x 5.7/1.4 mg + 3 x 1.4/0.36 mg | 22/5.5 mg | 2 x 8/2 mg + 3 x 2/0.5 mg |
| 17.1/4.2 mg | 3 x 5.7/1.4 mg | 24/6 mg | 3 x 8/2 mg |

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 43 of 107   ORX-DOJ000002390
GOV_02641016

Clinical Study Protocol, OX219-006 

# 7   ADVERSE EVENTS

Subjects will be monitored for any AEs from first dosing until the End-of-Study visit.  The investigator or a medically qualified designee will review each event and assess its relationship to the study drug.  Each sign or symptom will be graded for severity, and the date and time of onset, cessation, and resolution will be recorded.  Treatment of any adverse reactions will be evaluated and managed by a physician, either at the study site or at a nearby hospital emergency room, as appropriate.  All non-serious AEs (SAEs) will be reported in the eCRF.

## 7.1   Definitions

### 7.1.1   Adverse Event

An AE is any untoward medical occurrence in a patient or clinical trial subject administered a medicinal product and which does not necessarily have to have a causal relationship with this treatment.  An AE can therefore be any unfavorable and unintended sign (e.g., a clinically significant abnormal laboratory finding), symptom, or disease temporally associated with the use of an IMP, whether or not considered related to the IMP.

Pre-existing conditions will not be regarded as AEs if the condition follows a normal course of recovery, unless it worsens after exposure to IMP.  Medical procedures will not be regarded as AEs, but the cause of the procedure may be.

### 7.1.2   Adverse Reaction

An adverse reaction is any untoward and unintended response in a subject to an IMP, which is related to the IMP.

### 7.1.3   Unexpected Adverse Reaction

An unexpected adverse reaction is an adverse reaction the nature and severity of which is not consistent with the information in the investigator´s brochure (IB) relating to the trial or in the case of a product with a marketing authorization, the summary of product characteristics.  The sponsor will be responsible for ensuring that the investigator is provided with an up-to-date IB for the investigational product.

### 7.1.4   Serious Adverse Event

An SAE is an AE that:

- Results in death
- Is life threatening
- Requires hospitalization or prolongation of existing hospitalization
- Results in persistent or significant disability/incapacity
- Is a congenital anomaly/birth defect
- Is another important medical event (e.g., convulsions not leading to hospitalization)

An AE is considered to be life threatening if it places the patient/subject at immediate risk of death in the view of either the investigator or sponsor.  It does not include an AE that, had it occurred in a more severe form, might have caused death.

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 44 of 107   ORX-DOJ000002391

GOV_02641017

Clinical Study Protocol, OX219-006 

Medical and scientific judgment should be exercised in deciding whether expedited reporting is appropriate in other situations, such as important medical events that may not be immediately life threatening or result in death or hospitalization but may jeopardize the subject's health or may require intervention to prevent 1 of the other outcomes listed in the definitions above. These AEs should also usually be considered as serious.

Serious adverse events will only be considered when there is an underlying AE, e.g., a hospitalization due to a pre-existing condition that is not due to an aggravation of the condition after exposure to any IMP will not be considered to be an SAE.

### 7.1.5    Suspected Unexpected Serious Adverse Reaction

A suspected unexpected serious adverse reaction (SUSAR) is an SAE that is both unexpected and is assessed as having at least a possible relationship to the IMP. Suspected unexpected serious adverse reactions will be reported to the FDA.

## 7.2    Adverse Event Reporting Period

The AE reporting period will start with the first administration of IMP on Day 1 and will end with the final treatment visit after which no new AEs are to be reported. When possible, ongoing AEs assessed as at least possibly related to the study drug will be followed up until resolution.

## 7.3    Collection of Adverse Event Data

The subjects will be monitored throughout the study for any AEs, including abnormal, clinically significant laboratory values, clinically significant findings at vital signs measurements, spontaneous reports by study subjects, and observations by the study personnel. Adverse events will be collected through both solicited and unsolicited means and subsequently coded in tabular form using the Medical Dictionary for Regulatory Activities (MedDRA Version 15.1 or later) after the eCRFs have been monitored and signed by the investigator. The subjects will be encouraged to report signs, symptoms, and any changes in health to the clinic staff. Severity of each AE will be determined by the investigator based on observation and questioning of the subject.

## 7.4    Recording of Adverse Events

All AEs should be recorded in the eCRF. Although an AE can initially be acknowledged by anyone in the study team, an investigator will always be responsible for reporting and assessments of AEs. All AEs should be reported separately (i.e., 1 record per event). Reporting of AEs is event based, i.e., an ongoing event will not be closed until resolved or at the end of study. At least the following will be recorded for each AE:

*Description of adverse event:* The AE description should be provided in English. A diagnosis is to be preferred over symptoms. If no diagnosis can be made, each symptom will be reported as a separate AE. Abbreviations should be avoided. Describing words should be used for ongoing conditions as applicable (e.g. "exacerbation of herpes genitalis," "worsening of eczema").

*Serious adverse event:* Yes or No. If Yes, an **SAE Report Form** needs to be completed.

*Maximum intensity:* Maximum intensity of the AE during the complete course of the event should be recorded in accordance with the following definitions:

- Mild - Awareness of sign and symptoms but easily tolerated

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 45 of 107   ORX-DOJ000002392

GOV_02641018

Clinical Study Protocol, OX219-006                                OREXO

- Moderate - Discomfort sufficient to cause interference with normal activities
- Severe - Incapacitating, with inability to perform normal activities

*Duration:* The duration of the AE will be recorded by start and stop date and time.

*Relationship to medication:* The relationship to IMP treatment (causality) should be assessed for each AE. The probability that an AE is related to treatment will be assessed by the investigator according to the following scale:

- Not related
- Unlikely
- Possible
- Probable
- Not assessable

*Actions taken:* Actions taken in relation to the AE with respect to the IMP administration should be recorded as:

- Drug withdrawn
- Drug interrupted
- Dose reduced
- Dose increased
- Dose not changed
- Not applicable
- Unknown

Any medication given to treat the AE will be recorded separately in the concomitant medication list of the eCRF.

*Outcome:* The outcome of the AE should be recorded.

- Recovered/Resolved
- Recovering/Resolving
- Not recovered/Not resolved
- Recovered/Resolved with sequelae
- Fatal

7.4.1   Serious Adverse Event Reporting Procedures

- Site personnel will complete the safety section of the electronic data capture (EDC) system, providing all available SAE-related information within 24 hours of knowledge of the SAE.
- The information provided in the EDC system should be as complete as possible, but must contain the following minimum fields:
    - Subject number
    - Brief description of the SAE (diagnosis or signs/symptoms)
    - Serious criteria
    - Causality assessment

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 46 of 107   ORX-DOJ000002393
GOV_02641019

Clinical Study Protocol, OX219-006 

- – Assessment of the intensity of the event
- Orexo (safety@orexo.se) and Worldwide Clinical Trials (WCT) Drug Safety (drugsafety@wwctrials.com) will receive notification of the initial SAE via an e-mail alert generated from the EDC system:
  - – In the event of any temporary disruption of the EDC system, an alternative SAE reporting mechanism will be available to site personnel.
  - – In this instance a paper SAE Report Form will be available.
  - – Site personnel will complete the paper SAE report form, scan, and e-mail it within 24 hours to the following address:

    drugsafety@wwctrials.com
- – Site personnel must complete the safety section with the SAE information as soon as the EDC system becomes available.
  - Serious adverse events that are ongoing should be followed until resolved.

Orexo, WCT, and the investigator will cooperate in medically assessing, coding, and preparing required reports for SAEs to ensure all are in agreement. All SAEs are coded on an expedited manner upon reporting to Orexo AB. The investigator will be responsible for submitting reports of applicable SAEs to appropriate IRBs according to applicable regulations and stipulated timelines. Applicable SAE reports will be submitted to the FDA through Orexo's US agent DJA Global Pharma.

For FDA, applicable SAEs are SUSARs as defined in Section 7.1.5. Additionally, expected serious adverse reactions which occur at a higher than expected rate will be reported in an expedited manner. The timeline for reporting is 7 days for fatal or life-threatening SUSARs and 15 days for all other SUSARs.

For reporting to the IRB, the individual IRB's SAE reporting requirements should be adhered to. If timelines do not permit coordination of the reports with the sponsor, an initial report should be sent to the IRB directly by the investigator.

Medical queries with regards to the management of subjects with SAEs should be addressed to the WCT medical monitor.

Medical queries regarding safety or other medical aspects of the study, e.g., protocol-related questions like inclusion/exclusion criteria or related to SAE definition and reporting, should be addressed during normal business hours between 09:00 AM and 05:00 PM (local time) to the designated contract research organization (CRO) contact.

For medical questions outside the normal business hours between 05:00 PM and 09:00 AM (local time) and during weekends/public holidays, please call the CRO contact.

### 7.5    Follow-up of Unresolved Adverse Events

All SAEs and AEs occurring during the AE reporting period that are assessed as possibly or probably related to the IMP should be followed up until recovery or until the event is stabilized, including after the AE reporting period.

### 7.6    Pregnancy

In case of pregnancy or suspicion of possible pregnancy, the study treatment must be stopped immediately, and the subject discontinued from participation in the study. Pregnancy itself is not regarded as an AE unless there is a suspicion that the IMP may have interfered with the

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 47 of 107    ORX-DOJ000002394

GOV_02641020

Clinical Study Protocol, OX219-006 

effectiveness of the contraceptive medication. However, the outcome of all pregnancies (spontaneous miscarriage, elective termination, normal birth, or congenital abnormality) must be followed up and documented even after the subject has been discontinued from the study.

All events of congenital abnormalities/birth defects are SAEs. Spontaneous miscarriages should also be reported and handled as SAEs. All outcomes of pregnancy must be reported to Orexo on the Pregnancy Report Form(s); Part 1, Pregnancy (upon confirmed pregnancy) and Part 2, Pregnancy Outcome (for pregnancy outcome).

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 48 of 107   ORX-DOJ000002395

GOV_02641021

Clinical Study Protocol, OX219-006 

# 8 STUDY DOCUMENTS, RECORD KEEPING, SOURCE DATA, AND CRF

## 8.1 Protocol and Informed Consent Form

The study will be performed in accordance with this study protocol. The investigator indicated on Form FDA 1572 will act as the principal investigator. Protocols will be noted as approved by placement of the investigator's signature on a protocol signature page. The sponsor of the study will also approve the protocol by having a study-responsible individual sign the protocol signature page. Copies of the signed Form FDA 1572 and protocol will be provided to the sponsor.

Based on the study protocol, the CRO will develop a harmonized written IC that includes all of the relevant elements currently required by FDA (21 CFR part 50) or state regulations (see Section 6.1). The harmonized IC may then be adjusted to local requirements by each investigator as needed.

The protocol and the IC must be approved by the relevant IRB prior to study conduct per 21 CFR part 56. Written IC of the subject to participate in the study must be obtained by the investigator prior to the start of any and all study-specific activities.

## 8.2 Protocol and Informed Consent Changes

Changes to the protocol or the IC form will be implemented as amendments to the original document and must be approved by the applicable IRB and possibly also be submitted to the FDA (CFR part 312.30(b)) prior to implementation. However, urgent changes needed to protect the safety of study subjects should be implemented directly and the sponsor and IRB should be notified as soon as possible. The sponsor is responsible for submitting amendments to the FDA and the investigator is responsible for submissions to the IRB. Copies of all protocol and IC amendments/revisions, along with letters noting IRB approval, will be submitted to the sponsor. Any addenda, amendment, or revision that substantially alters the study design or increases potential risk to the subject requires the subject's consent to continue in the study.

## 8.3 Records

All documents pertaining to the study, including a copy of the approved protocol, copy of the IC document and Health Insurance Portability and Accountability Act documents, completed eCRFs (where applicable), drug accountability and retention records, and other study-related documents will be retained in the permanent archives of the study site. These will be available for inspection at any time by the sponsor and the FDA. Per 21 CFR 312, record retention for this study is required for a period of 2 years following the date on which this study agent is approved by the FDA for the marketing purposes that were the subject of this investigation; or, if no application is to be filed or if the application is not approved for such indication, until 2 years following the date on which the entire study (not merely the investigator's portion of the study, if it involved more than 1 investigator) is completed, terminated, or discontinued, and the FDA is notified.

Current electronic data collection (including Electronic Medical Records [EMR]) should be maintained throughout the conduct of the study. The investigator must maintain an electronic copy (e.g., CD-ROM) of all data collected for each subject screened and treated. The investigator should be prepared to provide a paper printout of any subject's EMR upon

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

ORX-DOJ000002396

GOV_02641022

Clinical Study Protocol, OX219-006 

request by the sponsor and/or CRO.

Subject records will be kept private except when ordered by law. The following individuals will have access to study subject records: principal investigator and designees, study sponsor, monitors and auditors, FDA, other government offices, and the IRB.

## 8.4   Source Data and CRF

All subjects will be identified by initials, date of birth, and the screening number, and will be assigned a study subject number through an IRT service at randomization. Source documents will be used to record all study-related data. Source documents are defined as documents where the data are first documented and could for instance be validated lab reports, subject files, ECG printouts, etc.

Any change of data made on a source document, e.g., an incorrect ECG date-time stamp, will be performed by marking out the incorrect data with a single line, writing the corrected data beside, and dating and initialing the changes made.

Source document entries will be used to complete eCRFs. A set of eCRFs will be completed for each subject dosed with study drug in the study. Screening failures will be reported through the IRT service; eCRFs will not be completed for screen failure subjects. All data and eCRFs will be reviewed, evaluated, and signed by the investigator, as required. The monitor will confirm that data reported in the eCRF are consistent with source data.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 50 of 107   ORX-DOJ000002397
GOV_02641023

Clinical Study Protocol, OX219-006



## 9   DATA MANAGEMENT

Data management will be performed by WCT in accordance with WCT's standard operating procedures (SOPs). Electronic CRF data will be entered onto eCRF screens remotely by trained study site personnel via an EDC tool that will be accessed via a secure study-specific web portal. The EDC tool is eClinical OS and is provided by MERGE Healthcare. eClinical OS is fully validated and compliant with 21 CFR Part 11 - Electronic Records; Electronic Signatures. EDC training and eCRF completion guidelines will be provided by WCT.

Electronic CRF completion should be kept current to enable the monitor to review the subject's status throughout the course of the study. Data edit checks will run online at the time of saving each eCRF screen, and system queries will fire automatically to assist with data cleaning as entry occurs. Clinical research associate (CRA) and monitor queries will be generated during data monitoring, and manual queries will be generated by trained members of the Data Management team, as applicable. Sites will update the eCRF and respond to the data queries, submitting responses through the EDC tool.

As the primary investigator is responsible for the quality of the data recorded in the eCRFs, once the subject data are declared clean by the CRA and Data Manager, the primary investigator will be required to provide his/her electronic signature in the panel associated with each screen to verify they have reviewed and approved all data supplied via the EDC tool.

Clinical laboratory data will be transferred to WCT and reconciled against eCRF data as applicable. Serious adverse events in the clinical database (eClinical OS) will be reconciled against the safety database (Argus).

SAS$^{®}$ version 9.2 or later will be used to generate datasets. Datasets will be transferred to Orexo at the end of the study.

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 51 of 107   ORX-DOJ000002398
GOV_02641024

Clinical Study Protocol, OX219-006 

# 10 STATISTICAL METHODS

Statistical analyses of the data will be performed by the Biostatistics Department at WCT.  A statistical analysis plan (SAP), further describing the presentation of data and statistical data analysis, will be prepared by WCT.  The SAP will be finalized prior to database lock.

## 10.1 Objectives, Endpoints, and Planned Analyses

**Table 7. Objectives, Endpoints, and Statistical Analyses**

| Objective | Endpoint | Assessments |
|---|---|---|
| To assess retention in treatment after induction and stabilization at Day 15 (primary objective) | The proportion of randomized subjects retained in treatment at the Day 15 visit. (Primary endpoint) | Recording of dose administrations |
| | The proportion of subjects dosed at Day 1 remaining in treatment by treatment day | Recording of last dose in treatment |
| To assess treatment effects on opioid withdrawal symptoms | COWS score | Assessment pre-dose on Days 1, 2, 3, 4, 8, 15 and 22.  On Day 1, also at 0.5, 1.5, 3, and 6 hours post-dose |
| | SOWS score | Assessment pre-dose on Days 1, 2, 3, 4, 8, 15 and 22.  On Day 1, also at 0.5, 1.5, 3, and 6 hours post-dose |
| To assess treatment effects on opioid cravings | Craving VAS | Assessment pre-dose on Days 1, 2, 3, 4, 8, 15 and 22.  On Day 1, also at 0.5, 1.5, 3, and 6 hours post-dose |
| To assess treatment effects on illicit drug use | Negative urine drug screens | Assessment pre-dose on Days 1, 2, 3, 4, 8, 15 and 22 |
| | Self-report of substance use/opioid use | Assessment pre-dose on Days 1, 2, 3, 4, 8, 15 and 22 |
| To assess treatment effects on addiction severity | ASI Lite scores | ASI Lite interviews on screening and at the end of study visit ( Day 22 or 36) |
| | PGI-I | Subject's assessment of change in dependence severity from baseline to end of study visit ( Day 22 or 36) |
| | CGI-S | Clinician's assessment of dependence severity at screening and at the end of study visit ( Day 22 or 36) |
| | CGI-I | Clinician's assessment of change in dependence severity from baseline at end of study visit ( Day 22 or 36) |

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 52 of 107 ORX-DOJ000002399

GOV_02641025

Clinical Study Protocol, OX219-006



| Objective | Endpoint | Assessments |
|---|---|---|
| To assess retention in treatment | The proportion of subjects dosed at Day 1 that receive the study medication by visit | Recording of dose administrations |
| | The proportion of subjects dosed at Day 1 remaining in treatment by last treatment day | Recording of last dose in treatment |
| To evaluate taste, mouthfeel and formulation acceptability of OX219 compared to SUBOXONE® Film | Taste acceptability VAS | VAS collected pre-dose on Days 15 and 22 and post-dose on Days 3, 15 and 22. |
| | Aftertaste assessment | "None" to "Strong", collected pre-dose on Days 15 and 22 and post-dose on Days 3 and 15 |
| | Mouth feel acceptability VAS | VAS collected pre-dose on Days 15 and 22 and post-dose on Days 3 and 15. |
| | Ease of drug administration VAS | VAS collected pre-dose on Days 15 and 22 and post-dose on Days 3 and 15. |
| | Overall acceptability of formulation VAS | VAS collected pre-dose on Days 15 and 22 and post-dose on Days 3 and 15. |
| | Description of formulation | Free text pre-dose on Days 15 and 22 and post-dose on Days 3 and 15. |
| To evaluate the formulation preference for the OX219 compared to SUBOXONE® Film | Taste preference | Dichotomous rating: ("Tablet", "Film") on Day 22 |
| | Mouthfeel preference | Dichotomous rating: ("Tablet", "Film") on Day 22 |
| | Ease of administration preference | Dichotomous rating: ("Tablet", "Film") on Day 22 |
| | Overall preference | Dichotomous rating: ("Tablet", "Film") on Day 22 |
| To assess the safety and tolerability of OX219 | AEs | Subject-reported or otherwise detected |
| | Safety lab | Urine and blood samples |
| | Vital signs | Pulse rate, blood pressure, and respiratory rate |
| | C-SSRS | Screening and weekly C-SSRS questionnaires |

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 53 of 107   ORX-DOJ000002400

GOV_02641026

Clinical Study Protocol, OX219-006 

| Objective | Endpoint | Assessments |
|---|---|---|
| | Pain NRS | Pain NRS scores at screening and Days 8, 15 and 22 |
| To assess the patient perspective on constipation symptoms | PAC-SYM | Assessment at screening, Days 15 and 22 |
| To assess QoL and HEO | QoL: SF-36 | SF-36 ratings at screening and end of study visit ( Day 22 or 36) |
| | HEOs:<br>-Employment/ Support status<br><br>-Number of days on/off work | ASI-Lite questions at screening and end of study visit ( Day 22 or 36)<br><br>Healthcare cost/utilization questions (WPAI:SHP) at screening and end of study visit ( Day 22 or 36) |

## 10.2  Study Populations

The **Enrolled Population** will include all subjects who are enrolled into the study (i.e., consented).  This analysis set will be used to report subject disposition.

The **Safety Population** will include all subjects who take at least 1 dose of the study medication.  The safety set will be analyzed as treated.

The analysis of efficacy data will use 2 datasets:

> The **full analysis set:** This analysis set will consist of all subjects who are randomized to the study and take at least 1 dose of the study medication.  Any subjects with treatment administration errors will be analyzed according to the treatment to which they were randomized.  All efficacy variables will be analyzed using this set.

> The **per-protocol set:** This analysis set will be a subset of the full analysis set and will consist of all subjects who satisfy all of the inclusion/exclusion criteria, and who correctly receive the treatment to which they are randomized.

All efficacy variables will be assessed using the full analysis set.  The only variable to be assessed using the per-protocol analysis set will be the primary efficacy endpoint and for this endpoint the per-protocol analysis set will be considered the principal analysis population for the assessment of non-inferiority.  The full analysis set will be the principal analysis population to assess superiority for OX219 for the primary endpoint.

All protocol deviations will be listed and summarised in the clinical study report (CSR).  These will be assessed and documented on a case-by-case basis prior to the database lock, and any incidence of deviations considered having a serious impact on the efficacy results (up to the Day 15 assessment) will lead to the relevant subject being excluded from the per-protocol analysis set.  Examples of potential major protocol deviations include:

- Treatment administration errors/deviations

- Violation of inclusion/exclusion criteria

- Substantial amount of missing data

OX219-006 Amendment 3, 14 November 2013

**CONFIDENTIAL**

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 54 of 107   ORX-DOJ000002401

GOV_02641027

Clinical Study Protocol, OX219-006 

## 10.3 Study Disposition

- The numbers of subjects that enter the study and the numbers that complete each visit of the study will be presented.
- The reason for and timing of withdrawal will be summarized for the safety set.

## 10.4 Demographics

Descriptive summary statistics will be provided for demographic characteristics for each treatment group and for all subjects. For continuous variables, the number of non-missing observations, the mean, median, standard deviation, minimum, and maximum will be calculated. For all tabulations of changes from baseline data, the lower and upper 95% confidence limits for the mean for the population and for the individual treatments will be given. For categorical parameters, the cell frequencies and percentage of subjects in each demographic category will be presented.

Concomitant medications will be coded using the Anatomical Therapeutic Chemical (ATC) level 2 categories from the World Health Organization (WHO) dictionary.

The comparability of treatment groups with respect to subject demographics and baseline characteristics will be assessed in a descriptive manner, but no formal statistical testing will be performed. Any clinically significant difference may be accounted for in a subsequent sensitivity analysis of the primary endpoint.

## 10.5 Statistical Methods for Efficacy Analyses

All comparisons between the treatments will be reported with 2-sided p-values with 95% confidence intervals (CI) for the difference.

Normality assumptions will be evaluated by an examination of the residual plots and the Shapiro-Wilk test of normality. Depending on the degree of departure from these assumptions, an alternate nonparametric approach may be used for supportive purposes.

If missing values are identified, methods for handling this data will be detailed within the SAP.

Baseline will be defined as the latest available value of each parameter prior to first dosing of the study medication (Day 1).

All tabulations involving change from baseline data will only include subjects with cohort data, i.e., with data at baseline and at the relevant follow-up.

The primary efficacy analysis will be based on non-inferiority testing of the retention in treatment on Day 15. OX219 will be considered non-inferior if the lower limit of the 95% CI for the difference between the 2 treatments (OX219- SUBOXONE® Film) in the proportion of subjects retaining treatment on Day 15 is ≥ -10%. The (standard Wald asymptotic) confidence limits will be calculated using the RISKDIFF option in the SAS procedure PROC FREQ. The principal analysis will be performed on the per-protocol dataset. A sensitivity analysis will be performed using the full analysis set. Superiority of OX219 can be claimed if the lower limit of the 95% CI for the difference between the 2 treatments (OX219-SUBOXONE® Film) in the proportion of subjects retaining study treatment on Day 15 is above 0%. As a sensitivity analysis of the superiority analysis, a logistic regression model with factors for treatment (fixed effect) and center (random effect) with Day 1 pre-dose

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 55 of 107 ORX-DOJ000002402

GOV_02641028

Clinical Study Protocol, OX219-006 

COWS score as a covariate will be performed. The odds ratio will be presented along with associated 95% CI.

All other efficacy endpoints and the supportive analyses will be considered as descriptive evidence of efficacy and will be analyzed without any procedures to account for multiple comparisons. The number of subjects dosed on Day 1 remaining on treatment will be tabulated on a daily basis by treatment.

Including data up to Day 15 only, the time to first day without study medication dosing will be analyzed via a Cox proportional hazards regression model with factors for treatment and center with Day 1 pre-dose COWS score as a covariate. The hazard ratio will be presented along with associated 95% CIs. Subjects not missing the daily dose will be censored at the time of their final assessment or their Day 15 assessment date; whichever the earlier. A Kaplan-Meier plot for time to first day without study medication will also be generated.

Including data up to Day 15 only, the time in days to the first positive urine drug screen will be analyzed via Cox's proportional hazards model with factors for treatment, center and pre-dose COWS score as a covariate. The hazard ratio will be presented along with associated 95% confidence intervals. Subjects not reporting a positive urine drug screen will be censored at the time of their final urine drug screen assessment or their Day 15 urine drug screen assessment date; whichever the earlier.

The following variables will be analyzed via analysis of covariance (ANCOVA) with a covariate for baseline score with factors for treatment (fixed) and center (random). Least squares adjusted mean values for each treatment group will be presented, together with the difference in least squares means. The 95% CI for the difference in least square means will be estimated using the mean square error from the ANCOVA.

- AUC (0 to 6 hours on Day 1) in COWS total score
- The worst post-baseline COWS total score recorded at 0.5, 1.5, 3, and 6 hours on Day 1
- AUC (Days 1 to 15 inclusive) in COWS total score
- The worst post-baseline COWS total score recorded on Days 2, 3, 4, 8, and 15
- AUC (0-6 hours on Day 1) in SOWS total score
- The worst post-baseline SOWS total score recorded at 0.5, 1.5, 3, and 6 hours on Day 1
- AUC (Days 1 to 15 inclusive) in SOWS total score
- The worst post-baseline SOWS total score recorded on Days 2, 3, 4, 8, and 15
- AUC (0-6 hours on Day 1) in VAS score for craving
- The worst post-baseline VAS score for craving recorded at 0.5, 1.5, 3, and 6 hours on Day 1
- AUC (Days 1 to 15 inclusive) in VAS score for craving
- The worst post-baseline VAS score for craving recorded on Days 2, 3, 4, 8, and 15

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 56 of 107   ORX-DOJ000002403

GOV_02641029

Clinical Study Protocol, OX219-006 

The following data will be analyzed via analysis of variance (ANOVA) with factors for treatment (fixed) and center (random). Least squares adjusted mean values for each treatment group will be presented, together with the difference in least squares means. The 95% CI for the difference in least square means will be estimated using the mean square error from the ANOVA:

- Taste acceptability VAS at Day 15
- Aftertaste assessment at Day 15
- Mouthfeel acceptability VAS at Day 15
- Ease of drug administration VAS at Day 15
- Overall acceptability of formulation VAS on Day 15

The preference for the OX219 compared to SUBOXONE® Film after the last treatment period will be compared via McNemar's test for the following:

- Taste preference
- Mouthfeel preference
- Ease of administration preference
- Overall preference

The following data will be tabulated but not formally analyzed:

- Urine drug screen data (positive/negative) at Days 2, 3, 4, 8, 15, and 22. (For these tabulations if the test is not taken or due to manipulation of test it will be treated as positive. Missing data due to sample handling issues/clinic omission will be treated as missing data).

- Change from baseline in COWS total score for assessments on Day 22
- Change from baseline in SOWS total score for assessments on Day 22
- Change from baseline in VAS for craving for assessments on Day 22
- Taste acceptability VAS at Day 22
- Aftertaste assessment at Day 22
- Mouthfeel acceptability VAS at Day 22
- Ease of drug administration VAS at Day 22
- Overall acceptability of formulation VAS at Day 22
- Change from baseline in the CGI-S at end of study visit ( Day 22 or 36)
- CGI-I at end of study visit ( Day 22 or 36)
- PGI-I at end of study visit ( Day 22 or 36) Change from baseline in the nine sub-domains within the SF-36 questionnaire at end of study visit ( Day 22 or 36) Changes from baseline in the for each of seven composite scores from the ASI-Lite questionnaire at end of study visit ( Day 22 or 36)

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 57 of 107   ORX-DOJ000002404

GOV_02641030

Clinical Study Protocol, OX219-006 

- Change from baseline for each of the six questions within the WPAI:SHP questionnaire at end of study visit ( Day 22 or 36) Safety Analyses

All safety analyses will be presented for the safety set.

### 10.5.1  Adverse Events

Adverse events reported from Days 1 to 15, inclusive, and from Day 15 onwards will be tabulated separately.

All treatment emergent adverse events (TEAEs) will be listed and tabulated by treatment (and overall), severity, relationship to therapy, and primary system organ class according to the latest version of MedDRA available at the time of database lock.  In counting the number of events reported, a continuous event, i.e., reported more than once and which did not cease, will be counted only once; non-continuous AEs reported several times by the same subject will be counted as multiple events.  Events presented immediately prior to the first Day 1 dose of study medication that do not worsen in severity will not be regarded as treatment emergent.  Events presented immediately prior to the first dose on Day 15 medication that do not worsen in severity will not be included in the open-label phase AE tabulations.  Events reported after the end-of-study visit or more than 3 days after the last study medication dose, whichever is sooner, will not be considered treatment emergent and will be tabulated separately.

Treatment differences between treatment groups in the proportion of subjects reporting TEAEs from Days 1 to 15, inclusive, will be compared via chi-square tests.

A treatment-related adverse event is defined as an AE as being possibly, or probably related to the study treatment.  If an AE has a missing relationship, it is assumed to be related to the study treatment for analysis purposes.

The incidence of TEAEs, SAEs, AEs related to study treatment, SAEs related to treatment, and AEs leading to study discontinuation will be summarized.

The incidence of TEAEs and treatment-related AEs will also be summarized by maximum severity and most-related relationship to study medication by MedDRA primary system organ class and preferred term.  The summary will include the total number and percentage of subjects reporting a particular event.

### 10.5.2  Clinical Laboratory Evaluations

Descriptive statistics will be calculated for change from screening to end of study follow-up for each of the hematology and serum chemistry variables.  Each measurement will be classed as below, within, or above normal range, based on ranges supplied by the laboratory used.  Shift tables in relation to the normal range from screening to end of study follow-up visit will be presented.

Descriptive statistics for urinalysis will be calculated for the end of study assessment as well as changes from baseline.

Details of microscopic urinalysis will be provided in Appendix 16.2 of the CSR.

A listing of any clinically significant laboratory measurements recorded throughout the study will be provided.

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 58 of 107   ORX-DOJ000002405

GOV_02641031

Clinical Study Protocol, OX219-006 

### 10.5.3  Vital signs

Summary statistics for observed and changes from baseline in the following vital signs will be tabulated by treatment at each follow-up:

- Systolic blood pressure (mmHg)
- Diastolic blood pressure (mmHg)
- Pulse rate (beats per minute [bpm])
- Respiratory rate (breaths per minute)

### 10.5.4  Pain assessment, numerical rating scale

Change from screening in the Pain NRS scores at Days 8, 15 and 22will be tabulated overall and by treatment group.

### 10.5.5  Columbia Suicide Severity Rating Scale

Data from the C-SSRS questionnaire at Screening, Days 8, 15 and 22 will be tabulated overall and by treatment group.

### 10.5.6  Physical Examination

The body systems within the physical examination data at the end of the study will be summarized by treatment (Normal; Abnormal not clinically significant [NCS], Abnormal clinically significant [CS]).

### 10.5.7  Patient Assessment of Constipation – Symptoms (PAC-SYM)

Changes from screening to Days 15 and 22 for the mean scores for the abdominal, rectal and stool domains and the global score (the mean of all 12 items) from the PAC-SYM questionnaire will be tabulated by randomized treatment group.

## 10.6  Determination of Sample Size

The sample size calculation was conducted using nQuery + nTerim 2.0.  A sample size of 708 subjects is required to ensure that the lower confidence limit of the 2-tailed 95% CI, for the true difference (test treatment - reference treatment) in the percentage of subjects retaining study treatment at Day 15 lies above – 10%.  This corresponds to a 2-group large-sample normal approximation test of proportions with 90% power and a 1-sided 2.5% level of significance, assuming an 80% response rate for retention in treatment at Day 15.

Previous studies inducing subjects on BUP treatment indicate that 80% retention at Day 15 is a reasonable assumption.  Under the assumption that 5% of subjects will not be eligible for the per-protocol set, a total of 708 subjects will be randomized to ensure a sample size of 674 eligible subjects (337 in each treatment arm) for the per-protocol set.

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 59 of 107   ORX-DOJ000002406

GOV_02641032



# 11  QUALITY CONTROL AND QUALITY ASSURANCE

## 11.1  Quality Control

### 11.1.1  Monitoring

Monitoring is performed to ensure that the study is conducted in accordance with the study protocol, applicable laws, and regulations (21 CFR parts 50, 56, and 312), the Declaration of Helsinki and all revisions thereof, and with the International Conference on Harmonisation (ICH) Guidelines on good clinical practice (GCP) (CPMP/ICH/135/95).  The investigator will facilitate monitoring of the study by cooperating with the monitor and will make documentation, source data, and staff available to the monitor.  All eCRF data will be supported by source documentation at the site.  All eCRF data will be monitored during each visit according to the study monitoring plan.

### 11.1.2  Internal quality control procedures

WCT will employ appropriate quality control measures in critical processes in data management (including data handling and data transfers), in the statistical analysis, and in the report writing, to ensure that data reported from the study are true and reliable.

## 11.2  Quality Assurance Audits and Inspections

The sponsor (or representative) may conduct audits at the study center(s).  Audits may include, but are not limited to, drug supply, presence of required documents, the IC process, and comparison of eCRFs with source documents.

The Quality Assurance Department at the designated CRO may conduct audits of study procedures, study drug accountability, regulatory aspects of study conduct, source documentation, and eCRF transcription for compliance with GCPs and designated CRO SOPs.  A quality assurance statement of items audited will be provided in the final report.

The study site may also be subject to inspections by a regulatory authority or the IRB.  The investigator is required to inform Orexo AB immediately of any inspection requested.

Investigators will facilitate auditing and inspections by cooperating with auditors/inspectors and will make documentation, source data, and staff available as needed.

## 11.3  Training of Staff

Before inclusion of subjects, the sponsor and/or monitor will perform a study initiation visit to inform and train relevant study staff.  All investigators and staff carrying out observations of primary or other major variables involved in the study should provide curriculum vitae.  The principal investigator will keep a list of all personnel involved in the study together with their function and study related duties delegated.  He/she will ensure that appropriate study-related training is given to all of these staff, and that any new information of relevance to the performance of this study is forwarded to the staff involved.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

ORX-DOJ000002407
GOV_02641033

Clinical Study Protocol, OX219-006 

## 12 ETHICAL CONSIDERATIONS

### 12.1 Risk-Benefit Assessment

Both BUP and NAL are well known drug substances with recognized efficacy and safety profiles following many years of clinical use, including for the indication of maintenance treatment for opioid drug dependence.

OX219 is a sublingual formulation designed to provide equivalent exposure of BUP to SUBOXONE® Tablet.

The doses of BUP and NAL proposed for use in the clinical development program are well within those commonly used in clinical practice and the total systemic exposures will be within that recommended for SUBOXONE® Film.  The risk-benefit ratio for treatment of opioid dependence is expected to be the same as for the approved drug SUBOXONE® Film. Considering reports of frequent off-label use of BUP/NAL for induction of treatment and the available data from clinical studies, the experimental part of this study, the use of a BUP/NAL formulation for induction of treatment, is not expected to have a significant impact on the risk-benefit assessment.

Considering the increase in knowledge this study will give on induction and stabilization on OX219, the benefits of performing this study are assessed to outweigh the risks.  Performance of this study in opioid-dependent subjects is thus assessed to be acceptable from an ethical point of view.

### 12.2 Ethical Conduct of the Study

This study will be conducted in accordance with applicable laws and regulations, including, but not limited to, the ICH Guideline for GCP[5] and the ethical principles that have their origins in the Declaration of Helsinki[6].  The IRB must review and approve the protocol and ICF before any subjects are enrolled.  Before any protocol-required procedures are performed, the subject must sign and date the IRB/IEC-approved ICF.

#### 12.2.1 Subject Information and Consent

The investigator will ensure that the subject is given full and adequate oral and written information about the nature, purpose, possible risks, and benefits of this study and that he/she voluntarily consents to participate in the study in writing according to Section 6.1.  Subjects will have the right to withdraw from the study at any time without consequences on their continued treatment, and must be properly informed of these rights.

#### 12.2.2 Subject Safety

The investigator's duty is first and foremost to safeguard the life and health of study subjects. When in conflict, considerations related to the well-being of the human subject should take precedence over the performance of the study.

#### 12.2.3 Subject Data Protection

All information obtained during the conduct of the study with respect to the subjects' state of health will be regarded as confidential in accordance with national data legislations.  This is detailed in the written information provided to the subject and an agreement for disclosure of any such information will be obtained in writing and is included in copies of the ICF signed by the subject.

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 61 of 107   ORX-DOJ000002408

GOV_02641034

Clinical Study Protocol, OX219-006 

In order to maintain anonymity, subjects will be identified by a special subject number in lieu of the subject's name in all subject data handling outside the clinical unit. The code list connecting the subject numbers to the identity of the subjects will be kept by the investigator and will only be disclosed to external parties for the purpose of quality control, quality assurance, and IRB or regulatory inspections.

## 12.3 Ethical Review

The study protocol, ICF, IB, or package insert (as applicable), and any specific advertising will be submitted to the relevant IRB for review before the start of the study. A form signed by the chairman or designee of the IRB noting the approvals must be obtained before enrollment of any subject into the study. The IRB will be informed of any SAEs occurring during the study.

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 62 of 107 ORX-DOJ000002409

GOV_02641035

Clinical Study Protocol, OX219-006



## 13 REFERENCES

1. Amass, L., et al., *A prospective, randomized, multicenter acceptability and safety study of direct buprenorphine/naloxone induction in heroin-dependent individuals.* Addiction. **107**(1): p. 142-51.

2. Strain, E.C., J.A. Harrison, and G.E. Bigelow, *Induction of opioid-dependent individuals onto buprenorphine and buprenorphine/naloxone soluble-films.* Clin Pharmacol Ther, 2011. **89**(3): p. 443-9.

3. Fudala, P.J., et al., *Office-based treatment of opiate addiction with a sublingual-tablet formulation of buprenorphine and naloxone.* N Engl J Med, 2003. **349**(10): p. 949-58.

4. FDA Approved Prescribing Label for SUBOXONE Film, distributed by Reckitt Benckiser Pharmaceuticals, Inc., *accessed online on 23 May 2013, http://www.accessdata.fda.gov/drugsatfda_docs/label/2012/022410s006s007lbl.pdf*

5. Ling, W., et al., *Buprenorphine maintenance treatment of opiate dependence: a multicenter, randomized clinical trial.* Addiction, 1998. **93**(4): p. 475-86.

6. *Guidance for Industry - E6 Good Clinical Practice: Consolidated Guidance.* 1996, U.S. Department of Health and Human Services, Food and Drug Administration, Center for Drug Evaluation and Research (CDER), Center for Biologics Evaluation and Research (CBER).

7. *World Medical Association - Declaration of Helsinki - Ethical principles for medical research involving human subjects.* 2008-10.

**CONFIDENTIAL**
SUBJECT TO PROTECTIVE ORDER

**Gov't Ex. 64**
**Page 63 of 107** ORX-DOJ000002410

GOV_02641036

Clinical Study Protocol, OX219-006                    

# 14 APPENDICES

## 14.1 Appendix A: Protocol Signatures

### 14.1.1 Protocol Signature – Sponsor's Responsible Medical Officer

| Clinical Study Protocol | |
|---|---|
| IND No | 110637 |
| Drug substance | Buprenorphine/Naloxone |
| Document No. | 10 3529/01 |
| Sponsor trial code | OX219-006 |
| Date | 14 November 2013 |

**Study title:**

Induction, STabilization, Adherence and Retention Trial (ISTART) - A randomized non-inferiority multicenter study to assess early treatment efficacy of OX219 versus SUBOXONE® Film and to explore switching between treatments

Date:                    14ᵗʰ NOVEMBER 2013

Sponsor signature:

Michael Sumner
Chief Medical Officer, Orexo US

Address:

89 HEADQUARTERS PLAZA
MORRISTOWN
NJ 07960

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 64 of 107    ORX-DOJ000002411

GOV_02641037

Clinical Study Protocol, OX219-006                           orexo

14.1.2 Protocol Signature – Study Statistician

| Clinical Study Protocol | |
| --- | --- |
| IND No | 110637 |
| Drug substance | Buprenorphine/Naloxone |
| Document No. | 10 3529/01 |
| Sponsor trial code | OX219-006 |
| Date | 14 November 2013 |

**Study title:**

Induction, STabilization, Adherence and Retention Trial (ISTART) - A randomized non-inferiority multicenter study to assess early treatment efficacy of OX219 versus SUBOXONE® Film and to explore switching between treatments

Date:                         _19 Nov 2013_

Signature of study statistician:   _[signature]_

                              Biostatistician

Address:      WCT, Isaac Newton Centre,
              Nottingham Science Park
              Nottingham, NG7 2RH, UK

OX219-006 Amendment 3, 14 November 2013

64 (106)

**CONFIDENTIAL**

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 65 of 107

ORX-DOJ000002412

GOV_02641038

Clinical Study Protocol, OX219-006                    orexo

## 14.1.3 Protocol Signature – Principal Investigator

| Clinical Study Protocol | |
|---|---|
| IND No | 110637 |
| Drug substance | Buprenorphine/Naloxone |
| Document No. | 10 3529/01 |
| Sponsor trial code | OX219-006 |
| Date | 14 November 2013 |

**Study title:**

Induction, STabilization, Adherence and Retention Trial (ISTART) – A randomized non-inferiority multicenter study to assess early treatment efficacy of OX219 versus SUBOXONE® Film and to explore switching between treatments

I agree to the terms of this study protocol. I will conduct the study in accordance with the procedures specified in the study protocol, the ethical principles in the Declaration of Helsinki, ICH Good Clinical Practice and all other applicable regulatory requirements.

Date:                    11/13/13

Signature of Principal Investigator:

Erik Gunderson, MD, FASAM

Address:                Assistant Professor, Department Psychiatry & Neurobehavioral Sciences and Department of Medicine

University of Virginia
PO Box 800623
Charlottesville, VA 22911
434-202-8612 office
434-973-7031 fax
917-856-1631 mobile
erikgunderson @ virginia.edu

OX219-006 Amendment 3, 14 November 2013

65 (106)

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 66 of 107

ORX-DOJ000002413
GOV_02641039

Clinical Study Protocol, OX219-006 

## 14.2  Appendix B: Clinical Laboratory Evaluations

<u>Clinical Chemistry, Complete Panel (at Screening and End of Study)</u>

| | |
|---|---|
| Alanine transaminase (ALT/SGPT) | Gamma GT (GGT) |
| Albumin | Glucose |
| Alkaline phosphatase | INR |
| Aspartate transaminase (AST/SGOT) | Lactate dehydrogenase (LDH) |
| Bilirubin, total | Potassium |
| Blood Urea Nitrogen | Sodium |
| Chloride | Uric acid |
| Creatinine | |

Follicle-stimulating Hormone (FSH) – screening of post-menopausal women only.

<u>Hematology (at Screening and End-of-Study)</u>

| | |
|---|---|
| Hematocrit | MCHC |
| Hemoglobin | MCV |
| Leukocyte count (total and differential) | Platelets |
| MCH | Red Blood Cell count |

<u>Virology (at screening)</u>

Hepatitis B surface antigen, Hepatitis C antibody, and Human Immunodeficiency Virus I/II (HIV)

<u>Urinalysis (at Screening and on end of study)</u>

| | | |
|---|---|---|
| Bilirubin, qualitative | Leukocyte esterase | Protein, qualitative |
| Cells | Nitrite | Specific gravity |
| Glucose, qualitative | Occult Blood | Urobilinogen. |
| Ketones, qualitative | pH | |

If protein, occult blood, nitrite, or leukocyte esterase values are out of range, a microscopic examination will be performed

<u>Pregnancy Tests (hCG)</u>

All females, irrelevant of their childbearing potential, will have a urine dipstick pregnancy test performed at screening, pre-dose on Day 1, and on Day 22.

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 67 of 107   ORX-DOJ000002414

GOV_02641040

Clinical Study Protocol, OX219-006 

Urine drug screens (Screening, Day 1, Day 8, Day 15, Day 22)

A urine drug panel will test for the following drugs of abuse (DoA):

| | | |
|---|---|---|
| Amphetamines (including Methamphetamine) | Cocaine | Methadone |
| | Opiates (incl. Oxycodone/ Hydrocodone) | Methaqualone |
| Barbiturates | | Buprenorphine* |
| Benzodiazepines | Phencyclidine (PCP) | Ethyl glucuronide (ETG) |
| Cannabinoids (THC) | Propoxyphene | |

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 68 of 107   ORX-DOJ000002415

GOV_02641041

Clinical Study Protocol, OX219-006 

### 14.3  Appendix C: Dosing Instructions

14.3.1  OX219

**How should I take the study medication?**

- Always take the study medication exactly as your doctor tells you. Your doctor may change your dose after seeing how it affects you. Do not change your dose unless your doctor tells you to change it.
- Do not take the study medication more often than prescribed by your doctor.
- Put the tablets under your tongue. Let them dissolve completely.

  

- If you are prescribed a dose of 2 or more tablets at the same time:
    - All tablets should be placed under the tongue at the same time
- While the study medication is dissolving, do not talk, chew, or swallow the tablet because the medicine will not work as well.
- If you miss a dose of the study medication, take your medicine when you remember. If it is almost time for your next dose, skip the missed dose and take the next dose at your regular time. Do not take 2 doses at the same time unless your doctor tells you to. If you are not sure about your dosing, call your doctor.
- Do not stop taking the study medication suddenly. You could become sick and have withdrawal symptoms because your body has become used to the medicine. Physical dependence is not the same as drug addiction. Your doctor can tell you more about the differences between physical dependence and drug addiction. To have fewer withdrawal symptoms, ask your doctor how to stop using the study medication the right way.
- **If you take too much of the study medication or overdose, call Poison Control or get emergency medical help right away.**

14.3.2  SUBOXONE® Film

SUBOXONE® Film is an orange-colored, rectangular film with a white printed logo. Each individual dose comes in a child-resistant pouch. When you take SUBOXONE® Film:

- Always take it exactly as prescribed by the study doctor. Call your doctor with any questions
- To open your medication package, fold along the dotted line and tear downward at the slit. If you prefer, you can also use scissors to cut along the arrow
- Before taking SUBOXONE® Film, drink some water to moisten your mouth. This should help the films dissolve more easily
- Make sure your hands are dry. Hold SUBOXONE® Film between two fingers by the outside edges of the film.

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 69 of 107   ORX-DOJ000002416

GOV_02641042

Clinical Study Protocol, OX219-006     

- Place the film under your tongue (close to the base either on the left or the right side of the center):
    - If you are directed to use 2 films at a time, place the second SUBOXONE® Film under your tongue on the opposite side.  Try to avoid having the films touch.
    - Keep the films in place until they are completely dissolved.
    - If you are directed to use a third SUBOXONE® Film, place it under your tongue on either side after the first 2 films have dissolved.
- Take your SUBOXONE® Film in the same way each time to ensure consistency in drug absorption
- While SUBOXONE® Film is dissolving, don't chew or swallow—less medication will be absorbed into your bloodstream and you may not get the amount of medicine you need.
- Talking while the films are dissolving can interfere with how well the medication in SUBOXONE® Film is absorbed.  You may want to do something that doesn't involve talking, like reading a book or watching television, while waiting for SUBOXONE® Film to dissolve.  Let family and friends know that you won't be able to answer them or talk on the phone while your medication is dissolving.
- Always store the pouches that contain your SUBOXONE® Film in a cool, DRY place to protect your medication
- Do not stop taking SUBOXONE® Film suddenly.  You could become sick and have withdrawal symptoms because your body has become used to the medicine.  Ask your doctor how to stop using SUBOXONE® Film the right way.
- **If you take too much of the study medication or overdose, call Poison Control or get emergency medical help right away.**

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 70 of 107   ORX-DOJ000002417

GOV_02641043

Clinical Study Protocol, OX219-006



**14.4  Appendix D: Clinical Opioid Withdrawal Scale (COWS)**

For each item, write in the number that best describes the subject's signs or symptom. Rate only as regards the apparent relationship to opiate withdrawal.  For example, if heart rate is increased because the patient was jogging just prior to assessment, the increase in pulse rate would not add to the score.

Subject number:_____          Date [dd/MMM/yyyy]:_____

| Timepoint [hh:mm] | | | | | |
|---|---|---|---|---|---|
| **Resting Pulse Rate**:  (record beats per minute)<br>*Measured after patient is sitting or lying for one<br>   minute*<br>0 pulse rate 80 or below<br>1 pulse rate 81-100<br>2 pulse rate 101-120<br>4 pulse rate greater than 120 | | | | | |
| **Sweating:** *over past ½ hour not accounted for by<br>   room temperature or patient activity.*<br>0 no report of chills or flushing<br>1 subjective report of chills or flushing<br>2 flushed or observable moistness on face<br>3 beads of sweat on brow or face<br>4 sweat streaming off face | | | | | |
| **Restlessness** *Observation during assessment*<br>0 able to sit still<br>1 reports difficulty sitting still, but is able to do<br>   so<br>3 frequent shifting or extraneous movements of<br>   legs/arms<br>5 Unable to sit still for more than a few seconds | | | | | |
| **Pupil size**<br>0 pupils pinned or normal size for room light<br>1 pupils possibly larger than normal for room<br>   light<br>2 pupils moderately dilated<br>5 pupils so dilated that only the rim of the iris is<br>   visible | | | | | |
| **Bone or Joint aches** *If patient was having pain<br>   previously, only the additional component<br>   attributed to opiates withdrawal is scored*<br>0 not present<br>1 mild diffuse discomfort<br>2 patient reports severe diffuse aching of joints/<br>   muscles<br>4 patient is rubbing joints or muscles and is<br>   unable to sit still because of discomfort | | | | | |
| **Total score, page 1** | | | | | |

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 71 of 107   ORX-DOJ000002418

GOV_02641044

Clinical Study Protocol, OX219-006



| | | | | | |
|---|---|---|---|---|---|
| **Runny nose or tearing** *Not accounted for by cold symptoms or allergies*<br>0 not present<br>1 nasal stuffiness or unusually moist eyes<br>2 nose running or tearing<br>4 nose constantly running or tears streaming down cheeks | | | | | |
| **GI Upset:** *over last ½ hour*<br>0 no GI symptoms<br>1 stomach cramps<br>2 nausea or loose stool<br>3 vomiting or diarrhea<br>5 Multiple episodes of diarrhea or vomiting | | | | | |
| **Tremor** *observation of outstretched hands*<br>0 No tremor<br>1 tremor can be felt, but not observed<br>2 slight tremor observable<br>4 gross tremor or muscle twitching | | | | | |
| **Yawning** *Observation during assessment*<br>0 no yawning<br>1 yawning once or twice during assessment<br>2 yawning three or more times during assessment<br>4 yawning several times/minute | | | | | |
| **Anxiety or Irritability**<br>0 none<br>1 patient reports increasing irritability or anxiousness<br>2 patient obviously irritable anxious<br>4 patient so irritable or anxious that participation in the assessment is difficult | | | | | |
| **Gooseflesh skin**<br>0 skin is smooth<br>3 piloerection of skin can be felt or hairs standing up on arms<br>5 prominent piloerection | | | | | |
| **Total score, page 2** | | | | | |
| **Total scores**<br><br>**with observer's initials** | | | | | |

**Score:**

**5-12 = mild**

**13-24 = moderate**

**25-36 = moderately severe**

**More than 36 = severe withdrawal**

OX219-006 Amendment 3, 14 November 2013

**CONFIDENTIAL**
SUBJECT TO PROTECTIVE ORDER

**Gov't Ex. 64**
**Page 72 of 107**  ORX-DOJ000002419
GOV_02641045

Clinical Study Protocol, OX219-006 

### 14.5 Appendix E: Self Report of Substance Use

| | Past 30 days (number of days) | Lifetime (years) | Route of administration (most severe) 1. Oral. 2. Nasal 3. Smoking 4. Non-IV injection 5. IV |
|---|---|---|---|
| Alcohol (any use at all) | ☐☐ | ☐☐ | ■ |
| Alcohol (to intoxication) | ☐☐ | ☐☐ | ■ |
| Heroin | ☐☐ | ☐☐ | ☐ |
| Methadone | ☐☐ | ☐☐ | ☐ |
| Buprenorphine, other than study medication (e.g., Subutex, SUBOXONE®, generic buprenorphine) | ☐☐ | ☐☐ | ☐ |
| Other opioids/Analgesics (e.g., Vicodin, OxyContin) | ☐☐ | ☐☐ | ☐ |
| Barbiturates | ☐☐ | ☐☐ | ☐ |
| Sedatives/Hypnotics/Tranquilizers (including benzodiazepines, zolpidem, zopiclone and zaleplon) | ☐☐ | ☐☐ | ☐ |
| Cocaine | ☐☐ | ☐☐ | ☐ |
| Amphetamines | ☐☐ | ☐☐ | ☐ |
| Cannabis | ☐☐ | ☐☐ | ☐ |
| Hallucinogens | ☐☐ | ☐☐ | ☐ |
| Inhalants | ☐☐ | ☐☐ | ☐ |
| More than 1 substance per day (including alcohol) | ☐☐ | ☐☐ | ■ |

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 73 of 107 ORX-DOJ000002420

GOV_02641046

Clinical Study Protocol, OX219-006 

### 14.6 Appendix F: Addiction Severity Index – Lite

**Addiction Severity Index *Lite* - CF**
Clinical/Training Version

---

Thomas McLellan, Ph.D.
John Cacciola, Ph.D.
Deni Carise, Ph.D.
Thomas H. Coyne, MSW
*Remember: This is an interview, not a test*

*Items with a "\*" are to be asked at follow-up.*
*Items with an asterisk "\*" are cumulative and should be registered at follow-up.*
*Items in a double border gray box are questions for the interviewer.*
*Do not ask these questions of the client.*

---

**INTRODUCING THE ASI:** Seven potential problem areas: Medical, Employment/Support Status, Alcohol, Drug, Legal, Family/Social, and Psychological. All clients receive this same standard interview. All information gathered is confidential.
There are two time periods we will discuss:
1. The past 30 days
2. Lifetime Data

**Patient Rating Scale:** Patient input is important. For each area, I will ask you to use this scale to let me know how bothered you have been by any problems in each section. I will also ask you how important treatment is for you for the area being discussed.
The scale is:     0 - Not at all
                  1 - Slightly
                  2 - Moderately
                  3 - Considerably
                  4 - Extremely
If you are uncomfortable giving an answer, then don't answer.
*Please do not give inaccurate information!*

---

**INTERVIEWER INSTRUCTIONS:**
1. Leave no blanks.
2. Make plenty of Comments (if another person reads this ASI, they should have a relatively complete picture of the client's perceptions of his/her problems)
3. X = Question not answered.
   N = Question not applicable.
4. Terminate interview if client misrepresents two or more sections.
5. When noting comments, please write the question number.
6. Tutorial/clarification notes are preceded with "●".

**HALF TIME RULE:** If a question asks the *number of months*, round up periods of 14 days or more to 1 month. Round up 6 months or more to 1 year.

**CONFIDENCE RATINGS:** ⇒ Last two items in each section.
   ⇒ Do not over interpret.
   ⇒ Denial does not warrant misrepresentation.
   ⇒ Misrepresentation = overt contradiction in information.
*Probe and make plenty of comments!*

---

**HOLLINGSHEAD CATEGORIES:**
1. Higher execs, major professionals, owners of large businesses.
2. Business managers of medium sized businesses, lesser professions, i.e., nurses, opticians, pharmacists, social workers, teachers.
3. Administrative personnel, managers, minor professionals, owners/proprietors of small businesses, i.e., bakery, car dealership, engraving business, plumbing business, florist, decorator, actor, reporter, travel agent
4. Clerical and sales, technicians, small businesses (bank teller, bookkeeper, clerk, draftsman, timekeeper, secretary).
5. Skilled manual - usually having had training (baker, barber, brakeman, chef, electrician, fireman, lineman, machinist mechanic, paperhanger, painter, repairman, tailor, welder, policeman, plumber).
6. Semi-skilled (hospital aide, painter, bartender, bus driver, cutter, cook, drill press, garage guard, checker, waiter, spot welder, machine operator).
7. Unskilled (attendant, janitor, construction helper, unspecified labor, porter, including unemployed).
8. Homemaker
9. Student, disabled, no occupation

---

**LIST OF COMMONLY USED DRUGS:**

| | |
|---|---|
| Alcohol: | Beer, wine, liquor |
| Methadone: | Dolophine, LAAM |
| Opiates: | Pain Killers = Morphine, Dilaudid, Demerol, Percocet, Darvon, Talwin, Codeine, Tylenol 2,3,4, Syrups = Robitussin, Fentanyl |
| Barbiturates: | Nembutal, Seconal, Tuinal, Amytal, Pentobarbital, Secobarbital, Phenobarbital, Fiorinal |
| Sed/Hyp/Tranq: | Benzodiazepines = Valium, Librium, Ativan, Serax, Tranxene, Dalmane, Halcion, Xanax, Miltown, Other = Chloral Hydrate, Quaaludes |
| Cocaine: | Cocaine Crystal, Free-Base Cocaine or Crack, and "Rock Cocaine" |
| Amphetamines: | Monster, Crank, Benzedrine, Dexedrine, Ritalin, Preludin, Methamphetamine, Speed, Ice, Crystal Marijuana, Hashish |
| Cannabis: | |
| Hallucinogens: | LSD (Acid), Mescaline, Psilocybin (Mushrooms), Peyote, Green, PCP (Phencyclidine), Angel Dust, Ecstasy |
| Inhalants: | Nitrous Oxide (Whippits), Amyl Nitrate (Poppers), Glue, Solvents, Gasoline, Toluene, Etc. |
| Just note if these are used: | Antidepressants, Ulcer Meds = Zantac, Tagamet Asthma Meds = Ventolin Inhaler, Theodur Other Meds = Antipsychotics, Lithium |

---

**ALCOHOL/DRUG USE INSTRUCTIONS:**
The following questions look at two time periods: the past 30 days and lifetime. Lifetime refers to the time prior to the last 30 days. However if the client has been incarcerated for more than 1 year, you would only gather lifetime information, unless the client admits to significant alcohol/drug use during incarceration. This guideline only applies to the Alcohol/Drug Section.
   ⇒ 30 day questions only require the number of days used.
   ⇒ Lifetime use is asked to determine extended periods of use
   ⇒ Regular use = 3+ times per week, binges, or problematic irregular use in which social activities are compromised
   ⇒ Alcohol to intoxication does not necessarily mean "drunk", use the words felt the effects", "got a buzz", "high", etc. instead of intoxication. As a rule of thumb, 3+ drinks in one setting, or within a brief period of time defines "intoxication"
   ⇒ "How to ask these questions"
   ⇒ "How many days in the past 30 have you used...?"
   ⇒ "How many years in your life have you regularly used...?"

---

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 74 of 107    ORX-DOJ000002421

GOV_02641047

Clinical Study Protocol, OX219-006 

### Addiction Severity Index *Lite* - Training Version
### GENERAL INFORMATION

G1. ID No.:

G2. SS No.:

G3. Program No.:

G4. Date of Admission:

G5. Date of Interview:

G8. Class:    1. Intake    2. Follow-up

G9. Contact Code:
1. In person
2. Telephone (Intake ASI must be in person)
3. Mail

G10. Gender:    1. Male    2. Female

G11. Interviewer Code No.:

G12. Special:
1. Patient terminated
2. Patient refused
3. Patient unable to respond

---

Name

Address 1

Address 2

City    State    Zip Code    Tel. No.

---

G14. How long have you lived at this address?    Years    Months

G16. Date of birth:    (Month/Day/Year)

G17. Of what race do you consider yourself?
1. White (not Hisp)    5. Asian/Pacific    9. Other Hispanic
2. Black (not Hisp)    6. Hispanic-Mexican
3. American Indian    7. Hispanic-Puerto Rican
4. Alaskan Native    8. Hispanic-Cuban

G18. Do you have a religious preference?
1. Protestant    3. Jewish    5. Other
2. Catholic    4. Islamic    6. None

G19. Have you been in a controlled environment in the past 30 days?
1. No    4. Medical Treatment
2. Jail    5. Psychiatric Treatment
3. Alcohol/Drug Treat.    6. Other _____
•A place, theoretically, without access to drugs/alcohol.

G20. How many days?
•"NN" if Question G19 is No. Refers to total number of days detained in the past 30 days.

(Clinical/Training Version)

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 75 of 107 ORX-DOJ000002422

GOV_02641048

Clinical Study Protocol, OX219-006



## MEDICAL STATUS

**M1.** * How many times in your life have you been hospitalized for medical problems?
* Include O.D.'s and D.T.'s. Exclude detox, alcohol/drug, psychiatric treatment and childbirth (if no complications). Enter the number of overnight hospitalizations for medical problems.

**M3.** Do you have any chronic medical problems which continue to interfere with your life?     0 - No  1 - Yes.
* If "Yes", specify in comments.
* A chronic medical condition is a serious physical condition that requires regular care, (i.e., medication, dietary restriction) preventing full advantage of their abilities.

**M4.** Are you taking any prescribed medication on a regular basis for a physical problem?     0 - No  1 - Yes.
* If Yes, specify in comments.
* Medication prescribed by a MD for medical conditions; not psychiatric medicines. Include whether or not the patient is currently taking them. The intent is to verify chronic medical problems.

**M5.** Do you receive a pension for a physical disability?     0 - No  1 - Yes.
* If Yes, specify in comments.
* Include Workers' compensation; exclude psychiatric disability.

**M6.** How many days have you experienced medical problems in the past 30 days?
* Do not include ailments directly caused by drugs/alcohol.
* Include flu, colds, etc. Include serious ailments related to drugs/alcohol, which would continue even if the patient were abstinent (e.g., cirrhosis of liver, abscesses from needles, etc.)

For Questions M7 & M8, ask the patient to use the Patient Rating scale.

**M7.** How troubled or bothered have you been by these medical problems in the past 30 days?
* Restrict response to problem days of Question M6.

**M8.** How important to you now is treatment for these medical problems?
* Refers to the need for new or additional medical treatment by the patient

### CONFIDENCE RATINGS
Is the above information significantly distorted by:

**M9.** Patient's misrepresentation?     0 - No  1 - Yes

**M11.** Patient's inability to understand?     0 - No  1 - Yes

## MEDICAL COMMENTS
(Include question number with your notes)

page 2

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 76 of 107    ORX-DOJ000002423

GOV_02641049

Clinical Study Protocol, OX219-006



## EMPLOYMENT/SUPPORT STATUS

**E1. Education completed**
- GED = 12 years, note in comments.
- Include formal education only

Years ☐☐   Months ☐☐

**E2. Training or Technical education completed**
- Formal/organized training only. For military training, only include training that can be used in civilian life, i.e., electronics or computers

Months ☐☐

**E4. Do you have a valid driver's license?**
- Valid license, not suspended/revoked.   0 - No  1 - Yes ☐

**E5. Do you have an automobile available?**
- If answer to E4 is 'No', then E5 must be 'No'. 0 - No  1 - Yes ☐
Does not require ownership, only requires availability on a regular basis

**E6. How long was your longest full time job?**
- Full time = 35+ hours weekly, does not necessarily mean most recent job.

Yrs ☐☐ / Mos ☐☐

**E7. Usual (or last) occupation?**
(specify) _____ ☐
(use Hollingshead Categories Reference Sheet)

**E8. Does someone contribute the majority of your support?**   0 - No  1 - Yes ☐

**E10. Usual employment pattern, past three years?**  ☐
1. Full time (35+ hours)      5. Service
2. Part time (regular hours)  6. Retired/Disability
3. Part time (irregular hours) 7. Unemployed
4. Student                    8. In controlled environment
- Answer should represent the majority of the last 3 years, not just the most recent selection. If there are equal times for more than one category, select that which best represents more current situation.

**E11. How many days were you paid for working in the past 30 days?**  ☐☐
- Include "under the table" work, paid sick days and vacation.

### EMPLOYMENT/SUPPORT COMMENTS
(Include question number with your notes)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Page 2

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 77 of 107   ORX-DOJ000002424

GOV_02641050

Clinical Study Protocol, OX219-006

**orexo**

## EMPLOYMENT/SUPPORT (cont.)

For questions E12-17: How much money did you receive from the following sources in the past 30 days?

**(E12) Employment?**
- *Net* or "take home" pay, include any "under the table" money

**(E13) Unemployment Compensation?**

**(E14) Welfare?**
- Include food stamps, transportation money provided by an agency to go to and from treatment

**(E15) Pensions, benefits or Social Security?**
- Include disability, pensions, retirement, veteran's benefits, SSI & workers' compensation.

**(E16) Mate, family, or friends?**
- Money for personal expenses, (i.e. clothing), include unreliable sources of income (e.g. gambling). Record *cash* payments only, include windfalls (unexpected), money from loans, gambling, inheritance, tax returns, etc.).

**(E17) Illegal?**
- Cash obtained from drug dealing, stealing, fencing stolen goods, gambling, prostitution, etc. *Do not* attempt to convert drugs exchanged to a dollar value

**(E18) How many people depend on you for the majority of their food, shelter, etc.?**
- Must be regularly depending on patient, do include alimony and child support, do not include the patient or self-supporting spouse, etc.

**(E19) How many days have you experienced employment problems in the past 30 ?**
- Include inability to find work, if they are actively looking for work, or problems with present job in which that job is jeopardized.

For Question E20, ask the patient to use the Patient Rating scale.

**(E20) How troubled or bothered have you been by these employment problems in the past 30 days?**
- If the patient has been incarcerated or detained during the past 30 days, they cannot have employment problems.

**(E21) How important to you *now* is counseling for these employment problems?**
- The patient's ratings in Questions E20-21 refer to Question E19
- Stress help in finding or preparing for a job, not giving them a job

### CONFIDENCE RATINGS
Is the above information *significantly* distorted by:

**(E23) Patient's misrepresentation**   0-No 1-Yes

**(E24) Patient's inability to understand?**   0-No 1-Yes

### EMPLOYMENT/SUPPORT COMMENTS
(Include question number with your notes)

Page 4

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 78 of 107   ORX-DOJ000002425

GOV_02641051

Clinical Study Protocol, OX219-006

orexo

## ALCOHOL/DRUGS

**Route of Administration Types:**
1. Oral   2. Nasal   3. Smoking   4. Non-IV injection   5. IV

• Note the *usual* or *most recent* route. For more than one route, choose the most severe. The routes are listed from least severe to most severe.

| | | Past 30 Days | Lifetime (years) | Route of Admin |
|---|---|---|---|---|
| D1 | Alcohol (any use at all) | ☐ | ☐ | ▓ |
| D2 | Alcohol (to intoxication) | ☐ | ☐ | ▓ |
| D3 | Heroin | ☐ | ☐ | ☐ |
| D4 | Methadone | ☐ | ☐ | ☐ |
| D5 | Other Opiates/Analgesics | ☐ | ☐ | ☐ |
| D6 | Barbiturates | ☐ | ☐ | ☐ |
| D7 | Sedatives/Hypnotics/Tranquilizers | ☐ | ☐ | ☐ |
| D8 | Cocaine | ☐ | ☐ | ☐ |
| D9 | Amphetamines | ☐ | ☐ | ☐ |
| D10 | Cannabis | ☐ | ☐ | ☐ |
| D11 | Hallucinogens | ☐ | ☐ | ☐ |
| D12 | Inhalants | ☐ | ☐ | ☐ |
| D13 | More than 1 substance per day (including alcohol) | ☐ | ☐ | ▓ |

**D17** How many times have you had Alcohol DT's?  ☐

• *Delirium Tremens* (DT's): Occur 24-48 hours after last drink, or significant decrease in alcohol intake: shaking, severe disorientation, fever, hallucinations, they usually require medical attention.

**ALCOHOL/DRUGS COMMENTS**
(Include question number with your notes)

Page 5

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

ORX-DOJ000002426

GOV_02641052

**ALCOHOL/DRUGS** (cont.)

How many times in your life have you been treated for :

(D19*)   Alcohol abuse?   ☐☐

(D20)   Drug abuse?   ☐☐

• Include detoxification, halfway houses, in/outpatient counseling, and AA or NA (if 3+ meetings within one month period).

How many of these were detox only:

(D21)   Alcohol?   ☐☐

(D22)   Drugs?   ☐☐

• If D19 = "00", then question D21 is "NN"
  If D20 = "00", then question D22 is "NN"

How much money would you say you spent during the past 30 days on:

(D23)   Alcohol?   ☐☐☐☐

(D24)   Drugs?   ☐☐☐☐

• Only count actual money spent. What is the financial burden caused by drugs/alcohol?

(D25)   How many days have you been treated as an outpatient for alcohol or drugs in the past 30 days?   • Include AA/NA   ☐☐

For Questions D26-D31, ask the patient to use the Patient Rating scale. The patient is rating the need for additional substance abuse treatment.

How many days in the past 30 have you experienced:

(D26)   Alcohol problems?   ☐☐

How troubled or bothered have you been in the past 30 days by these:

(D28)   Alcohol problems?   ☐

How important to you now is treatment for these:

(D30)   Alcohol problems?   ☐

How many days in the past 30 have you experienced:

(D27)   Drug problems?   ☐☐
• Include only: Craving, withdrawal symptoms, disturbing effects of use, or wanting to stop and being unable to.

How troubled or bothered have you been in the past 30 days by these:

(D29)   Drug problems?   ☐

How important to you now is treatment for these:

(D31)   Drug problems?   ☐

## CONFIDENCE RATINGS

Is the above information significantly distorted by:

(D34)   Patient's misrepresentation?   0-No 1-Yes   ☐

(D35)   Patient's inability to understand?   0-No 1-Yes   ☐

### ALCOHOL/DRUGS COMMENTS
(Include question number with your notes)

Page 6

OX219-006 Amendment 3, 14 November 2013

80 (107)

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 80 of 107   ORX-DOJ000002427

GOV_02641053

Clinical Study Protocol, OX219-006

orexo

## LEGAL STATUS

**L1** Was this admission prompted or suggested by the criminal justice system?   0 - No 1 - Yes
- Judge, probation/parole officer, etc.

**L2** Are you on parole or probation?   0 - No 1 - Yes
- Note duration and level in comments

How many times in your life have you been arrested and charged with the following:

| | | | |
|---|---|---|---|
| **L3** Shoplift/Vandal | | **L10** Assault | |
| **L4** Parole/Probation | | **L11** Arson | |
| **L5** Drug Charges | | **L12** Rape | |
| **L6** Forgery | | **L13** Homicide/Mansl | |
| **L7** Weapons Offense | | **L14** Prostitution | |
| **L8** Burglary/Larceny/B&E | | **L15** Contempt of Court | |
| **L9** Robbery | | **L16** Other | |

- Include total number of counts, not just convictions. Do not include juvenile (pre-age 18) crimes, unless they were charged as an adult
- Include formal charges only

**L17** How many of these charges resulted in convictions?
- If L03-16 = 00, then question L17 = "NN".
- Do not include misdemeanor offenses from questions L18-20 below.
- Convictions include: fines, probation, incarceration, suspended sentences, and guilty pleas

How many times in your life have you been charged with the following:

**L18** Disorderly conduct, vagrancy, public intoxication?

**L19** Driving while intoxicated?

**L20** Major driving violations?
- Moving violations: speeding, reckless driving, no license, etc.

**L21** How many months were you incarcerated in your life?
- If incarcerated 2 weeks or more, round this up to 1 month. List total number of months incarcerated.

**L22** Are you presently awaiting charges, trial, or sentence?   0 - No 1 - Yes

**L23** What for?
- Use the number of the type of crime committed. 03-16 and 18-20
- Refers to Q. L24. If more than one, choose most severe.
- Don't include civil cases, unless a criminal offense is involved.

**L24** How many days in the past 30 were you detained or incarcerated?
- Include being arrested and released on the same day.

### LEGAL COMMENTS
(Include question number with your notes)

Page 7

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 81 of 107   ORX-DOJ000002428

GOV_02641054

Clinical Study Protocol, OX219-006

orexo

## LEGAL STATUS (cont.)

(L27) How many days in the past 30 have you engaged in illegal activities for profit?

[ ]

- Exclude simple drug possession. Include drug dealing, prostitution, selling stolen goods, etc. May be cross checked with Question E17 under Employment/Family Support Section.

For Questions L28-29, ask the patient to use the Patient Rating scale.

(L28) How serious do you feel your present legal problems are?

[ ]

- Exclude civil problems

(L29) How important to you now is counseling or referral for these legal problems?

[ ]

- Patient is rating a need for additional referral to legal counsel for defense against criminal charges.

### CONFIDENCE RATINGS

Is the above information significantly distorted by:

(L31) Patient's misrepresentation?        0 - No 1 - Yes   [ ]

(L32) Patient's inability to understand?   0 - No 1 - Yes   [ ]

### LEGAL COMMENTS
(Include question number with your notes)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 82 of 107

ORX-DOJ000002429

GOV_02641055

Clinical Study Protocol, OX219-006



## FAMILY/SOCIAL RELATIONSHIPS

**FAMILY/SOCIAL COMMENTS**
(Include question number with your notes)

1. Marital Status
   - 1-Married   3-Widowed   5-Divorced
   - 2-Remarried   4-Separated   6-Never Married
   - • Common law marriage = 1. Specify in comments

3. Are you satisfied with this situation?
   - 0-No   1-Indifferent   2-Yes
   - • Satisfied = generally liking the situation. – Refers to Questions F1 & F2

4. Usual living arrangements (past 3 years):
   - 1-With sexual partner & children   6-With friends
   - 2-With sexual partner alone   7-Alone
   - 3-With children alone   8-Controlled Environment
   - 4-With parents   9-No stable arrangement
   - 5-With family
   - • Choose arrangements most representative of the past 3 years. If there is an even split in time between these arrangements, choose the most recent arrangements.

F6. Are you satisfied with these arrangements?
   - 0-No   1-Indifferent   2-Yes

Do you live with anyone who:

7. Has a current alcohol problem?   0-No   1-Yes

8. Uses non-prescribed drugs?   0-No   1-Yes

F9. With whom do you spend most of your free time?   1-Family   2-Friends
   3-Alone
   - • If a girlfriend/boyfriend is considered as family by patient, then they must refer to them as family throughout this section, not a friend.

F10. Are you satisfied with spending your free time this way?   0-No   1-Indifferent   2-Yes
   - • A satisfied response must indicate that the person generally likes the situation. Referring to Question F9

Have you had significant periods in which you have experienced serious problems getting along with:
   - 0-No   1-Yes
   - Past 30 days   In Your Life

- Mother
- F17. Father
- Brother/Sister
- F21. Sexual Partner/Spouse
- Children
- F23. Other Significant Family (specify)
- F25. Close Friends
- Neighbors
- F26. Co-workers
   - • "Serious problems" mean those that endanger the relationship.
   - • A "problem" requires contact of some sort, either by telephone or in person.

Did anyone abuse you?   0-No   1-Yes
   - Past 30 days   In Your Life
F28. Physically?
   - • Caused you physical harm
F29. Sexually?
   - • Forced sexual advances/acts

Page 9

OX219-006 Amendment 3, 14 November 2013

83 (107)

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Clinical Study Protocol, OX219-006



## FAMILY/SOCIAL (cont.)

How many days in the past 30 have you had serious conflicts:

(F30) With your family? ☐☐

*For Questions F32-34, ask the patient to use the Patient Rating scale.*

How troubled or bothered have you been in the past 30 days by:

(F32) Family problems ? ☐

How important to you now is treatment or counseling for these:

(F34) Family problems ☐
- Patient is rating *his/her* need for counseling for family problems, not whether the family would be willing to attend.

How many days in the past 30 have you had serious conflicts:

(F31) With other people (excluding family)? ☐☐

*For Questions F33-35, ask the patient to use the Patient Rating scale.*

How troubled or bothered have you been in the past 30 days by:

(F33) Social problems? ☐

How important to you now is treatment or counseling for these:

(F35) Social problems ☐
- Include patient's need to seek treatment for such social problems as loneliness, inability to socialize, and dissatisfaction with friends. Patient rating should refer to dissatisfaction, conflicts, or other serious problems.

### CONFIDENCE RATING

Is the above information significantly distorted by:

(F37) Patient's misrepresentation? 0-No 1-Yes ☐

(F38) Patient's inability to understand? 0-No 1-Yes ☐

### FAMILY/SOCIAL COMMENTS
(Include question number with your notes)

Page 10

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 84 of 107
ORX-DOJ000002431

GOV_02641057

Clinical Study Protocol, OX219-006



## PSYCHIATRIC STATUS

How many times have you been treated for any psychological or emotional problems:

P1. In a hospital or inpatient setting? ☐☐

P2. Outpatient/private patient? ☐☐
- Do not include substance abuse, employment, or family counseling. Treatment episode = a series of more or less continuous visits or treatment days, not the number of visits or treatment days.
- Enter diagnosis in comments if known

P3. Do you receive a pension for a psychiatric disability? ☐
0-No   1-Yes

Have you had a significant period of time (that was not a direct result of alcohol/drug use) in which you have:

0-No   1-Yes
Past 30 Days   Lifetime

P4. Experienced serious depression-sadness, hopelessness, loss of interest, difficulty with daily function? ☐ ☐

P5. Experienced serious anxiety- tension, uptight, unreasonably worried, inability to feel relaxed? ☐ ☐

P6. Experienced hallucinations-saw things or heard voices that were not there? ☐ ☐

P7. Experienced trouble understanding, concentrating or remembering? ☐ ☐
For items P8-10, Patient can have been under the influence of alcohol/drugs.

P8. Experienced trouble controlling violent behavior including episodes of rage, or violence? ☐ ☐

P9. Experienced serious thoughts of suicide? ☐ ☐
- Patient seriously considered a plan for taking his/her life.

P10. Attempted suicide? ☐ ☐
- Include actual suicidal gestures or attempts.

P11. Been prescribed medication for any psychological or emotional problems? ☐ ☐
- Prescribed for the patient by MD. Record "Yes" if a medication was prescribed even if the patient is not taking it.

P12. How many days in the past 30 have you experienced these psychological or emotional problems? ☐☐
- This refers to problems noted in Question P4-P10

For Questions P13-P14, ask the patient to use the Patient Rating scale

P13. How much have you been troubled or bothered by these psychological or emotional problems in the past 30 days? ☐
- Patient should be rating the problem days from Question P12.

P14. How important to you now is treatment for these psychological or emotional problems? ☐

### CONFIDENCE RATING
Is the above information significantly distorted by:

P22. Patient's misrepresentation? ☐   0-No 1-Yes

P23. Patient's inability to understand? ☐   0-No 1-Yes

### PSYCHIATRIC STATUS COMMENTS
(Include question number with your comments)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Page 13

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 85 of 107   ORX-DOJ000002432

GOV_02641058

Clinical Study Protocol, OX219-006 

### 14.7 Appendix G: Columbia Suicide Severity Rating Scale

*Screening (on Days 8, 15, 22, and 29, the same questions will be asked but time horizon will be since last assessment):*

| SUICIDAL IDEATION | | |
|---|---|---|
| Ask questions 1 and 2. If both are negative, proceed to "Suicidal Behavior" section. If the answer to question 2 is "yes", ask questions 3, 4 and 5. If the answer to question 1 and/or 2 is "yes", complete "Intensity of Ideation" section below. | Lifetime: Time He/She Felt Most Suicidal | Past 6 Months |
| **1. Wish to be Dead**<br>Subject endorses thoughts about a wish to be dead or not alive anymore, or wish to fall asleep and not wake up.<br>*Have you wished you were dead or wished you could go to sleep and not wake up?*<br>If yes, describe: | Yes No<br>☐ ☐ | Yes No<br>☐ ☐ |
| **2. Non-Specific Active Suicidal Thoughts**<br>General non-specific thoughts of wanting to end one's life/commit suicide (e.g., *"I've thought about killing myself"*) without thoughts of ways to kill oneself/associated methods, intent, or plan during the assessment period.<br>*Have you actually had any thoughts of killing yourself?*<br>If yes, describe: | Yes No<br>☐ ☐ | Yes No<br>☐ ☐ |
| **3. Active Suicidal Ideation with Any Methods (Not Plan) without Intent to Act**<br>Subject endorses thoughts of suicide and has thought of at least one method during the assessment period. This is different than a specific plan with time, place or method details worked out (e.g. thought of method to kill self but not a specific plan). Includes person who would say, *"I thought about taking an overdose but I never made a specific plan as to when, where or how I would actually do it... and I would never go through with it."*<br>*Have you been thinking about how you might do this?*<br>If yes, describe: | Yes No<br>☐ ☐ | Yes No<br>☐ ☐ |
| **4. Active Suicidal Ideation with Some Intent to Act, without Specific Plan**<br>Active suicidal thoughts of killing oneself and subject reports having some intent to act on such thoughts, as opposed to *"I have the thoughts but I definitely will not do anything about them."*<br>*Have you had these thoughts and had some intention of acting on them?*<br>If yes, describe: | Yes No<br>☐ ☐ | Yes No<br>☐ ☐ |
| **5. Active Suicidal Ideation with Specific Plan and Intent**<br>Thoughts of killing oneself with details of plan fully or partially worked out and subject has some intent to carry it out.<br>*Have you started to work out or worked out the details of how to kill yourself? Do you intend to carry out this plan?*<br>If yes, describe: | Yes No<br>☐ ☐ | Yes No<br>☐ ☐ |
| *INTENSITY OF IDEATION* | | |

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 86 of 107   ORX-DOJ000002433

GOV_02641059

Clinical Study Protocol, OX219-006



| | Most Severe | Most Severe |
|---|---|---|
| *The following features should be rated with respect to the most severe type of ideation (i.e., 1-5 from above, with 1 being the least severe and 5 being the most severe). Ask about time he/she was feeling the most suicidal.*<br><u>Lifetime</u> - **Most Severe Ideation:** _____<br><br>Type # (1-5)    Description of Ideation<br><br><br><u>Past 6 Months</u> - **Most Severe Ideation:** _____  _____<br>Type # (1-5)        Description of Ideation | | |
| **Frequency**<br>*How many times have you had these thoughts?*<br>(1) Less than once a week (2) Once a week (3) 2-5 times in week (4) Daily or almost daily (5) Many times each day | ____ | ____ |
| **Duration**<br>*When you have the thoughts how long do they last?*<br>(1) Fleeting - few seconds or minutes (4) 4-8 hours/most of day<br>(2) Less than 1 hour/some of the time (5) More than 8 hours/persistent or continuous<br>(3) 1-4 hours/a lot of time | ____ | ____ |
| **Controllability**<br>*Could/can you stop thinking about killing yourself or wanting to die if you want to?*<br>(1) Easily able to control thoughts (4) Can control thoughts with a lot of difficulty<br>(2) Can control thoughts with little difficulty (5) Unable to control thoughts<br>(3) Can control thoughts with some difficulty (0) Does not attempt to control thoughts | ____ | ____ |
| **Deterrents**<br><br>*Are there things – anyone or anything (e.g., family, religion, pain of death) - that stopped you from wanting to die or acting on thoughts of committing suicide?*<br><br>(1) Deterrents definitely stopped you from attempting suicide (4) Deterrents most likely did not stop you<br><br>(2) Deterrents probably stopped you (5) Deterrents definitely did not stop you<br><br>(3) Uncertain that deterrents stopped you (0) Does not apply | ____ | ____ |
| **Reasons for Ideation**<br>*What sort of reasons did you have for thinking about wanting to die or killing yourself? Was it to end the pain or stop the way you were feeling (in other words you couldn't go on living with this pain or how you were feeling) or was it to get attention, revenge or a reaction from others? Or both?*<br>(1) Completely to get attention, revenge or a reaction from others (4) Mostly to end or stop the pain (you couldn't go on<br><br>(2) Mostly to get attention, revenge or a reaction from others living with the pain or how you were feeling)<br><br>(3) Equally to get attention, revenge or a reaction from others (5) Completely to end or stop the pain (you couldn't go on<br><br>and to end/stop the pain living with the pain or how you were feeling)<br><br>(0) Does not apply | | |
| ***SUICIDAL BEHAVIOR***<br><br>*(Check all that apply, so long as these are separate events; must ask about all types)* | **Lifetime** | **Past 2 Years** |

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 87 of 107
ORX-DOJ000002434

GOV_02641060

Clinical Study Protocol, OX219-006



| Actual Attempt: | Yes No | Yes No |
|---|---|---|
| A potentially self-injurious act committed with at least some wish to die, *as a result of act.* Behavior was in part thought of as method to kill oneself. Intent does not have to be 100%. If there is *any* intent/desire to die associated with the act, then it can be considered an actual suicide attempt. **There does not have to be any injury or harm**, just the potential for injury or harm. If person pulls trigger while gun is in mouth but gun is broken so no injury results, this is considered an attempt. | ☐ ☐ | ☐ ☐ |
| Inferring Intent: Even if an individual denies intent/wish to die, it may be inferred clinically from the behavior or circumstances. For example, a highly lethal act that is clearly not an accident so no other intent but suicide can be inferred (e.g., gunshot to head, jumping from window of a high floor/story). Also, if someone denies intent to die, but they thought that what they did could be lethal, intent may be inferred. | Total # of Attempts | Total # of Attempts |
| *Have you made a suicide attempt?* | | |
| *Have you done anything to harm yourself?* | ⎯⎯ | ⎯⎯ |
| *Have you done anything dangerous where you could have died?* | | |
|     *What did you do?* | | |
|     *Did you_____ as a way to end your life?* | | |
|     *Did you want to die (even a little) when you_____?* | | |
|     *Were you trying to end your life when you _____?* | | |
|     *Or Did you think it was possible you could have died from_____?* | | |
| *Or did you do it purely for other reasons / without ANY intention of killing yourself (like to relieve stress, feel better, get sympathy, or get something else to happen)?* (Self-Injurious Behavior without suicidal intent) | | |
| If yes, describe: | | |
| **Has subject engaged in Non-Suicidal Self-Injurious Behavior?** | Yes No ☐ ☐ | Yes No ☐ ☐ |
| **Interrupted Attempt:** | Yes No ☐ ☐ | Yes No ☐ ☐ |
| When the person is interrupted (by an outside circumstance) from starting the potentially self-injurious act *(if not for that, actual attempt would have occurred).* | | |
| Overdose: Person has pills in hand but is stopped from ingesting. Once they ingest any pills, this becomes an attempt rather than an interrupted attempt. Shooting: Person has gun pointed toward self, gun is taken away by someone else, or is somehow prevented from pulling trigger. Once they pull the trigger, even if the gun fails to fire, it is an attempt. Jumping: Person is poised to jump, is grabbed and taken down from ledge. Hanging: Person has noose around neck but has not yet started to hang - is stopped from doing so. | Total # of interrupted | Total # of interrupted |
| *Has there been a time when you started to do something to end your life but someone or something stopped you before you actually did anything?* | | |
| If yes, describe: | ⎯⎯ | ⎯⎯ |

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 88 of 107   ORX-DOJ000002435

GOV_02641061

Clinical Study Protocol, OX219-006 

| | Yes No | Yes No |
|---|---|---|
| **Aborted Attempt:**<br>When person begins to take steps toward making a suicide attempt, but stops themselves before they actually have engaged in any self-destructive behavior. Examples are similar to interrupted attempts, except that the individual stops him/herself, instead of being stopped by something else.<br><br>*Has there been a time when you started to do something to try to end your life but you stopped yourself before you actually did anything?*<br><br>If yes, describe: | ☐ ☐<br><br>Total # of aborted<br><br>_____ | ☐ ☐<br><br>Total # of aborted<br><br>_____ |
| **Preparatory Acts or Behavior:**<br>Acts or preparation towards imminently making a suicide attempt. This can include anything beyond a verbalization or thought, such as assembling a specific method (e.g., buying pills, purchasing a gun) or preparing for one's death by suicide (e.g., giving things away, writing a suicide note).<br><br>*Have you taken any steps towards making a suicide attempt or preparing to kill yourself (such as collecting pills, getting a gun, giving valuables away or writing a suicide note)?*<br><br>If yes, describe: | Yes No<br><br>☐ ☐ | Yes No<br><br>☐ ☐ |
| **Suicidal Behavior:**<br>Suicidal behavior was present during the assessment period? | Yes No<br><br>☐ ☐ | Yes No<br><br>☐ ☐ |

| *Answer for Actual Attempts Only* | Most Recent Attempt<br><br>Date: | Most Lethal Attempt<br><br>Date: | Initial/First Attempt<br><br>Date: |
|---|---|---|---|
| **Actual Lethality/Medical Damage:**<br><br>0. No physical damage or very minor physical damage (e.g., surface scratches).<br><br>1. Minor physical damage (e.g., lethargic speech; first-degree burns; mild bleeding; sprains).<br><br>2. Moderate physical damage; medical attention needed (e.g., conscious but sleepy, somewhat responsive; second-degree burns; bleeding of major vessel).<br><br>3. Moderately severe physical damage; *medical* hospitalization and likely intensive care required (e.g., comatose with reflexes intact; third-degree burns less than 20% of body; extensive blood loss but can recover; major fractures).<br><br>4. Severe physical damage; *medical* hospitalization with intensive care required (e.g., comatose without reflexes; third-degree burns over 20% of body; extensive blood loss with unstable vital signs; major damage to a vital area).<br><br>5. Death | *Enter Code*<br><br>_____ | *Enter Code*<br><br>_____ | *Enter Code*<br><br>_____ |

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL<br>SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64<br>Page 89 of 107 ORX-DOJ000002436

GOV_02641062

Clinical Study Protocol, OX219-006



| Potential Lethality: Only Answer if Actual Lethality=0 | Enter Code | Enter Code | Enter Code |
|---|---|---|---|
| Likely lethality of actual attempt if no medical damage (the following examples, while having no actual medical damage, had potential for very serious lethality: put gun in mouth and pulled the trigger but gun fails to fire so no medical damage; laying on train tracks with oncoming train but pulled away before run over).<br><br>0 = Behavior not likely to result in injury<br><br>1 = Behavior likely to result in injury but not likely to cause death<br><br>2 = Behavior likely to result in death despite available medical care | _____ | _____ | _____ |

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

ORX-DOJ000002437
GOV_02641063

Clinical Study Protocol, OX219-006

orexo

### 14.8 Appendix H: SF-36 v2

# Your Health and Well-Being

This survey asks for your views about your health. This information will help keep track of how you feel and how well you are able to do your usual activities. *Thank you for completing this survey!*

For each of the following questions, please mark an ☒ in the one box that best describes your answer.

1. In general, would you say your health is:

| Excellent | Very good | Good | Fair | Poor |
|-----------|-----------|------|------|------|
| ▼ | ▼ | ▼ | ▼ | ▼ |
| ☐₁ | ☐₂ | ☐₃ | ☐₄ | ☐₅ |

2. Compared to one year ago, how would you rate your health in general now?

| Much better now than one year ago | Somewhat better now than one year ago | About the same as one year ago | Somewhat worse now than one year ago | Much worse now than one year ago |
|-----------|-----------|------|------|------|
| ▼ | ▼ | ▼ | ▼ | ▼ |
| ☐₁ | ☐₂ | ☐₃ | ☐₄ | ☐₅ |

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 91 of 107   ORX-DOJ000002438
GOV_02641064

Clinical Study Protocol, OX219-006 

3. **The following questions are about activities you might do during a typical day. Does <u>your health now limit you</u> in these activities? If so, how much?**

| | Yes, limited a lot | Yes, limited a little | No, not limited at all |
|---|---|---|---|
| <u>Vigorous activities</u>, such as running, lifting heavy objects, participating in strenuous sports | ☐ | ☐ | ☐ |
| <u>Moderate activities</u>, such as moving a table, pushing a vacuum cleaner, bowling, or playing golf | ☐ | ☐ | ☐ |
| Lifting or carrying groceries | ☐ | ☐ | ☐ |
| Climbing <u>several</u> flights of stairs | ☐ | ☐ | ☐ |
| Climbing <u>one</u> flight of stairs | ☐ | ☐ | ☐ |
| Bending, kneeling, or stooping | ☐ | ☐ | ☐ |
| Walking <u>more than a mile</u> | ☐ | ☐ | ☐ |
| Walking <u>several hundred yards</u> | ☐ | ☐ | ☐ |
| Walking <u>one hundred yards</u> | ☐ | ☐ | ☐ |
| Bathing or dressing yourself | ☐ | ☐ | ☐ |

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 92 of 107   ORX-DOJ000002439

GOV_02641065

Clinical Study Protocol, OX219-006



4. During the past 4 weeks, how much of the time have you had any of the following problems with your work or other regular daily activities as a result of your physical health?

| | All of the time | Most of the time | Some of the time | A little of the time | None of the time |
|---|---|---|---|---|---|
| Cut down on the amount of time you spent on work or other activities | ☐₁ | ☐₂ | ☐₃ | ☐₄ | ☐₅ |
| Accomplished less than you would like | ☐₁ | ☐₂ | ☐₃ | ☐₄ | ☐₅ |
| Were limited in the kind of work or other activities | ☐₁ | ☐₂ | ☐₃ | ☐₄ | ☐₅ |
| Had difficulty performing the work or other activities (for example, it took extra effort) | ☐₁ | ☐₂ | ☐₃ | ☐₄ | ☐₅ |

5. During the past 4 weeks, how much of the time have you had any of the following problems with your work or other regular daily activities as a result of any emotional problems (such as feeling depressed or anxious)?

| | All of the time | Most of the time | Some of the time | A little of the time | None of the time |
|---|---|---|---|---|---|
| Cut down on the amount of time you spent on work or other activities | ☐₁ | ☐₂ | ☐₃ | ☐₄ | ☐₅ |
| Accomplished less than you would like | ☐₁ | ☐₂ | ☐₃ | ☐₄ | ☐₅ |
| Did work or other activities less carefully than usual | ☐₁ | ☐₂ | ☐₃ | ☐₄ | ☐₅ |

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

ORX-DOJ000002440

GOV_02641066

Clinical Study Protocol, OX219-006

orexo

6.  During the past 4 weeks, to what extent has your physical health or emotional problems interfered with your normal social activities with family, friends, neighbors, or groups?

| Not at all | Slightly | Moderately | Quite a bit | Extremely |
|---|---|---|---|---|
| ▼ | ▼ | ▼ | ▼ | ▼ |
| ☐₁ | ☐₂ | ☐₃ | ☐₄ | ☐₅ |

7.  How much bodily pain have you had during the past 4 weeks?

| None | Very mild | Mild | Moderate | Severe | Very Severe |
|---|---|---|---|---|---|
| ▼ | ▼ | ▼ | ▼ | ▼ | ▼ |
| ☐₁ | ☐₂ | ☐₃ | ☐₄ | ☐₅ | ☐₆ |

8.  During the past 4 weeks, how much did pain interfere with your normal work (including both work outside the home and housework)?

| Not at all | A little bit | Moderately | Quite a bit | Extremely |
|---|---|---|---|---|
| ▼ | ▼ | ▼ | ▼ | ▼ |
| ☐₁ | ☐₂ | ☐₃ | ☐₄ | ☐₅ |

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

ORX-DOJ000002441
GOV_02641067

Clinical Study Protocol, OX219-006



9. These questions are about how you feel and how things have been with you <u>during the past 4 weeks</u>. For each question, please give the one answer that comes closest to the way you have been feeling. How much of the time during the <u>past 4 weeks</u>...

| | All of the time | Most of the time | Some of the time | A little of the time | None of the time |
|---|---|---|---|---|---|
| Did you feel full of life? | □ | □ | □ | □ | □ |
| Have you been very nervous? | □ | □ | □ | □ | □ |
| Have you felt so down in the dumps that nothing could cheer you up? | □ | □ | □ | □ | □ |
| Have you felt calm and peaceful? | □ | □ | □ | □ | □ |
| Did you have a lot of energy? | □ | □ | □ | □ | □ |
| Have you felt downhearted and depressed? | □ | □ | □ | □ | □ |
| Did you feel worn out? | □ | □ | □ | □ | □ |
| Have you been happy? | □ | □ | □ | □ | □ |
| Did you feel tired? | □ | □ | □ | □ | □ |

10. During the <u>past 4 weeks</u>, how much of the time has your <u>physical health or emotional problems</u> interfered with your social activities (like visiting friends, relatives, etc.)?

| All of the time | Most of the time | Some of the time | A little of the time | None of the time |
|---|---|---|---|---|
| □ | □ | □ | □ | □ |

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

ORX-DOJ000002442
GOV_02641068

Clinical Study Protocol, OX219-006

orexo

**11. How TRUE or FALSE is <u>each</u> of the following statements for you?**



|  | Definitely true | Mostly true | Don't know | Mostly false | Definitely false |
|---|---|---|---|---|---|
| a. I seem to get sick a little easier than other people | ☐₁ | ☐₂ | ☐₃ | ☐₄ | ☐₅ |
| b. I am as healthy as anybody I know | ☐₁ | ☐₂ | ☐₃ | ☐₄ | ☐₅ |
| c. I expect my health to get worse | ☐₁ | ☐₂ | ☐₃ | ☐₄ | ☐₅ |
| d. My health is excellent | ☐₁ | ☐₂ | ☐₃ | ☐₄ | ☐₅ |

*THANK YOU FOR COMPLETING THESE QUESTIONS!*

SF-36v2™ Health Survey © 1996, 2000 by QualityMetric Incorporated and Medical Outcomes Trust. All Rights Reserved.
SF-36® is a registered trademark of Medical Outcomes Trust.
(SF-36v2 Standard, US Version 2.0)

OX219-006 Amendment 3, 14 November 2013

**CONFIDENTIAL**
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 96 of 107   ORX-DOJ000002443

GOV_02641069

Clinical Study Protocol, OX219-006 

### 14.9 Appendix I: Clinical Global Impression and Patient's Global Impression Scales

CGI-S (Severity)

Considering your total clinical experience with this particular population, how mentally ill is the subject at this time?

0. = Not assessed
1. = Normal, not at all ill
2. = Borderline ill
3. = Mildly ill
4. = Moderately ill
5. = Markedly ill
6. = Severely ill
7. = Among the most extremely ill subjects

CGI-I (Improvement)

Rate total improvement whether or not, in your judgment, it is due entirely to drug treatment. Compared to his or her condition at admission to the project, how much has the subject changed?

0. = Not assessed
1. = Very much improved
2. = Much improved
3. = Minimally improved
4. = No change
5. = Minimally worse
6. = Much worse
7. = Very much worse

PGI-I (Improvement)

Select the option you feel most closely describes any change which you have experienced since the beginning of study medication. Take into account all change, whether or not you believe it is entirely due to drug treatment. Chose only ONE response.

Since the start of the study, my overall status is:

1. = Very much improved
2. = Much improved
3. = Minimally improved
4. = No change
5. = Minimally worse
6. = Much worse
7. = Very much worse

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 97 of 107   ORX-DOJ000002444

GOV_02641070

Clinical Study Protocol, OX219-006 

**14.10 Appendix J: Work Productivity and Activity Impairment Questionnaire: Specific Health Problem v2.0 (WPAI:SHP)**

The following questions ask about the effect of your opioid addiction on your ability to work and perform regular activities. *Please fill in the blanks or circle a number, as indicated.*

1.  Are you currently employed (working for pay)?  _____NO ___ YES
    *If NO, check "NO" and skip to question 6.*

The next questions are about the **past seven days**, not including today.

2.  During the past seven days, how many hours did you miss from work because of problems <u>associated with your OPIOID ADDICTION</u>?  *Include hours you missed on sick days, times you went in late, left early, etc., because of your OPIOID ADDICTION. Do not include time you missed to participate in this study.*

    _____ HOURS

3.  During the past seven days, how many hours did you miss from work because of any other reason, such as vacation, holidays, time off to participate in this study?

    _____HOURS

4.  During the past seven days, how many hours did you actually work?

    _____HOURS  *(If "0", skip to question 6.)*

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 98 of 107   ORX-DOJ000002445

GOV_02641071

Clinical Study Protocol, OX219-006



5.  During the past seven days, how much did your OPIOID ADDICTION affect your productivity <u>while you were working</u>?

Think about days you were limited in the amount or kind of work you could do, days you accomplished less than you would like, or days you could not do your work as carefully as usual. If OPIOID ADDICTION affected your work only a little, choose a low number. Choose a high number if OPIOID ADDICTION affected your work a great deal.

Consider only how much <u>OPIOID ADDICTION</u> affected
productivity <u>while you were working</u>.

| OPIOID ADDICTION had no effect on my work | 0  1  2  3  4  5  6  7  8  9  10 | OPIOID ADDICTION completely prevented me from working |

CIRCLE A NUMBER

6.  During the past seven days, how much did your OPIOID ADDICTION affect your ability to do your regular daily activities, other than work at a job?

*By regular activities, we mean the usual activities you do, such as work around the house, shopping, childcare, exercising, studying, etc. Think about times you were limited in the amount or kind of activities you could do and times you accomplished less than you would like. If OPIOID ADDICTION affected your activities only a little, choose a low number. Choose a high number if OPIOID ADDICTION affected your activities a great deal.*

Consider only how much <u>OPIOID ADDICTION</u> affected your ability
to do your regular daily activities, other than work at a job.

| OPIOID ADDICTION had no effect on my daily activities | 0  1  2  3  4  5  6  7  8  9  10 | OPIOID ADDICTION completely prevented me from doing my daily activities |

CIRCLE A NUMBER

WPAI:SHP  V2.0 (US English)

OX219-006 Amendment 3, 14 November 2013

99 (107)

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 99 of 107   ORX-DOJ000002446
GOV_02641072

Clinical Study Protocol, OX219-006 

**14.11 Appendix K: DSM-IV-TR, Criteria for Substance Dependence and DSM –5, Criteria for Opioid Use Disorder**

*DSM-IV-TR Criteria for Substance Dependence*

A maladaptive pattern of substance use, leading to clinically significant impairment or distress, as manifested **by three (or more)** of the following, occurring at any time in the same 12-month period:

1)  Tolerance, as defined by either of the following:
    a)  a need for markedly increased amounts of the substance to achieve intoxication or desired effect
    b)  markedly diminished effect with continued use of the same amount of the substance
2)  Withdrawal, as manifested by either of the following:
    a)  the characteristic withdrawal syndrome for the substance
    b)  the same (or a closely related) substance is taken to relieve or avoid withdrawal symptoms
3)  The substance is often taken in larger amounts or over a longer period than was intended
4)  There is a persistent desire or unsuccessful efforts to cut down or control substance use
5)  A great deal of time is spent in activities necessary to obtain the substance (eg, visiting multiple doctors or driving long distances), use the substance (eg, chain smoking), or recover from its effects
6)  Important social, occupational, or recreational activities are given up or reduced because of substance use
7)  The substance use is continued despite knowledge of having a persistent or recurrent physical or psychological problem that is likely to have been caused or exacerbated by the substance (eg, current cocaine use despite recognition of cocaine induced depression, or continued drinking despite recognition that an ulcer was made worse by alcohol consumption)


Additional criteria, occurring within a 12-month period, to be assessed to enable classification of substance use disorder according to DSM-5 criteria:

1)  Recurrent substance use resulting in a failure to fulfill major role obligations at work, school, or home (eg, repeated absences or poor work performance related to substance use; substance related absences, suspensions, or expulsions from school; neglect of children or household)
2)  Recurrent substance use in situations in which it is physically hazardous (eg, driving an automobile or operating a machine when impaired by substance use)
3)  Recurrent substance related legal problems (eg, arrests for substance related disorderly conduct)
4)  Continued substance use despite having persistent or recurrent social or interpersonal problems caused or exacerbated by the effects of the substance (eg, arguments with spouse about consequences of intoxication, physical fights)
5)  Recurrent craving for the substance as defined by a strong desire or sense of compulsion to take the substance

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 100 of 107   ORX-DOJ000002447

GOV_02641073

Clinical Study Protocol, OX219-006 

### DSM-5 Criteria for Opioid Use Disorder

A problematic pattern of opioid use leading to clinically significant impairment or distress, as manifested by at least two of the following, occurring with a 12-month period:

1) Opioids are often taken in larger amounts or over a longer period than was intended.
2) There is a persistent desire or unsuccessful efforts to cut down or control opioid use.
3) A great deal of time is spent in activities necessary to obtain the opioid, use the opioid, or recover from its effects.
4) Craving, or a strong desire or urge to use opioids.
5) Recurrent opioid use resulting in a failure to fulfill major role obligations at work, school or home.
6) Continued opioid use despite having persistent or recurrent social or interpersonal problems caused or exacerbated by the effects of opioids.
7) Important social, occupational, or recreational activities are given up or reduced because of opioid use.
8) Recurrent opioid use in situations in which it is physically hazardous.
9) Continued opioid use despite knowledge of having a persistent or recurrent physical or psychological problem that is likely to have been caused or exacerbated by the substance.
10) Tolerance, as defined by either of the following:
    a. A need for markedly increased amounts of opioids to achieve intoxication or desired effect.
    b. A markedly diminished effect with continued use of the same amount of an opioid.

    **Note**:  This criterion is not considered to be met for those taking opioids solely under appropriate medical supervision.

11) Withdrawal, as manifested by either of the following:
    a. The characteristic opioid withdrawal syndrome (refer to Criteria A and B of the criteria set for opioid withdrawal, pp. 547-548).
    b. Opioids (or a closely related substance) are taken to relieve or avoid withdrawal symptoms.

    **Note**:  This criterion is not considered to be met for those individuals taking opioids solely under appropriate medical supervision.

*Specify* if:

**In early remission:**  After full criteria for opioid use disorder were previously met, none of the criteria for opioid use disorder have been met for at least 3 months but for less than 12 months (with the exception that Criteria A4, "Craving, or a strong desire or urge to use opioids," may be met).

**In sustained remission:**  After full criteria for opioid use disorder were previously met, none of the criteria for opioid use disorder have been met at any time during a period of 12 months or longer (with the exception that Criterion A4, "Craving, or a strong desire or urge to use opioids,", may be met).

*Specify* if:

**On maintenance therapy:**  This additional specifier is used if the individual is taking a prescribed agonist medication such as methadone or buprenorphine and none of the criteria for opioid use disorder have been met for that class of medication (except tolerance to, or withdrawal from, the agonist).  This category also applies to those individuals being maintained on a partial agonist, an agonist/antagonist, or a full

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 101 of 107   ORX-DOJ000002448

GOV_02641074

Clinical Study Protocol, OX219-006 

antagonist such as oral naltrexone or depot naltrexone.

**In a controlled environment:** This additional specifier is used if the individual is in an environment where access to opioids is restricted.

**Coding based on current severity:** Note for ICD-10-CM codes: If an opioid intoxication opioid withdrawal, or another opioid-induced mental disorder is also present, do not use the codes below for opioid use disorder. Instead, the comorbid opioid use disorder is indicated in the 4th character of the opioid-induced disorder code (see the coding note for opioid intoxication, opioid withdrawal, or a specific opioid-induced mental disorder). For example, if there is comorbid opioid-induced depressive disorder and opioid use disorder, only the opioid-induced depressive disorder code is given, with the 4th character indicating whether the comorbid opioid use disorder is mild, moderate or severe: F11.14 for mild opioid use disorder with opioid-induced depressive disorder or F11.24 for a moderate or severe opioid use disorder with opioid-induced depressive disorder.

*Specify* current severity:

**305.50 (F11.10) Mild:** Presence of 2-3 symptoms
**304.00 (F11.20) Moderate:** Presence of 4-5 symptoms
**304.00 (F11.20) Severe:** Presence of 6 or more symptoms

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 102 of 107   ORX-DOJ000002449

GOV_02641075

Clinical Study Protocol, OX219-006 

### 14.12 Appendix L: The Subjective Opiate Withdrawal Scale (SOWS)

**In the column below, in today's date and time, and in the column underneath, write in a number from 0-4 corresponding to how you feel about each symptom RIGHT NOW.**

Scale: 0 = not at all   1 = a little   2 = moderately   3 = Quite a bit   4 = extremely

| DATE | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| TIME | | | | | | |
| | SYMPTOM | SCORE | SCORE | SCORE | SCORE | SCORE |
| 1 | I feel anxious | | | | | |
| 2 | I feel like yawning | | | | | |
| 3 | I am perspiring | | | | | |
| 4 | My eyes are teary | | | | | |
| 5 | My nose is running | | | | | |
| 6 | I have goosebumps | | | | | |
| 7 | I am shaking | | | | | |
| 8 | I have hot flushes | | | | | |
| 9 | I have cold flushes | | | | | |
| 10 | My bones and muscles ache | | | | | |
| 11 | I feel restless | | | | | |
| 12 | I feel nauseous | | | | | |
| 13 | I feel like vomiting | | | | | |
| 14 | My muscles twitch | | | | | |
| 15 | I have stomach cramps | | | | | |
| 16 | I feel like using now | | | | | |
| | **TOTAL** | | | | | |

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 103 of 107   ORX-DOJ000002450

GOV_02641076

Clinical Study Protocol, OX219-006



### 14.13 Appendix M: Patient Assessment of Constipation – Symptoms (PAC-SYM)

Patient Assessment of Constipation – Symptoms (PAC-SYM)

| Domain | Item |
|---|---|
| Abdominal | • Discomfort in your stomach<br>• Pain in your stomach<br>• Bloating in your stomach<br>• Stomach cramps |
| Rectal | • Painful bowel movements<br>• Rectal burning during or after bowel movement<br>• Rectal bleeding or tearing during or after bowel movement |
| Stool | • Incomplete bowel movements, like you did not "finish"<br>• Bowel movements that were too hard<br>• Bowel movements that were too small<br>• Straining or squeezing to try to pass bowel movements<br>• Feeling like you had to pass a bowel movement but you could not ("false alarm") |

*Slappendel R et al. Eur J Pain 2006;10:209-17*

Items are rated on a 5-point (0 - 4) Likert scale.

Responses are scored as:

0 = absence of symptom

1 = mild

2 = moderate

3 = severe

4 = very severe

The abdominal, rectal, and stool domain scores are the mean scores of each domain.

The global score is the mean of all 12 items.

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 64
Page 104 of 107   ORX-DOJ000002451

GOV_02641077

Clinical Study Protocol, OX219-006



### 14.14 Appendix N:  Taste, Mouthfeel and Acceptability Questions

To be answered after each treatment administration (after the study drug has completely dissolved).

### 1. Taste VAS:

Please rate the taste of the medication by marking the visual analogue scale with a single line.

| Extremely unpleasant | Extremely pleasant |

### 2. Aftertaste:

Was there an unpleasant aftertaste of the medication?

None ☐

Mild ☐

Moderate ☐

Strong ☐

(Check "None" if there was an aftertaste that was not unpleasant)

Estimated duration of unpleasant aftertaste (minutes):_____
(use 0 if no bitter aftertaste was perceived)

### 3. Mouthfeel VAS:

Please rate the mouthfeel of the medication by marking the visual analogue scale with a single line.



| Extremely unpleasant | Extremely pleasant |

**CONFIDENTIAL**

SUBJECT TO PROTECTIVE ORDER

ORX-DOJ000002452

GOV_02641078

Clinical Study Protocol, OX219-006



**4. Ease of drug administration VAS:**
Please rate the ease of taking the medication, including handling of the medication and placement under the tongue in accordance with provided instructions, by marking the visual analogue scale with a single line.



Extremely
easy

Extremely
difficult

**5. Overall acceptability VAS:**
Considering medication properties only (e.g. dissolve time, taste, mouthfeel, ease of administration), <u>disregarding any perceived effects or side effects</u>, please rate the overall experience of the medication by marking the visual analogue scale with a single line.



Extremely
unpleasant

Extremely
pleasant

**6. Formulation description:**
Disregarding any perceived effects or side effects, briefly describe the medication properties (free text):

_____

_____

_____

_____

_____

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

ORX-DOJ000002453

GOV_02641079

Clinical Study Protocol, OX219-006

orexo

**14.15 Appendix O:  Preference Questions**

To be answered after each treatment administration (after the study drug has completely dissolved).

**1. Preference, Taste:**
Considering the taste of the two medications tested in this study, which of the medications did you prefer?

Sublingual tablet ☐

Sublingual film ☐

**2. Preference, Mouthfeel:**
Considering the mouthfeel of the two medications tested in this study, which of the medications did you prefer?

Sublingual tablet ☐

Sublingual film ☐

**3. Preference, Ease of drug administration:**
Which of the two medications tested in this study was easiest to take?

Sublingual tablet ☐

Sublingual film ☐

**4. Preference, Overall:**
Considering medication properties only (e.g. dissolve time, taste, mouthfeel), <u>disregarding any perceived effects or side effects,</u> which of the medications would you prefer to use for dosing once daily?

Sublingual tablet ☐

Sublingual film ☐

OX219-006 Amendment 3, 14 November 2013

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

ORX-DOJ000002454

GOV_02641080