**VASCULAR PHARMACEUTICALS**

# CLINICAL STUDY PROTOCOL

| | |
|---|---|
| **IND Number:** | 117,340 |
| **Protocol Title:** | A Randomized, Double-Blind, Placebo-Controlled, Multi-Center, Parallel Group, Phase 2, Two-Part Adaptive Study to Evaluate the Safety and Efficacy of VPI-2690B Injection in Patients with Nephropathy Due to Diabetes |
| **Protocol Number:** | VPI-CLIN-201-AD |
| **Product:** | VPI-2690B Injection |
| **Version/ Version Date:** | V 5.0 / 12 October 2015 |
| **Sponsor:** | Vascular Pharmaceuticals, Inc.<br>510 Meadowmont Village Circle<br>Suite 283<br>Chapel Hill, NC 27517<br>U.S.A. |

**CONFIDENTIAL**
The information in this document is confidential and is provided to you as an Investigator or consultant for review by you, your staff, and the applicable Institutional Review Board/Independent Ethics Committee (IRB/IEC). Your acceptance of this document constitutes agreement that you will not disclose the information contained herein to others without written authorization from the Sponsor.

GOVERNMENT EXHIBIT
**092**

Gov't Ex. 92
Page 1 of 90

SUBJECT TO PROTECTIVE ORDER

VPI-013855
GOV_03105098

# TABLE OF CONTENTS

**SPONSOR SIGNATURE PAGE** ......................................................................**12**

**INVESTIGATOR SIGNATURE PAGE** ........................................................**13**

**STUDY SYNOPSIS**..........................................................................................**14**

**LIST OF ABBREVIATIONS** .........................................................................**22**

**1      INTRODUCTION**...................................................................................**24**
1.1    Background ...........................................................................................24
1.2    Study Rationale .....................................................................................25
1.3    Rationale for Dose Selection ................................................................25

**2      STUDY OBJECTIVES**..........................................................................**28**
2.1    Primary Objective .................................................................................28
2.2    Secondary Objective .............................................................................28
2.3    Exploratory Objectives .........................................................................28

**3      INVESTIGATIONAL PLAN**.................................................................**29**
3.1    Study Design .........................................................................................29
3.2    Oversight Committees ...........................................................................30
3.3    Stopping Rules ......................................................................................31
3.4    Discontinuation of a Dose Group .........................................................31

**4      STUDY POPULATION**.........................................................................**32**
4.1    Inclusion Criteria ..................................................................................32
4.2    Exclusion Criteria .................................................................................34
4.3    Excluded Medications ...........................................................................35
4.4    Screen Failures ......................................................................................36
4.5    Patient Identification and Registration..................................................36
4.6    Blood Pressure Management .................................................................36
4.7    Patient Treatment Guidelines ................................................................37

**5      STUDY DRUG, RANDOMIZATION, BLINDING, AND CONCOMITANT
        MEDICATIONS**.....................................................................................**38**
5.1    Study Drug.............................................................................................38
       5.1.1   Description of Study Drug .........................................................38
       5.1.2   Study Drug Supply.....................................................................38
       5.1.3   Storage, Handling and Accountability of Study Drug ...........38
       5.1.4   Preparation and Administration of Study Drug .......................38
       5.1.5   Dosing Instructions and Schedule.............................................39

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 92
Page 2 of 90

VPI-013856
GOV_03105099

5.2     Randomization ...........................................................................................39
5.3     Study Blinding and Unblinding ...............................................................40
5.4     Concomitant and Prohibited Medication ................................................40

6       STUDY VISITS AND ASSESSMENTS ..................................................42
6.1     Screening Period (Up to 60 Days Prior to Randomization)....................42
6.2     Visit 1 (Initial Screening)........................................................................43
6.3     Urine Drop-off .........................................................................................43
6.4     Visit 2 (Screening) ...................................................................................43
6.5     Visit 3 (Day 0 – Randomization    Dose 1 [Up to 60 days after Visit 1])........44
6.6     Visit 4 (Week 1 " 3 Days After Visit 3/Dose 1])....................................45
6.7     Visit 5 (Week 2 " 3 Days).......................................................................45
6.8     Visit 6 (Week 4 " 3 Days).......................................................................46
6.9     Visit 7 (Week 8 " 3 Days).......................................................................46
6.10    Visit 8 (Week 10 " 3 Days).....................................................................47
6.11    Visit 9 (Week 12 " 3 Days).....................................................................47
6.12    Visit 10 (Week 16 " 3 Days)...................................................................48
6.13    Visit 11 (Week 22 " 3 Days)...................................................................48
6.14    Visit 12 (Week 24 " 4 Days)...................................................................49
6.15    Visit 13 (Week 30 " 5 Days)...................................................................49
6.16    Visit 14 (Week 36 " 5 Days)...................................................................50
6.17    Visit 15 (Week 42 " 5 Days)...................................................................50
6.18    Visit 16 (Week 48 " 5 Days)...................................................................51
6.19    Visit 17 (End of Study/Early Termination, Week 50 " 5 Days)............51
6.20    Visit 18 (Follow-up, Week 54 " 5 Days) ...............................................52
6.21    Unscheduled Visit ...................................................................................53

7       DESCRIPTION OF STUDY ASSESSMENTS .......................................54
7.1     Medical History and Physical Examination.............................................54
7.2     Blood Pressure Assessments ...................................................................54
7.3     Clinical Laboratory Assessments.............................................................54
7.4     Exploratory Biomarkers...........................................................................56
7.5     Electrocardiogram....................................................................................56

8       PROTOCOL DEVIATIONS......................................................................58

9       ADVERSE EVENTS AND TOXICITY MANAGEMENT .....................59
9.1     Definitions................................................................................................59
        9.1.1   Definition of an Adverse Event.....................................................59
        9.1.2   Definition of a Suspected Adverse Reaction ................................60
        9.1.3   Definition of an Adverse Reaction................................................61
        9.1.4   Definition of Unexpected Adverse Event or Unexpected Suspected Adverse
                Reaction .........................................................................................61

SUBJECT TO PROTECTIVE ORDER

Case 1:21-cr-20106-RNS   Document 232-2   Entered on FLSD Docket 05/12/2023   Page 4 of 90

Protocol No. VPI-CLIN-201-AD                                    VPI-2690B Injection
Version 5.0, Version Date: 12 October 2015              Vascular Pharmaceuticals, Inc.

     9.1.5   Definition of Serious Adverse Event or Serious Suspected Adverse Reaction .....61
     9.1.6   Clarification of Serious Adverse Events ..................................................................62
9.2     Assessment of Adverse Events .....................................................................................63
     9.2.1   Assessment of Causality .........................................................................................64
     9.2.2   Assessment of Intensity .........................................................................................64
     9.2.3   Study Specific Adverse Events ...............................................................................65
9.3     Overdose .......................................................................................................................65
9.4     Serious Adverse Event Reporting Requirements .........................................................65
     9.4.1   All Serious Adverse Events ....................................................................................65
     9.4.2   Investigator and Sponsor Reporting Requirements for SAEs..................................66
     9.4.3   Post-Study Reporting Requirements .......................................................................66
9.5     Clinical Laboratory Abnormalities and Other Abnormal Assessments as Adverse Events66

**10**     **STATISTICAL CONSIDERATIONS** ..................................................................**67**
10.1     Sample Size...................................................................................................................67
10.2     Methods of Analysis .....................................................................................................68
     10.2.1 Analysis Populations................................................................................................68
     10.2.2 General Methodology.............................................................................................69
     10.2.3 Interim Analysis.....................................................................................................69
     10.2.4 Data Handling Conventions ...................................................................................70
10.3     Demographics and Baseline Characteristics ................................................................70
10.4     Efficacy Analysis .........................................................................................................71
     10.4.1 Primary Efficacy Analysis .....................................................................................71
     10.4.2 Secondary Efficacy and Exploratory Endpoint Analysis........................................72
10.5     Adverse Events .............................................................................................................72
10.6     Laboratory Evaluations ................................................................................................73
10.7     Electrocardiograms .......................................................................................................73
10.8     Vital Signs and Body Weight.......................................................................................73

**11**     **PATIENT WITHDRAWAL FROM THE STUDY** ...........................................**74**
11.1     Pregnancy Occurring During a Clinical Trial ..............................................................75
11.2     Study Termination.........................................................................................................75
11.3     Clinical Site Closure .....................................................................................................75

**12**     **RESPONSIBILITIES**...........................................................................................**77**
12.1     Investigator Responsibilities ........................................................................................77
     12.1.1 Good Clinical Practice ...........................................................................................77
     12.1.2 Institutional Review Board / Independent Ethics Committee Approval..................77
     12.1.3 Informed Consent...................................................................................................78
     12.1.4 Confidentiality .......................................................................................................78
     12.1.5 Study Initiation.......................................................................................................78
     12.1.6 Study Files and Retention of Records....................................................................79

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 92
Page 4 of 90

VPI-013858
GOV_03105101

12.1.7  Electronic Data Capture ........................................................................79

12.1.8  Drug Accountability..............................................................................80

12.1.9  Inspections ............................................................................................80

12.1.10    Protocol Compliance ........................................................................80

12.2    Sponsor Responsibilities....................................................................................81

12.2.1  Protocol Modifications..........................................................................81

12.2.2  Study Report and Publications..............................................................81

12.3    Joint Investigator/Sponsor Responsibilities .....................................................82

12.3.1  Access to Information for Monitoring ...................................................82

12.3.2  Access to Information for Auditing or Inspections...............................82

12.3.3  Study Discontinuations .........................................................................82

**13      REFERENCES...........................................................................................83**

**APPENDIX 1      SCHEDULES OF ASSESSMENTS ............................................84**

**APPENDIX 2      SCHEDULE OF ASSESSMENTS - CONTINUED...................87**

**APPENDIX 3      CKD-EPI CREATININE-CYSTATIN C EQUATION...........90**

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 92
Page 5 of 90

VPI-013859
GOV_03105102

Protocol No. VPI-CLIN-201-AD

VPI-2690B Injection

Version 5.0, Version Date: 12 October 2015

Vascular Pharmaceuticals, Inc.

## Protocol Amendments

| Section | Text | Amendment #4: Changes to Amendment #3 (dated 17 April 2015) | Rationale for Change |
|---------|------|---------------------------------------------------------------|----------------------|
| Synopsis | Amended | Sections impacted by Amendment #4 changes noted below revised. | Consistency within protocol |
| 1.2 | Amended | Added language to clarify timing of second interim analysis | Recommendation of Steering Committee |
| 1.3 | Amended | Added rationale for new dose in Cohort A | Recommendation of Steering Committee |
| 3.1 | Amended | Added language on new dose in Cohort A | Recommendation of Steering Committee |
| 3.2 | Clarification | Clarified composition of the Statistical Support Group (SSG) | SSG members finalized |
| 3.2 | Clarification | Added clarification on how SSG will provide analyses | Clarification |
| 4.0 | Amended | Added language to clarify timing of second interim analysis | Recommendation of Steering Committee |
| 5.1.4 | Amended | Added language on new dose in Cohort A | Recommendation of Steering Committee |
| 5.1.5 | Amended | Added language on new dose in Cohort A | Recommendation of Steering Committee |
| 7.3 | Clarification | Grammatical correction | Clarification |
| 10.1 | Amended | Added language to clarify timing of second interim analysis | Recommendation of Steering Committee |
| 10.2.3 | Amended | Added language to clarify timing of second interim analysis | Recommendation of Steering Committee |
| 10.2.3 | Amended | Added language on alpha level adjustment made prior to the Week 12 interim analysis | Recommendation of Interim Analysis Committee |
| 10.2.3 | Amended | Added language on a potential administrative analysis in Cohort A to be completed after the Week 24 interim analysis | Recommendation of Steering Committee |
| 10.4 | Amended | Added language to clarify timing of second interim analysis | Recommendation of Steering Committee |
| 11.0 | Clarification | Added language to clarify that all patients should complete an end of study or early termination visit. | Clarification |
| **Section** | **Text** | **Amendment #3: Changes to Amendment #2 (dated 25 November 2014)** | **Rationale for Change** |
| Synopsis | Amended | Sections impacted by Amendment #3 changes noted below revised. | Consistency within protocol |
| 3.1 | Amended | Language added on revisions to sample size in Cohort A | Consistency within protocol |

---

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 92
Page 6 of 90

VPI-013860
GOV_03105103

Protocol No. VPI-CLIN-201-AD
Version 5.0, Version Date: 12 October 2015

VPI-2690B Injection
Vascular Pharmaceuticals, Inc.

| 4.0 | Amended | Language added on revisions to sample size in Cohort A. | Consistency within protocol |
|---|---|---|---|
| 4.3 | Clarification | Excluded medications, clarified ketoconazole exclusion | Clarification |
| 6.2 | Clarification | Visit 1, clarified requirement for the blood pressure measurements. | Clarification |
| 6.4 | Clarification | Visit 2, clarified requirement for the blood pressure measurements. | Clarification |
| 6.5 | Clarification | Visit 3, clarified the components of an abbreviated physical exam. Clarified requirements for the blood pressure measurements. | Clarification |
| 6.6 | Clarification | Visit 4, clarified that at the safety monitoring assessment, 2 hours after dosing, the physical exam is to be performed as judged necessary by the Investigator. Clarified requirements for the blood pressure measurements. | Clarification |
| 6.7 | Amended | Visit 5, Clarification memo issued 06February 2015 integrated: Requirement for an abbreviated physical exam to be performed 2 hours post dose removed. Clarified the components of an abbreviated physical exam. Clarified requirements for the blood pressure measurements. | Typographical error, Clarification |
| 6.8 | Clarification | Visit 6, clarified requirement for the blood pressure measurements. | Clarification |
| 6.9 | Clarification | Visit 7, clarified requirement for the blood pressure measurements. | Clarification |
| 6.10 | Clarification | Visit 8, clarified requirement for the blood pressure measurements. | Clarification |
| 6.11 | Clarification | Visit 9, clarified the components of an abbreviated physical exam. Clarified requirements for the blood pressure measurements. | Clarification |
| 6.12 | Clarification | Visit 10, clarified requirement for the blood pressure measurements. | Clarification |
| 6.14 | Clarification | Visit 12, clarified requirement for the blood pressure measurements. | Clarification |
| 6.16 | Clarification | Visit 14, clarified the components of an abbreviated physical exam. Clarified requirements for the blood pressure measurements. | Clarification |
| 6.18 | Clarification | Visit 16, clarified requirement for the blood pressure measurements. | Clarification |
| 6.19 | Clarification | Visit 17, clarified requirement for the blood pressure measurements. | Clarification |
| 6.20 | Clarification | Visit 18, clarified requirement for the blood pressure measurements. | Clarification |

SUBJECT TO PROTECTIVE ORDER

VPI-013861
GOV_03105104

Protocol No. VPI-CLIN-201-AD
Version 5.0, Version Date: 12 October 2015

VPI-2690B Injection
Vascular Pharmaceuticals, Inc.

| Section | Text | | Rationale for Change |
|---|---|---|---|
| 7.2 | Clarification | Blood pressure assessments, clarified requirement for the blood pressure measurements. | Clarification |
| 7.3 | Amended | Additional PK analyses added for a subset of patients. | Collect additional data to further characterize PK of VPI-2690B |
| 7.3 | Amended | Albumin testing in urinalysis panel removed. | Typographical error |
| 9.4.1 | Clarification | Timing of SAE reporting modified to align with other sections of the protocol. | Protocol consistency |
| 10.1 | Amended | Sample size section revised to increase sample size in Cohort A to account for increased variability in the pharmacokinetic profile | Allows adequate sample size to conduct study analyses |
| 10.1 | Amended | Detection level for change in UACR from baseline revised to reflect percent scale. | Express the minimal difference on the percent change scale and not the analysis scale. |
| Appendix 1 | Amended | Clarification memo issued 06February 2015 integrated: Requirement for an abbreviated physical exam to be performed 2 hours post dose at Visit 5 removed. | Typographical error |
| Appendix 2 | Amended | Clarification memo issued 06February 2015 integrated: Footnote b revised to remove requirement for an abbreviated physical exam to be performed 2 hours post dose at Visit 5. Clarified procedure performed at Visit 4. | Typographical error |
| **Section** | **Text** | **Amendment #2: Changes to Amendment #1 (dated 30 September 2014)** | **Rationale for Change** |
| Synopsis, 4.1 | Amended | Inclusion criterion #1 was amended to allow waivers to be granted by the medical monitor for patients >80 years of age who are deemed otherwise healthy. | Increased screening flexibility with no safety implications |
| Synopsis, 4.1 | Clarification | Inclusion criterion #2 clarified that sites have the option to perform a HbA1c measurement locally at Visit 1; the HbA1c measurement at Visit 2 will be used to determine eligibility for randomization. | Allows sites to better assess likelihood of subjects meeting eligibility prior to performing Visit 2 |
| Synopsis, 4.1 | Amended | Inclusion criterion #4 amended to require a stable ACE-I or ARB dose at least 4 weeks rather than 3 months prior to Visit 1. | Increased screening flexibility with no safety implications |
| Synopsis, 4.1 | Clarified/ Amended | Inclusion criterion #5 (1) clarified that patients must have an average of 3 blood pressure measurements of ˝150/95 mmHg on at least 2 separate screening visits and (2) amended to indicate that the AHA regimen should remain stable between Screen Visit 1 and Randomization (Visit 3); any changes considered or made in the interim must be reviewed and approved by the medical monitor. | (1) clarification (2) increased screening flexibility with no safety implications |
| 5.1.3 | Clarified | Clarified that study drug should be stored in a monitored chamber (freezer) set to -20°C. | Clarification |

---

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 92
Page 8 of 90

VPI-013862
GOV_03105105

Protocol No. VPI-CLIN-201-AD                                    VPI-2690B Injection
Version 5.0, Version Date: 12 October 2015              Vascular Pharmaceuticals, Inc.

| Section | Text | | Rationale for Change |
|---|---|---|---|
| 6.2 | Clarified | Screening information is entered into the EDC rather than a screening log. | Clarification |
| 6.6 | Amended | Patients in Cohort A will remain at the investigational site at least 2 hours after dosing for safety monitoring at Visit 4 rather than Visit 5 | Typographical error |
| **Section** | **Text** | **Amendment #1:**<br>**Changes to Original Protocol (dated 18 April 2014)** | **Rationale for Change** |
| Synopsis, 4.1 | Amended | Inclusion criterion #1 was amended to (1) increase the upper UACR limit and (2) clarify the UACR criteria for patients with UACR <300 mg/g. | Increased screening flexibility with no safety implications |
| Synopsis, 4.1 | Amended | Inclusion criterion #3 was amended to (1) increase the upper eGFR limit and (2) specify that no more than 15% of enrolled patients will have an eGFR above 90 mL/min/1.73m². | CKD-EPI creatinine + Cystatin C formula gives higher eGFR than MDRD at higher ranges of kidney function |
| Synopsis, 4.1, 6,4, and Appendix 1 and 2 | Amended/ Clarification | Inclusion criterion #5 was amended to (1) add an exception to the stable AHA regimen, (2) reduce the time required between the 3 BP assessments, and (3) clarify that, in patients without stable BP at Screening Visit 1, one of the 2 required stable BPs may include Screening Visit 2. | (1) diuretic regimen changes may be needed unrelated to BP factors; (2) consistency with all other BP assessments in protocol (3) clarification |
| Synopsis, 4.1 | Amended | Inclusion criterion #6 was amended to increase the upper BMI limit. | Increased screening flexibility with no safety implications |
| Synopsis, 4.1 | Amended | Inclusion criterion #8 was amended to clarify that in female patients between 45 to 55 years of age, documentation of FSH is required if the duration of amenorrhea is <12 months or unknown. | Consistency with clinical definition of menopause |
| Synopsis, 4.2 | Clarification | Exclusion criterion #12 was amended to differentiate acceptable recent body weight changes in patients with Type 1 vs. Type 2 diabetes. | Clarification of weight loss changes that are acceptable |
| Synopsis, 4.2 | Amended | Exclusion criterion #13 was amended to (1) remove participation in a diet/weight-loss program and (2) specify a longer period of time post-bariatric surgery. | Specify weight loss changes that are acceptable |
| Synopsis, 4.2 | Amended | Exclusion criterion #15 was amended to increase the lower serum albumin limit. | Increased screening flexibility with no safety implications |
| Synopsis, 4.2 | Clarification | Exclusion criterion #18 was clarified to specify requirements for previous OTC NSAID use. | Consistency within protocol |
| Synopsis, 4.2 | Clarification | Exclusion criterion #19 was updated to confirm Investigator assessment required for prior drug or alcohol abuse. | Clarification of study procedure |
| Synopsis, 6.1 (Figure 1), 6.2, 7.3, Appendix 1 and 2 | Amended | The requirement for urine dipstick at Visit 1 was removed, for patients with known UACR (proteinuria) likely to qualify. | Reduces potentially unnecessary screening assessment |
| Synopsis | Amended/ | Description of interim analysis for Cohort A | Consistency within protocol |

SUBJECT TO PROTECTIVE ORDER

Protocol No. VPI-CLIN-201-AD
Version 5.0, Version Date: 12 October 2015

VPI-2690B Injection
Vascular Pharmaceuticals, Inc.

| | Clarification | modified. | |
|---|---|---|---|
| Synopsis, 10.2.3 | Amended/ Clarification | Endpoints included in the interim analysis were updated. | Review of secondary efficacy endpoint and PK data also needed for recommendation to initiate Cohort B |
| Synopsis, 10.2.3 | Clarification | Safety assessments evaluated during the interim analysis were clarified to include all *available* ADAs. | Clarification |
| Synopsis, 10.2.1 | Deletion/ Clarification | Redundancy in definition of Safety Population removed with deletion of ≥and enrolled". | Only enrolled patients can be randomized |
| Synopsis, 10.2.1 | Deletion/ Clarification | Deleted reference to major protocol violations affecting safety in definition of the Efficacy Population. | Efficacy Population only used for efficacy analyses |
| Synopsis, 10.5 | Deletion/ Clarification | Text regarding ≥treatment-emergent" restriction on AE summaries deleted since collection of AEs begins with randomization. | Consistency issue on AE collection within protocol |
| Synopsis, 10.1, 10.2, 10.3, 10.4, 10.5, 10.6, 10.7 | Amended/ Clarification | Updates to the analysis variable definitions and planned statistical methods were added; text was clarified. | Consistency with data collection |
| Synopsis, 4, 7.3, 10.1, 10.4.1 | Clarification | Text revised to clarify that the interim analysis of Week 24 data for Cohort A will only be conducted if needed. | Consistency within protocol |
| 3.1, 6.5 | Clarification | Patients who are not randomized within 60 days of Visit 1 will need to repeat Visit 2 prior to randomization. | Clarification of study procedures |
| 3.2 | Clarification | Clarified access to randomization information by Medical Monitor. | Medical monitor does not have routine access to all randomization codes |
| 3.2 | Added | A Steering Committee, and its responsibilities, was added. | Address operational issue for IAC |
| 3.2 | Deletion | Remove potential role of the IAC as a DSMB. | Safety issues are addressed by the Medical Monitor |
| 4.3 | Deletion | Excluded medications were not restricted to oral administration. | Not all restricted medications would necessarily be oral |
| 4.7 | Amended | The timeframe for changes to anti-diabetic medications was decreased. | Increased flexibility for management of diabetic care |
| 5.1.3, 7.3 | Amended | The storage temperature for the primary and back-up serum samples was updated from -70°C to -20°C. | -20°C storage deemed adequate |
| 5.4 | Added | A timeframe for changes in a patient's anti-hypertensive regimen was added. | Clarification of study procedures |
| 5.4 | Clarification | Medical monitor approval not required for use of stable OTC NSAIDs. | Clarification of study procedures |
| 6.4 | Deleted | Requirement to update screening log deleted since all screened patients are tracked in EDC system. | Clarification of study procedures |
| 6.5, 6.7, Appendix 2 | Deleted | Removed 1-hr timeframe required for physical examination prior to dosing. | Timing for baseline exam not required |
| 6.8, 6.9, 6.10, 6.11, 6.12, 6.14, 6.15, 6.16, 6.17, Appendix 1 and | Clarification | It was clarified that dispensing assigned study drug was specified for take-home administration and was thus removed from Visit 7 (Week 8) and Visit 8 (Week 10). | Typographical error |

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

VPI-013864
GOV_03105107

Protocol No. VPI-CLIN-201-AD
Version 5.0, Version Date: 12 October 2015

VPI-2690B Injection
Vascular Pharmaceuticals, Inc.

| 2 | | | | |
|---|---|---|---|---|
| 6.8, 6.16, Appendix 1 and 2 | Deleted | Removed collection of serum, plasma and urinary samples for exploratory biomarker analysis at Week 4 and Week 36. | Deemed unnecessary at those time points | |
| 6.20, Appendix 2 | Amended | Clinical chemistry assessment added at Week 54. | Inadvertent omission in previous version | |
| 7.2, Appendix 1 and 2 | Clarification | A total of 3 blood pressure assessments are performed for all visits. | Clarification of study procedure | |
| 7.3 | Clarification | Text revised to clarify that urine pregnancy tests are conducted locally. | Clarification of study procedure | |
| 7.5 | Deleted | Specification of the QTcF correction at baseline was removed. | Quantitative ECG data are not being recorded in the EDC | |
| 7.5, 9.1.1 | Amended | The start of AE collection was updated from screening to after randomization. | Consistency in protocol | |
| 9.4.1 | Amended | The fax number for SAEs was updated. | New contact information | |
| 10.1 | Clarification | Updated the descriptions for sample size to indicate what data are required and when. | Previous term, ≥evaluable patients", was undefined | |
| 10.2.3 | Amended | Description of data cleaning process for interim analyses updated. | Consistency with data management and monitoring plans | |
| 10.9 | Deleted | Section for PK analysis deleted. | Trough concentrations only are determined so analyses and parameters described are not available | |
| 11 | Clarification | The actions with regard to patients who withdrew from the study prematurely due to an AE were added to this section. | Consistency in protocol | |
| Appendix 2 | Clarification | Footnote f was clarified to include patient training on proper administration of drug and self dosing in clinic at Visit 4. | For consistency with body of Appendix 1 and 2 | |

Other minor protocol inconsistencies and typographical errors were also addressed throughout the protocol. None of the changes compromise patient safety or the intent of the original study design.

SUBJECT TO PROTECTIVE ORDER

VPI-013865
GOV_03105108

## SPONSOR SIGNATURE PAGE

**Study Title**   A Randomized, Double-Blind, Placebo-Controlled, Multi-Center, Parallel Group, Phase 2, Two-Part Adaptive Study to Evaluate the Safety and Efficacy of VPI-2690B Injection in Patients with Nephropathy Due to Diabetes

Protocol No.  VPI-CLIN-201-AD, Amendment #4
Protocol Version Date:  12 October 2015

This clinical study protocol was subject to critical review and has been approved by the Sponsor. The following personnel contributed to writing and/or approving this protocol

Steve H. Grossman, MD

_____
Name (print)

_____         _____
Signature                                                                          Date

Steve Grossman
$2015.10.12$ $15.31:41$ $-04'00'$                                   12 October 2015

Medical Monitor

_____
Title

SUBJECT TO PROTECTIVE ORDER

VPI-013866
GOV_03105109

## INVESTIGATOR SIGNATURE PAGE

**Study Title**   A Phase 2, Randomized, Double-Blind, Placebo-Controlled, Multi-Center, Parallel Group, Two-Part Adaptive Study to Evaluate the Safety and Efficacy of VPI-2690B Injection in Patients with Nephropathy Due to Diabetes

Protocol No.   VPI-CLIN-201-AD, Amendment #4

Protocol Version Date    12 October 2015

I have read the attached protocol and agree to conduct the study according to the provisions described therein.

I agree to comply with the International Conference on Harmonization (ICH) Guideline on Good Clinical Practice and applicable Food and Drug Administration (FDA) regulations set forth in 21 CFR Parts 50, 54, and 312.

I agree to ensure that the confidential information contained in this document as well as the associated Investigator's Brochure (IB), case report forms (via EDC) and other scientific data will not be used for any purpose other than the evaluation or conduct of the clinical investigation without the prior consent of Vascular Pharmaceuticals, Inc.

The signature below constitutes my agreement to the contents of this protocol.

_____
Investigator Name (print)

_____          _____
Investigator Signature                                          Date

_____
Site/Institution Name

Address

_____

_____

_____

SUBJECT TO PROTECTIVE ORDER

VPI-013867
GOV_03105110

Protocol No. VPI-CLIN-201-AD
Version 5.0, Version Date: 12 October 2015

VPI-2690B Injection
Vascular Pharmaceuticals, Inc.

## STUDY SYNOPSIS

| Sponsor: | Vascular Pharmaceuticals, Inc. |
|---|---|
| Protocol Number: | VPI-CLIN-201-AD |
| Study Title: | A Randomized, Double-Blind, Placebo-Controlled, Multi-Center, Parallel Group, Phase 2, Two-Part Adaptive Study to Evaluate the Safety and Efficacy of VPI-2690B Injection in Patients with Nephropathy Due to Diabetes |
| IND Number: | 117,340 |
| Study Phase: | Phase 2 |
| Objectives: | **Primary Objective:**<br>The primary objective of this study is to evaluate the efficacy of 2 doses of VPI-2690B Injection, administered once every 2 weeks by subcutaneous injection, compared to placebo, as assessed by the percent change from baseline to endpoint in albuminuria (as measured by urinary albumin to creatinine ratio [UACR] mg/g in first morning void urine samples) in patients with nephropathy due to diabetes.<br>**Secondary Objectives:**<br>The secondary objectives of the study are comparisons of VPI-2690B Injection to placebo for:<br>■ Efficacy<br>   o Change from baseline to endpoint in eGFR, as measured by the CKD-EPI creatinine-cystatin C equation<br>■ Safety<br>   o Adverse Events (AEs), Serious Adverse Events (SAEs), and AEs leading to discontinuations<br>   o Routine clinical chemistry, urinalysis, hematology & bone turnover markers<br>   o Physical examinations, vital signs and ECGs<br>   o Measurement of anti-drug antibodies (ADAs; antibodies to VPI-2690B) and neutralizing antibodies (nAb), if ADAs are detected<br>**Exploratory Objectives:**<br>■ Pharmacokinetic (PK) exposure and exposure-response relationship<br>■ Comparison of VPI-2690B Injection vs placebo for change from baseline in urinary nephrin excretion<br>■ Serum Cystatin C |
| Study Centers: | Multi-center |
| Number of Patients Planned: | **Cohort A:** approximately 35-45 patients per group (approximately 120 total), to be followed after a planned interim analysis by:<br>**Cohort B:** approximately 85-120 per group (2 VPI-2690B Injection groups) and approximately 85 placebo (approximately 250-300 total), if the Week 12 or second (if needed) interim analysis of Cohort A supports initiation of Cohort B |
| Target Population: | Inclusion Criteria<br><br>1. Male and non-pregnant females with documented diabetes mellitus with nephropathy, including: |

---

CONFIDENTIAL

Page 14 of 90

SUBJECT TO PROTECTIVE ORDER

VPI-013868<br>GOV_03105111

Protocol No. VPI-CLIN-201-AD
Version 5.0, Version Date: 12 October 2015

VPI-2690B Injection
Vascular Pharmaceuticals, Inc.

| Sponsor: | Vascular Pharmaceuticals, Inc. |
|---|---|
| Protocol Number: | VPI-CLIN-201-AD |
| | (continued below) |

- o Type 1, 21-80 years of age, or
- o Type 2, 30-80 years of age.

Note: Waivers may be granted by the medical monitor for patients who are greater than 80 years of age who are deemed otherwise healthy.

Documentation of diabetes includes:

- o Treatment with anti-diabetic medication (oral and/or insulin, or injectable drugs such as exenatide, pramlintide), or
- o At Screening (Visit 2), fasting serum glucose level ≥126 mg/dL for patients not currently receiving treatment.

Documented diabetic nephropathy, defined as mean UACR 200-5000 mg/g at Screening (Visit 2).

Note: At least 75% of enrolled patients must have mean UACR ≥300 mg/g. Patients with UACR <300 mg/g must have a mean UACR ≥200 mg/g at Screening Visit 2 and at least 2 of the 3 urine specimens must have UACR ≥200 mg/g.

2. At Screening (Visit 2), hemoglobin A1c (HbA1c) of 7.5-10.5%. To assist with determining eligibility, sites may optionally perform a HbA1c measurement locally at Visit 1; the HbA1c measurement performed by the central lab at Visit 2 will be used to determine eligibility. HbA1c values obtained locally will not be included in the clinical study data base or included in any data reviews.

Note: In Cohort B, up to 15% of patients enrolled may have HbA1c of 7-7.5%.

3. At Screening (Visit 2), eGFR 30-110 mL/min/1.73m$^2$.

Note: No more than 15% of the enrolled patients will have an eGFR below 35 mL/min/1.73m$^2$, and no more than 15% of the enrolled patients will have an eGFR above 90 mL/min/1.73m$^2$.

4. On a background dose regimen of an angiotensin converting enzyme inhibitor (ACE-I) or an angiotensin II receptor blocker (ARB), for at least 3 months and on a stable dose for at least 4 weeks prior to Visit 1, unless an ACE-I or ARB is not tolerated.

Note: No more than ~5% of all enrolled patients will be ACE-I or ARB intolerant.

5. Patients must have a seated blood pressure (BP) based on the average of 3 assessments taken 2 minutes apart, of ≥150/95 mmHg, on at least 2 separate screening visits. Patients with a diagnosis of hypertension must be on a stable anti-hypertensive agent (AHA) regimen (dose and drug type). The regimen should remain stable between Screening Visit 1 and Randomization (Visit 3); if any changes are being considered or have been made prior to randomization, the medical monitor should be contacted.

Note: If BP is not ≥150/95 mmHg at Screening Visit 1, will need to

SUBJECT TO PROTECTIVE ORDER

Protocol No. VPI-CLIN-201-AD
Version 5.0, Version Date: 12 October 2015

VPI-2690B Injection
Vascular Pharmaceuticals, Inc.

| Sponsor: | Vascular Pharmaceuticals, Inc. |
|---|---|
| Protocol Number: | VPI-CLIN-201-AD |

document stable BP (must be ˝150/95 mmHg) on 2 separate occasions, at least 7 but not more than 14 days apart, one of which may include Screening Visit 2.

6. Body mass index (BMI) ˝45 kg/m$^2$.

   <u>Note</u>: At least 80% of total enrolled patients in the study must have BMI ˝40 kg/m$^2$.

7. Patients taking aldosterone antagonists or SGLT2 inhibitors (alone or in combination with an ACE-I or ARB) must be on a stable dose for at least 3 months prior to Screening (Visit 1).

8. Women must be:
   o Postmenopausal, defined as >45 years of age with amenorrhea for at least 12 months (in women 45 to 55 years of age, documentation of a serum follicle stimulating hormone [FSH] level >37 IU/L is required if the duration of amenorrhea is <12 months or unknown), or surgically sterile (have had a hysterectomy or bilateral oophorectomy, tubal occlusion) or otherwise be incapable of pregnancy or
   o Heterosexually active AND practicing a highly effective method of birth control, including hormonal prescription oral contraceptives, contraceptive injections, contraceptive patch, intrauterine device, double barrier method (e.g., condoms, diaphragm or cervical cap with spermicidal foam, cream or gel) or male partner sterilization, and consistent with local regulations regarding use of birth control methods for patients participating in clinical studies, for the duration of their participation in the study or not heterosexually active. NOTE: Patients who are not heterosexually active prior to randomization must agree to utilize a highly effective method of birth control if they become heterosexually active during their participation in the study.
   Women of childbearing potential (i.e., those patients who do not meet the postmenopausal definition above), regardless of age, must have a negative serum pregnancy test at Screening (Visit 2) and negative urine pregnancy test at baseline (Visit 3).

9. Voluntary written consent to participate in this study prior to conducting Screening procedures.

Exclusion Criteria

1. Known medical history or clinical evidence suggesting non-diabetic renal disease.

2. Renal disease that requires treatment with immunosuppressive therapy or a history of dialysis or renal transplant.

   <u>Note</u>: Patients with a history of treated childhood renal disease, without sequelae, may participate.

CONFIDENTIAL

Page 16 of 90

SUBJECT TO PROTECTIVE ORDER

VPI-013870
GOV_03105113

Protocol No. VPI-CLIN-201-AD
Version 5.0, Version Date: 12 October 2015

VPI-2690B Injection
Vascular Pharmaceuticals, Inc.

| Sponsor: | Vascular Pharmaceuticals, Inc. |
| --- | --- |
| Protocol Number: | VPI-CLIN-201-AD |
| | 3.  Requires chronic dialysis.<br><br>Note: Patients with a history of acute kidney injury requiring temporary dialysis, which occurred greater than 6 months previously, may participate (see exclusion #11, below).<br><br>4.  History of solid organ or islet cell transplantation.<br><br>5.  History of myocardial infarction, unstable angina, revascularization procedure (e.g., stent or bypass graft surgery) or cerebrovascular accident (CVA) within 6 months prior to Screening (Visit 1) or if a revascularization procedure is planned during the trial.<br><br>6.  Diagnosis of Class III or IV congestive heart failure within 1 year prior to Screening (Visit 1) (as defined by the New York Heart Association).<br><br>7.  History of malignancy within 5 years before Screening Visit 1 (exceptions: squamous and basal cell carcinomas of the skin and carcinoma of the cervix *in situ*, or a malignancy that in the opinion of the Investigator, with concurrence with the Sponsor's Medical Monitor, is considered cured with minimal risk of recurrence).<br><br>8.  Systemic immunosuppression therapy (except inhalant steroids) for >2 weeks prior to Screening (Visit 1).<br><br>9.  Clinically significant liver disease, diagnosis or history of hepatitis B or C, or serum transaminase (AST or ALT) levels >1.5x upper limit of normal as measured at Screening (Visit 2).<br><br>10. History of previous monoclonal antibody treatment within 1 year prior to Screening (Visit 1).<br><br>11. History of acute renal injury within 6 months or major surgery within 3 months of Screening (Visit 1).<br><br>12. Change in body weight within 3 months prior to Screening (Visit 1), including:<br>    o  Type 1, >5%.<br>    o  Type 2, >10%.<br><br>13. Bariatric surgery within 12 months prior to Screening (Visit 1).<br><br>14. Biopsy proven glomerular disease (e.g., focal segmental glomerulosclerosis [FSGS], membraneous glomerulopathy, minimal change disease) other than diabetic glomerulosclerosis.<br><br>15. Serum albumin <3.2 gm/dL at Screening (Visit 2).<br><br>16. Diagnosis or positive test for human immunodeficiency virus (HIV).<br><br>17. Taking drugs with known nephrotoxic (including proteinuric) effects (see Section 4.3).<br><br>18. Taking prescription NSAIDs or change in stable OTC NSAIDS dose and dose interval within 2 weeks of Screening Visit 2. |

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 92
Page 17 of 90

VPI-013871
GOV_03105114

Protocol No. VPI-CLIN-201-AD
Version 5.0, Version Date: 12 October 2015

VPI-2690B Injection
Vascular Pharmaceuticals, Inc.

| Sponsor: | Vascular Pharmaceuticals, Inc. |
|---|---|
| Protocol Number: | VPI-CLIN-201-AD |
| | 19. History of drug or alcohol abuse that in the Investigator's judgment would interfere with participation in the study. |
| | 20. Women who are lactating, pregnant or intend to become pregnant or breast feed during the study. |
| | 21. Received an active investigational drug (including vaccines) other than a placebo agent or used an investigational medical device within 12 weeks prior to Randomization (Visit 3). |
| | 22. Patients who are unlikely to comply with the study protocol or who, in the opinion of the Investigator, are unsuitable candidates for participation in the study. |
| Test Product, Dose, and Administration: | **Cohort A**: VPI-2690B Injection (β3 C-loop monoclonal antibody), 6 mg or 18 mg administered subcutaneously.  After approval of the fourth amendment to the protocol, patients will be treated with 18 mg or 48 mg administered subcutaneously every two weeks until study completion.<br><br>**Cohort B**: doses to be determined based on interim analysis of Cohort A |
| Reference Therapy, Dose, and Administration: | Placebo (vehicle containing excipient) identical in appearance to VPI-2690B Injection, administered subcutaneously |
| Study Design: | This is a randomized, double-blind, placebo-controlled, multi-center, parallel group, adaptive design study with 2 sequential cohorts (A and B).  A covariate-adjusted randomization will be used to attempt to maintain balance between treatment groups on the following baseline stratification factors: UACR, eGFR, and whether the patient is taking an SGLT2 inhibitor.<br><br>Up to 60 days prior to Randomization, all potential study patients will have an initial Screening Visit to assess albuminuria, review inclusion/exclusion criteria, record BP, and calculate BMI.  Patients who meet these criteria will drop-off first morning void urine specimens for UACR measurement by the central lab.  Patients who meet the entry criteria assessed during this initial screening, including the UACR measurement, will return to the clinic to complete the remaining screening assessments (Visit 2).<br><br>In **Cohort A**, initially, patients will be randomized in a 1:1:1 ratio (approximately 35 patients/arm) to receive 6 mg VPI-2690B Injection, 18 mg VPI-2690B Injection or placebo at Day 0, Week 1 and once every 2 weeks from Week 2 through Week 48.  After approval of the fourth amendment to the protocol, patients will be treated with 18 mg or 48 mg for the remainder of their treatment duration. After completion of the 48-week Treatment Period, an End of Study Visit will be performed at Week 50 and a Follow-up Visit performed at Week 54. A blinded subset analysis of steady state drug levels of the first 24 patients randomized in Cohort A demonstrated that 3 out of 8 patients (approximately 37%) in the high dose group have not achieved the target drug levels of 1000 ng/mL. Assuming this frequency persists this will result in approximately 12 out of 35 patients in the high dose group failing to achieve target drug levels impacting the planned exposure – efficacy analyses. To compensate for the potential impact of having less than 35 evaluable patients in the high dose group there will be an increase in the sample size of |

SUBJECT TO PROTECTIVE ORDER

VPI-013872
GOV_03105115

Protocol No. VPI-CLIN-201-AD
Version 5.0, Version Date: 12 October 2015

VPI-2690B Injection
Vascular Pharmaceuticals, Inc.

| Sponsor: | Vascular Pharmaceuticals, Inc. |
|---|---|
| **Protocol Number:** | VPI-CLIN-201-AD |
| | Cohort A to enroll approximately 120 patients. Once approximately 105 patients have been randomized, approximately 15 additional patients will be enrolled.  The additional patients will be randomized in a 1:2 ratio to placebo and high dose; no additional low dose patients will be randomized at this stage.<br><br>An unblinded interim analysis of the primary and secondary efficacy variables and available PK and safety data is planned when all patients in Cohort A have had an opportunity to complete 12 weeks of treatment; if needed, the interim analysis may be repeated when all patients have had an opportunity to complete 24 weeks of treatment, or at a later timepoint. This interim analysis will determine whether to proceed to enrollment in Cohort B and, if so, the 2 dose groups to be evaluated in Cohort B. Following each interim analysis, Cohort A patients will continue to receive a VPI-2690B Injection or placebo dose once every 2 weeks through Week 48 unless a dose group is terminated (i.e., the VPI-2690B Injection dose level is changed).<br><br>**Cohort B** will consist of a 2-part Screening, 48-week blinded Treatment Period, an End of Study Visit at Week 50 and a Follow-up Visit at Week 54. Cohort B will be initiated following either the Week 12 or second (if needed) interim analysis of Cohort A.<br><br>In Cohort B, patients will be randomized in a 1:1:1 ratio (approximately 85-120/VPI-2690B Injection group and approximately 85 in the placebo group) to receive 1 of 2 doses of VPI-2690B Injection or placebo at Day 0, Week 1 and once every 2 weeks from Week 2 through Week 48.<br><br>Patients in either Cohort A or Cohort B who withdraw prior to completing the final Follow-up Visit will be asked to complete the End of Study/Early Termination visit assessments. |
| **Study Duration:** | Each patient is expected to be in the study 54 weeks following randomization. |
| **Total Study Duration:** | The total duration of the study is expected to be approximately 36 months. |
| **Criteria for Evaluation:** | |
| **Efficacy Endpoints:** | **Primary:**<br>Percent change from baseline to endpoint in albuminuria, as measured by UACR in first morning void samples<br><br>**Secondary:**<br>Change from baseline to endpoint in eGFR, as measured by the CKD-EPI creatinine-cystatin C equation<br><br>**Exploratory:**<br>▪  Pharmacokinetic exposure and exposure-response relationship<br>▪  Comparison of VPI-2690B Injection vs placebo for change from baseline in urinary nephrin excretion<br>▪  Serum Cystatin C |
| **Safety Endpoints:** | ▪  Adverse events (AEs), serious AEs (SAEs), AEs leading to discontinuations |

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 92
Page 19 of 90

VPI-013873
GOV_03105116

| Sponsor: | Vascular Pharmaceuticals, Inc. |
|---|---|
| Protocol Number: | VPI-CLIN-201-AD |
| | <ul><li>Routine clinical chemistry, urinalysis, hematology, and bone turnover markers</li><li>Physical examinations, vital signs and ECGs</li><li>Measurement of anti-drug antibodies (ADAs; antibodies to VPI-2690B) and neutralizing antibodies, if ADAs are detected</li></ul> |
| Interim Analysis: | Timing of the interim analyses for Cohort A is described in the study design section. All staff involved in the ongoing day-to-day conduct of the trial will remain blinded to the individual patient results of these analyses and a planned administrative interim analysis for Cohort B. |
| Statistical Methods: | **Analysis Populations:** The Safety Population will include all randomized patients who receive any dose of study drug. The Full Analysis Set (FAS) will include all patients in the Safety Population who have at least one post-baseline UACR measurement; all efficacy analyses will be performed using the randomized treatment. The Efficacy Population will include all patients in the FAS who do not have any major protocol violations that may affect the efficacy conclusions of the study; this population is only intended for efficacy analyses at Week 50.<br><br>**Efficacy Analysis:** The primary efficacy analysis, a comparison of the placebo and the pooled VPI-2690B treatment groups for the change in log-transformed UACR from Baseline at each analysis (interim and end of study) endpoint, will be based on an analysis of variance (ANOVA) for log(UACR at analysis endpoint/UACR at Baseline) with treatment, baseline eGFR category, and baseline SGLT2 inhibitor usage as the independent variables. Efficacy comparisons to placebo for these variables for Cohort A interims will be one-sided and declared statistically significant at the 0.025 level; comparisons at Week 50 for Cohorts A and B combined will be two-sided and declared statistically significant at the 0.05 level. Planned secondary analyses of the percent change in UACR at Week 50 will examine the results descriptively in numerous subgroups of patients based on baseline patient characteristics; inferential analyses of these subgroups will be performed if sufficient numbers of patients are present in all subgroups. Data will be summarized descriptively for each site, but inferential by-site analysis is not planned.<br><br>The secondary efficacy endpoint, the change in eGFR slope, will be estimated from a mixed effects model with separate fixed treatment-specific intercepts (Day 0) and slopes for the change in eGFR over time and random patient-specific effects on intercept and slope. Treatment comparisons for this and secondary analyses of this endpoint will be two-sided and declared statistically significant at the 0.05 level.<br><br>**Safety Analysis:** Descriptive summaries of safety endpoints will be provided; no inferential analysis is planned. Clinical and laboratory AEs will be coded using the Medical Dictionary for Regulatory Activities (MedDRA). Summaries (number and percentage of patients as well as event counts) of |

SUBJECT TO PROTECTIVE ORDER

VPI-013874
GOV_03105117

| Sponsor: | Vascular Pharmaceuticals, Inc. |
|---|---|
| Protocol Number: | VPI-CLIN-201-AD |
| | AEs (by System Organ Class [SOC] and Preferred Term) will be provided. The incidence of AEs will also be summarized by maximum severity, relationship to the study treatment, and duration of dosing.   Injection site reactions and major adverse cardiovascular events (MACE) are identified as AEs of special interest. AEs which led to study drug discontinuation, study discontinuation, death, that were considered serious, or were AEs of special interest will be tabulated and listed separately. |
| | Results of quantitative laboratory tests performed by the designated central laboratories, vital signs, and body weights will be summarized descriptively for each treatment group as observed values and changes from baseline at each visit.  Shift tables will be presented for hematology, clinical chemistry, bone marker, and urinalysis values and ECG interpretations. ADA titers and the presence of any neutralizing antibodies will be summarized categorically at each visit where determined. |

This study will be conducted in accordance with the guidelines of Good Clinical Practices (GCPs), including archiving of essential documents.

Gov't Ex. 92
Page 21 of 90

VPI-013875
GOV_03105118

Protocol No. VPI-CLIN-201-AD                                    VPI-2690B Injection
Version 5.0, Version Date: 12 October 2015            Vascular Pharmaceuticals, Inc.

## LIST OF ABBREVIATIONS

| Abbreviation | Definition |
|---|---|
| AE | Adverse event |
| ACE-I | Angiotensin converting enzyme inhibitor |
| ADA | Anti-drug antibody |
| AHA | Anti-hypertensive agent |
| ALT | Alanine Aminotransferase |
| ANOVA | Analysis of variance |
| ARB | Angiotensin II receptor blocker |
| ASA | Acetylsalicylic acid (aspirin) |
| AST | Aspartate Aminotransferase |
| B-HCG | Beta-human chorionic gonadotropin |
| BMI | Body mass index |
| BP | Blood pressure |
| CFR | Code of Federal Regulations |
| CKD | Chronic kidney disease |
| CKD-EPI | Chronic Kidney Disease Epidemiology Collaboration |
| C-loop | Cysteine loop |
| CSR | Clinical study report |
| CT | Computed tomography |
| CTx | C-terminal telopeptide of type I collagen |
| CV | Cardiovascular |
| CVA | Cardiovascular accident |
| ECG | Electrocardiogram |
| EDC | Electronic Data Capture System |
| eGFR | Estimated glomerular filtration rate |
| FAS | Full Analysis Set |
| FDA | Food and Drug Administration |
| FSGS | Focal segmental glomerulosclerosis |
| FSH | Follicle stimulating hormone |
| GCP | Good Clinical Practice |
| Hb | Hemoglobin |
| HDL | High-density lipoprotein |
| HIV | Human immunodeficiency virus |
| IAC | Interim Analysis Committee |
| IB | Investigator's Brochure |
| ICH | International Conference on Harmonization |
| IEC | Independent Ethics Committee |
| IND | Investigational New Drug application |
| IRB | Institutional Review Board |
| IWRS | Interactive web-based randomization system |

CONFIDENTIAL                                                        Page 22 of 90

SUBJECT TO PROTECTIVE ORDER

VPI-013876
GOV_03105119

Protocol No. VPI-CLIN-201-AD                                                    VPI-2690B Injection
Version 5.0, Version Date: 12 October 2015                          Vascular Pharmaceuticals, Inc.

| Abbreviation | Definition |
|---|---|
| LDL | Low-density lipoprotein |
| MACE | Major Adverse Cardiovascular Events |
| MedDRA | Medical Dictionary for Regulatory Activities |
| nAb | Neutralizing antibodies |
| NCS | Not clinically significant |
| NSAIDs | Nonsteroidal anti-inflammatory inhibitors |
| OTC | Over-the-counter |
| PINP | N-terminal propeptide of human procollagen type I |
| PK | Pharmacokinetic |
| PRN | As needed |
| PT | Prothrombin time |
| PTT | Partial thromboplastin time |
| RAAS | Renin-angiotensin-aldosterone system |
| RBC | Red blood cell |
| RR | Respiratory rate |
| SAE | Serious adverse event |
| SC | Steering Committee |
| SCr | Serum creatinine |
| SD | Standard deviation |
| SGLT2 | Sodium-glucose co-transporter type 2 |
| SGOT | Serum glutamic-oxaloacetic transaminase |
| SGPT | Serum glutamic-pyruvic transaminase |
| SOC | System Organ Class |
| SSG | Statistical Support Group |
| SUSAR | Suspected Unexpected Serious Adverse Reaction |
| UACR | Urinary albumin to creatinine ratio |
| US | United States |
| USP | United States Pharmacopeia |
| VPI | Vascular Pharmaceuticals, Inc. |
| WBC | White blood cell |
| WOCBP | Women of child bearing potential |

SUBJECT TO PROTECTIVE ORDER

VPI-013877
GOV_03105120

# 1   INTRODUCTION

## 1.1   Background

VPI-2690B is a humanized monoclonal antibody under development for the treatment of diabetic nephropathy.  Diabetic nephropathy is the most common cause of chronic kidney disease and the prevalence is increasing along with that of diabetes.  Most diabetics who develop a progressive decline in glomerular filtration rate (GFR) to levels below 60 cc/min will progress to end stage renal failure and require dialysis.  This occurs due to progressive damage to glomeruli in response to chronic hyperglycemia, resulting in fibrosis and loss of individual nephron units (1). This process continues until the remaining nephrons cannot function adequately to prevent the accumulation of waste products that are normally excreted by the kidney, thereby necessitating dialysis.

Currently there are no treatments available that arrest the progression of this disease or stabilize renal function in these patients.  Angiotensin converting enzyme inhibitors (ACE-I) and angiotensin II antagonists inhibit proteinuria (an early marker of loss of normal glomerular barrier function) and can slow the progression of the disease but almost all patients who are placed on these drugs will continue to undergo further loss of renal function (2).  Therefore, there is a need for novel therapies that both block disease progression and arrest loss of glomerular function.

VPI-2690B binds to a distinct region of the extracellular domain of the $\beta 3$ subunit of the $\alpha V \beta 3$ integrin and inhibits the activation of this receptor by endogenous agonists.  Under conditions of hyperglycemia, $\alpha V \beta 3$ ligands such as osteopontin and vitronectin are upregulated and the increased concentrations in extracellular fluids result in increased binding to and activation of the $\alpha V \beta 3$ receptor.  Activation of this receptor leads to increased endothelial cell migration and proliferation, as well as to enhanced endothelial cell permeability to large proteins such as albumin.  These changes have been proposed to play a role in the end organ damage that results from diabetes, particularly diabetic nephropathy.  The $\alpha V \beta 3$ receptor has been shown to be present in cell types that play a critical role in these changes such as podocytes and glomerular endothelial cells.  Recent studies in human kidneys have shown that loss of endothelial fenestrations, which occurs relatively early in the course of nephropathy, correlates well with subsequent decline in GFR (3).  This suggests that therapies that effectively limit endothelial damage may prevent further disease progression.

Following exposure to hyperglycemia, increased $\alpha V \beta 3$ ligand binding is mediated through their heparin binding domains, and peptides containing these sequences can fully recapitulate the effects of hyperglycemia on $\alpha V \beta 3$ activation and cellular functions (4).  These heparin binding peptides were shown to bind to a unique region in the extracellular domain of the $\beta 3$ subunit that has been termed the cysteine loop or C-loop.  The C-loop region contains 6 amino acids that are

SUBJECT TO PROTECTIVE ORDER

VPI-013878
GOV_03105121

flanked by cysteines which are linked by a disulfide bond; the antigen to which VPI-2690B was developed contains this sequence (5). Three-dimensional structure studies have shown that the C-loop region is exposed on the surface of the β3 molecule (6).

Nonclinical studies have confirmed that VPI-2690B binds directly to this sequence and inhibits the effects of αVβ3 ligands *in vitro* and *in vivo,* as shown by the ability of the antibody to inhibit ligand- and hyperglycemia-induced increases in signaling pathway activation, endothelial cell migration and proliferation, as well as the abnormal enhancement of capillary permeability to albumin. The ability of this antibody to prevent the decrease in kidney function and the changes in glomerular endothelial and podocyte function that occur as a result of chronic exposure to hyperglycemia provides a strong rationale for the development of VPI-2690B for the treatment of diabetic nephropathy.

## 1.2    Study Rationale

This study is the first in diabetic patients, with diabetic kidney disease, to assess pharmacodynamic efficacy based on changes in albuminuria and to explore other renal efficacy endpoints (e.g., change in eGFR) and biomarkers anticipated to reflect the mechanism of action of VPI-2690B Injection. This study will explore 2 dose levels, to support the selection of doses to be evaluated in further clinical development.

In this 2-part, adaptive design study, Cohort A is analogous to a conventional 12-week Phase 2a study, with the potential for a longer duration treatment. This adaptive design reduces the risk of determining that a 12-week treatment duration may be too short to allow detection of a clinically meaningful UACR reduction (e.g., if the anticipated efficacy benefit occurs relatively slowly).

The first Cohort A interim analysis is planned when patients have completed 12 weeks; if efficacy is demonstrated and the drug is well tolerated, Cohort B may be initiated. If sufficient efficacy is not yet demonstrated, Cohort A will continue and an additional interim analysis will be performed at 24 weeks, or at a later timepoint, prior to deciding whether to initiate Cohort B. If a decision is made to proceed to Cohort B, patients enrolled in Cohort A at a dose that was deemed to be efficacious and safe, will continue through the end of the study (e.g., 54 weeks). This design feature reduces the number of new patients to be enrolled in Cohort B. The purpose of Cohort B is to evaluate safety and efficacy in a larger number of patients to support further evaluation of VPI-2690B Injection in subsequent Phase 3 clinical trials.

## 1.3    Rationale for Dose Selection

The initial Phase 1 study in healthy volunteers evaluated 5 doses of VPI-2690B Injection (0.03 mg/kg, 0.1 mg/kg, 0.3 mg/kg, 1 mg/kg and 3 mg/kg). Doses of 0.03 mg/kg, 0.1 mg/kg and 1 mg/kg, administered as a single dose and 3 doses of 0.3 mg/kg administered every 2 weeks, and 3 doses of 3 mg/kg administered every 4 weeks, were well tolerated without any significant

SUBJECT TO PROTECTIVE ORDER

Protocol No. VPI-CLIN-201-AD

Version 5.0, Version Date: 12 October 2015

VPI-2690B Injection

Vascular Pharmaceuticals, Inc.

safety issues observed. In the nonclinical efficacy studies performed to date, the effective steady state concentration of VPI-2690B in diabetic rats and pigs was 0.2–1.0 µg/mL, consistent with the dose response studies *in vitro* and *in vivo*; therefore, this range is the target trough concentration projected to achieve efficacy in human clinical trials. Based on the pharmacokinetics (PK) data from the completed Phase 1 study, the 2 doses chosen for this study are anticipated to yield steady-state trough levels in the range of approximately 0.2 and 1 ug/mL, which are within the expected pharmacodynamic efficacy range. The exposure response in humans with Type 2 diabetes mellitus is not necessarily the same as that observed in nonclinical studies.

Recent analysis has suggested that any pharmacokinetic advantage of weight based dosing is small relative to the variability generally observed in pharmacodynamics, efficacy and safety. Given the practical advantages for both patients and physicians, fixed dosing will be used in this study (8).

In Cohort A, the doses initially chosen for this study were 6 mg and 18 mg to be administered subcutaneously at Day 0, Week 1 and every 2 weeks through Week 48. Based on PK modeling, adding a loading dose at Week 1 will more rapidly achieve trough concentration levels to within 10 of the steady-state trough concentration level; without administration of a loading dose, approximately 10 weeks are needed to reach similar levels. This more rapid steady-state drug exposure level is anticipated to ensure maximal potential effects on UACR during the treatment period. The doses selected for Cohort A are ~40-fold and 13-fold lower than the well-tolerated maximum dose tested in the Phase 1 study (3 mg/kg).

A pre-specified interim analysis has been conducted of the data through Week 12 for all patients, and reviewed by the Steering Committee (SC). Based on the unblinded 12 week-data and complete safety information, the SC recommended that study proceed to the second interim analysis and study completion. The safety profile was deemed to be without between-group imbalances, and consistent with that expected for this target population. The majority (83%) of adverse events were of mild/moderate severity and unrelated (80%) to study drug. The SC also recommended maintenance of the placebo and 18 mg groups, but recommended that the 6 mg group be increased to a dose of 48 mg to maximize efficacy. To date, the drug was well-tolerated at 18 mg every 2 weeks. The 48 mg dose will result in approximately a 2.2-fold increase in exposure, compared to 18 mg.

Drug exposure levels for patients receiving 48 mg per dose have been projected from analysis of the Phase 1 study. In the monkeys the NOAEL (no adverse effect level) was 15 mg/kg, dosed weekly. This translates to, on average, a maximum drug level that is 30 fold higher than the projected maximum drug level that will be achieved in patients dosed with 48 mg every two weeks. Furthermore the overall drug exposure (expressed as AUC) is 10 fold higher in the monkeys than what is projected to be achieved in patients dosed with 48 mg every two weeks. In

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 92
Page 26 of 90

VPI-013880
GOV_03105123

Protocol No. VPI-CLIN-201-AD                                                    VPI-2690B Injection
Version 5.0, Version Date: 12 October 2015                      Vascular Pharmaceuticals, Inc.

the Phase 1 study patients received and tolerated single doses of up to approximately 280 mg (3 mg/kg) given monthly over 3 months achieving a maximum drug level (expressed as CMax) that is 3 fold higher than the projected maximum drug level that will be achieved in patients dosed with 48 mg every two weeks, and an overall drug exposure (expressed as AUC) 2 fold higher. Using the exposure projections from Phase 1, when compared to the monkey toxicology study and Phase 1 data the increased dose of 48 mg has a sufficient safety margin. Due to these safety margins and the clinical experience to date at 18 mg, it is not necessary to implement additional safety monitoring at this time.

Doses to be administered in Cohort B will be chosen based on review of the efficacy and safety data in the Cohort A interim analysis.

SUBJECT TO PROTECTIVE ORDER

VPI-013881
GOV_03105124

## 2  STUDY OBJECTIVES

### 2.1  Primary Objective

The primary objective of this study is to evaluate the efficacy of 2 doses of VPI-2690B Injection, administered once every 2 weeks by subcutaneous injection, compared to placebo, as assessed by the percent change from baseline to endpoint in albuminuria (as measured by urinary albumin to creatinine ratio [UACR] mg/g in first morning void urine samples) in patients with nephropathy due to diabetes.

### 2.2  Secondary Objective

The secondary objective of the study is to compare VPI-2690B Injection to placebo for

- Efficacy
  - Change from baseline to endpoint in eGFR as measured by the CKD-EPI creatinine-cystatin C equation

- Safety
  - AEs, SAEs, AEs leading to discontinuations
  - Routine clinical chemistry, urinalysis, hematology & bone turnover markers
  - Physical examinations, vital signs and ECG
  - Measurement of anti-drug antibodies (ADAs; antibodies to VPI-2690B) and neutralizing antibodies (nAb), if ADAs are detected

### 2.3  Exploratory Objectives

The exploratory objectives of the study are comparisons of VPI-2690B Injection to placebo for

- PK exposure and exposure-response relationship

- Comparison of VPI-2690B Injections vs placebo for change from baseline in urinary nephrin excretion

- Serum Cystatin C

SUBJECT TO PROTECTIVE ORDER

VPI-013882
GOV_03105125

## 3    INVESTIGATIONAL PLAN

### 3.1    Study Design

This study will be performed as a randomized, double-blind, placebo-controlled, parallel group, adaptive design study with 2 sequential cohorts (A and B).  The study is designed to evaluate the efficacy and safety of multiple dose regimens of VPI-2690B Injection.  An interim analysis conducted between Cohort A and Cohort B will be used to select dose levels to be evaluated in Cohort B.  At least 50    of the patients will be enrolled at study sites located in the U.S.; all patients will be enrolled in countries where background medications (including routine use of ACE-I/ARBs) and standard of care are comparable to the U.S., particularly regarding management of hypertension and diabetes.

The study will consist of an initial Screening Visit to preliminarily assess eligibility followed by completion of the remaining screening assessments to confirm eligibility (see Appendix 1 and Appendix 2).  The Randomization Visit (Day 0) will occur within 60 days of the initial Screening Visit.  Patients who are not randomized within 60 days of Visit 1 will need to repeat Visit 2 prior to randomization.

Study procedures in Cohort A and Cohort B are similar.  Patients enrolled in Cohort A may not participate in Cohort B.

**Cohort A**

Patients will be randomized in a 1 1 1 ratio (approximately 35 study patients/arm, for a total of approximately 105) to receive 6 mg VPI-2690B Injection, 18 mg VPI-2690B Injection or placebo subcutaneously at Day 0, Week 1 and once every 2 weeks from Week 2 through Week 48.  Once approximately 105 patients have been randomized, approximately 15 additional patients will be enrolled.  The additional patients will be randomized in a 1 2 ratio to placebo and high dose; no additional low dose patients will be randomized at this stage.  Enrolled patients will complete a 48-week blinded Treatment Period, followed by an End of Study Visit and a final Follow-up Visit, approximately 6 weeks after the last dose.  Therefore, each patient enrolled will participate in screening, dosing, and safety follow-up for a maximum duration of approximately 62 weeks, unless a dose group is terminated based on interim analysis results.

After the pre-specified interim analysis conducted of the data through Week 12 for all patients, all patients in the 6 mg dose group, who have not completed dosing, will be increased to a dose of 48 mg to maximize efficacy.

**Cohort B**

SUBJECT TO PROTECTIVE ORDER

VPI-013883
GOV_03105126

Approximately 85-120 study patients/VPI-290B Injection group and approximately 85 placebo patients will be enrolled. The doses to be administered will be determined based on the Cohort A interim analysis. Enrolled patients will complete a 48-week blinded Treatment Period, followed by an End of Study Visit and a final Follow-up Visit, approximately 6 weeks after the last dose. Therefore, each patient enrolled will participate in screening, dosing, and safety follow-up for a maximum duration of approximately 62 weeks.

All study patients will be monitored routinely for safety and efficacy parameters. Safety evaluations will include clinical assessment, physical examinations, vital signs, electrocardiogram (ECG), clinical laboratory testing, and recording of adverse events (AEs). In addition, tests will be obtained according to the standard of care for the diagnosis and treatment of any condition or unexplained signs thought to have arisen as a result of study procedures (see Section 9.2.3).

## 3.2    Oversight Committees

Routine safety monitoring will be performed by the Medical Monitor, who will not have access to individual randomization codes. If warranted based on safety concerns, an individual patient may be unblinded, on a case-by-case basis. All unblinding will be documented.

The Cohort A interim analysis (planned for Week 12 and, if needed, at Week 24, or at a later timepoint) and an administrative analysis for Cohort B will be executed and reported by a Statistical Support Group (SSG) who will have access to the randomization codes. The SSG will consist of a representative from the Sponsor, and statisticians and programmers representing the Sponsor and the Sponsor's corporate partner, who are independent of the study conduct. The SSG will access the study data from restricted servers with documented read/write access.

The SSG will submit their reports (consisting of group level unblinded summaries and individual patient data with masked patient ID analyses) to an Interim Analysis Committee (IAC) consisting of representatives from the Sponsor and their corporate partner (at least one medical expert and one statistician). The IAC may include or consult with external subject matter experts on an as needed basis. These representatives will not be involved in the ongoing day-to-day conduct of the study. The IAC will make recommendations to a SC whether to initiate Cohort B and the VPI-2690B dose levels to be evaluated in Cohort B. The SC, which is also independent of the day-to-day study conduct, is the decision-making body with regard to acting upon the IAC recommendations.

The specific members and operating rules for the SSG, IAC, and SC will be provided, in detail, in an Interim Analysis Charter, which will be finalized with the Statistical Analysis Plan.

Gov't Ex. 92
Page 30 of 90

SUBJECT TO PROTECTIVE ORDER

GOV_03105127

Protocol No. VPI-CLIN-201-AD                                          VPI-2690B Injection
Version 5.0, Version Date: 12 October 2015                    Vascular Pharmaceuticals, Inc.

## 3.3     Stopping Rules

All patients will be monitored closely for AEs during study participation.  If a patient
experiences any of the AEs listed below, he or she will be removed from further treatment, the
study may be halted, and circumstances related to the event will be investigated.  The study will
resume if study authorities conclude that all risks have been evaluated and the safety of study
patients is not in question.

- Anaphylactic reaction due to study drug administration.

- Any other life-threatening complication or death due to the study drug administration, as
  assessed by the Investigator.

The Sponsor will closely monitor safety events during the study and may suspend enrollment,
recommend adjustments to the study design or stop the study if it is deemed necessary based on
an assessment of the available safety data.  Reasonable efforts will be made to follow
discontinued patients.

## 3.4     Discontinuation of a Dose Group

Following review of results from the protocol-specified interim analyses for Cohort A, a decision
may be made to discontinue one or both dose groups, if deemed by inadequate efficacy or safety.
Patients in a discontinued dose group will be requested to return to the clinic to perform the End
of Study Visit and will be discontinued from the study at that time.

---

CONFIDENTIAL                                                              Page 31 of 90

SUBJECT TO PROTECTIVE ORDER

VPI-013885
GOV_03105128

Protocol No. VPI-CLIN-201-AD                                                      VPI-2690B Injection
Version 5.0, Version Date: 12 October 2015                               Vascular Pharmaceuticals, Inc.

## 4    STUDY POPULATION

A sufficient number of males and females with nephropathy due to Type 1 or Type 2 diabetes will be screened for eligibility in order to enroll approximately 35-45 patients per treatment group in Cohort A, which is anticipated to achieve a study population of approximately 30 patients per group at the Week 12 and, if needed, Week 24, or at a later timepoint, interim analysis, based on the anticipated drop-out rate.  In Cohort B, an additional approximately 85-120 patients/dose in Cohort B, based upon the results of the interim analysis of Cohort A.  The specific inclusion and exclusion criteria for enrolling patients in this study are described below.

### 4.1    Inclusion Criteria

Patients must meet all of the inclusion criteria listed below to be eligible for participation in the study.  If the Investigator has any uncertainty about the suitability or eligibility of a patient based on the Inclusion or Exclusion criteria, the Sponsor should be contacted before the patient is enrolled.

1. Male and non-pregnant females with documented diabetes mellitus with nephropathy, including

   – Type 1, 21-80 years of age, or

   – Type 2, 30-80 years of age.

   Note   Waivers may be granted by the medical monitor for patients greater than 80 years of age who are deemed otherwise healthy.

   Documentation of diabetes includes

   – Treatment with anti-diabetic medication (oral and/or insulin, or injectable drugs such as exenatide, pramlintide), or

   – At Screening (Visit 2), fasting serum glucose level ≥126 mg/dL for patients not currently receiving treatment.

   Documented diabetic nephropathy, defined as mean UACR 200-5000 mg/g at Screening (Visit 2).

   Note  At least 75   of enrolled patients must have a mean UACR ≥300 mg/g.  Patients with UACR <300 mg/g must have a mean UACR ≥200 mg/g at Screening Visit 2 and at least 2 of the 3 urine specimens must have UACR ≥200 mg/g.

2. At Screening (Visit 2), hemoglobin A1c (HbA1c) of 7.5-10.5   .  To assist with determining eligibility, sites may optionally perform a HbA1c measurement locally at Visit 1; the HbA1c measurement performed by the central lab at Visit 2 will be used to determine eligibility.  HbA1c values obtained locally will not be included in the clinical study data base or included in any data reviews.

---

CONFIDENTIAL                                                                              Page 32 of 90

SUBJECT TO PROTECTIVE ORDER

VPI-013886
GOV_03105129

Note  In Cohort B, up to 15   of patients enrolled may have HbA1c of 7-7.5   .

3.  At Screening (Visit 2), eGFR 30-110 mL/min/1.73m$^2$.

Note  No more than 15   of the enrolled patients will have an eGFR below
35 mL/min/1.73m$^2$, and no more than 15    of the enrolled patients will have an eGFR above
90 mL/min/1.73m$^2$.

4.  On a background dose regimen of an angiotensin converting enzyme inhibitor (ACE-I) or an
    angiotensin II receptor blocker (ARB), for at least 3 months and on a stable dose for at least 4
    weeks prior to Visit 1, unless an ACE-I or ARB is not tolerated.

Note  No more than ~5   of all enrolled patients will be ACE-I or ARB intolerant.

5.  Patients must have a seated blood pressure (BP), based on the average of 3 assessments taken
    2 minutes apart, of "150/95 mmHg, on at least 2 separate screening visits.  Patients with a
    diagnosis of hypertension must be on a stable anti-hypertensive agent (AHA) regimen (dose
    and drug type).  The regimen should remain stable between Screening Visit 1 and
    Randomization (Visit 3); if any changes are being considered or have been made prior to
    randomization, the medical monitor should be contacted.

Note  If BP is not "150/95 mmHg at Screening Visit 1, will need to document stable BP (must
be "150/95 mmHg) on 2 separate occasions, at least 7 but not more than 14 days apart, one of
which  may include Screening Visit 2.

6.  Body mass index (BMI) "45 kg/m$^2$.

Note  At least 80    of total enrolled patients in the study must have BMI "40 kg/m$^2$.

7.  Patients taking aldosterone antagonists or SGLT2 inhibitors (alone or in combination with an
    ACE-I or ARB) must be on a stable dose for at least 3 months prior to Screening (Visit 1).

8.  Women must be
    o  Postmenopausal, defined as >45 years of age with amenorrhea for at least 12 months (in
       women 45 to 55 years of age, documentation of a serum follicle stimulating hormone
       [FSH] level >37 IU/L is required if the duration of amenorrhea is <12 months or
       unknown), or surgically sterile (have had a hysterectomy or bilateral oophorectomy, tubal
       occlusion) or otherwise be incapable of pregnancy or

    o  Heterosexually active AND practicing a highly effective method of birth control,
       including hormonal prescription oral contraceptives, contraceptive injections,
       contraceptive path, intrauterine device, double barrier method (e.g., condoms, diaphragm
       or cervical cap with spermicidal foam, cream or gel) or male partner sterilization, and
       consistent with local regulations regarding use of birth control methods for patients
       participating in clinical studies, for the duration of their participation in the study or not
       heterosexually active.  NOTE: Patients who are not heterosexually active prior to
       randomization must agree to utilize a highly effective method of birth control if they
       become heterosexually active during their participation in the study.

SUBJECT TO PROTECTIVE ORDER

VPI-013887
GOV_03105130

Women of childbearing potential (i.e., those patients who do not meet the postmenopausal definition above), regardless of age, must have a negative serum pregnancy test at Screening (Visit 2) and negative urine pregnancy test at baseline (Visit 3).

9. Voluntary written consent to participate in this study prior to conducting Screening procedures.

## 4.2    Exclusion Criteria

Patients who meet any of the exclusion criteria listed below will not be eligible for participation in the study.

1. Known medical history or clinical evidence suggesting non-diabetic renal disease.

2. Renal disease that requires treatment with immunosuppressive therapy, or a history of dialysis or renal transplantation.

   Note  Patients with a history of treated childhood renal disease, without sequelae, may participate.

3. Requires chronic dialysis.

   Note  Patients with a history of acute kidney injury requiring temporary dialysis, which occurred greater than 6 months previously, may participate (see exclusion #11, below).

4. History of solid organ or islet cell transplantation.

5. History of myocardial infarction, unstable angina, revascularization procedure (e.g., stent or bypass graft surgery) or cerebrovascular accident (CVA) within 6 months prior to Screening (Visit 1) or if a revascularization procedure is planned during the trial.

6. Diagnosis of Class III or IV congestive heart failure within 1 year prior to Screening (Visit 1) (as defined by the New York Heart Association).

7. History of malignancy within 5 years before Screening Visit 1 (exceptions  squamous and basal cell carcinomas of the skin and carcinoma of the cervix *in situ*, or a malignancy that in the opinion of the Investigator, with concurrence with the Sponsor's Medical Monitor, is considered cured with minimal risk of recurrence).

8. Systemic immunosuppression therapy (except inhalant steroids) for >2 weeks prior to Screening (Visit 1).

9. Clinically significant liver disease, diagnosis or history of hepatitis B or C, or serum transaminase (AST or ALT) levels >1.5x upper limit of normal as measured at Screening (Visit 2).

10. History of previous monoclonal antibody treatment within 1 year prior to Screening (Visit 1).

SUBJECT TO PROTECTIVE ORDER

VPI-013888
GOV_03105131

11. History of acute renal injury within 6 months or major surgery within 3 months of Screening (Visit 1).

12. Change in body weight within 3 months prior to Screening (Visit 1), including

    – Type 1, >5 .

    – Type 2, >10 .

13. Bariatric surgery within 12 months prior to Screening (Visit 1).

14. Biopsy proven glomerular disease (e.g., focal segmental glomerulosclerosis [FSGS], membraneous glomerulopathy, minimal change disease) other than diabetic glomerulosclerosis.

15. Serum albumin <3.2 gm/dL at Screening (Visit 2).

16. Diagnosis or positive test for human immunodeficiency virus (HIV).

17. Taking drugs with known nephrotoxic (including proteinuric) effects (see Section 4.3).

18. Taking prescription NSAIDs or change in stable OTC NSAID dose and dose interval within 2 weeks of Screening Visit 2.

19. History of drug or alcohol abuse that in the Investigator's judgment would interfere with participation in the study.

20. Women who are lactating, pregnant or intend to become pregnant or breast feed during the study.

21. Received an active investigational drug (including vaccines) other than a placebo agent or used an investigational medical device within 12 weeks prior to Randomization (Visit 3).

22. Patients who are unlikely to comply with the study protocol or who, in the opinion of the Investigator, are unsuitable candidates for participation in the study.

## 4.3    Excluded Medications

Patients using the following medications will be excluded from entry into the study

- Investigational agents other than VPI-2690B Injection

- Direct renin inhibitors, if also on stable dose of an ACE-I or ARB, within 3 months of the Screening Visit and for the course of the study;

- Prescription NSAIDs

- Use of the following SCr altering drugs within 1 month prior to Screening (Visit 1) and for the duration of the study:

    – Trimethoprim,

SUBJECT TO PROTECTIVE ORDER

VPI-013889
GOV_03105132

- Cimetidine,

- Probenecid,

- Aminoglycosides,

- Amphotericin,

- Ketoconazole (systemic)

- Clofibrate;

- Radiocontrast material

- Use of systemic immunosuppression therapy (except for inhalant steroids) for >2 weeks prior to Screening (Visit 1).

Aldosterone antagonists and SGLT 2 inhibitors are allowed alone or in combination with ACE-I or ARB, if stable for at least 3 months prior to Screening (Visit 1).

If a medical need arises during the course of the study that the use of any of these excluded medications is deemed necessary, the Investigator should contact the Sponsor's Medical Monitor to determine whether study drug should be stopped.  Use of common herbal/nutritional supplements will be reviewed by the Investigator prior to enrollment.  Supplements deemed appropriate by the Investigator should remain unchanged during the study.

## 4.4    Screen Failures

Patients who do not meet all inclusion criteria or who meet an exclusion criterion based on a physical or laboratory measurement (e.g., BP, liver enzymes) may, at the discretion of the Investigator, be rescreened after appropriate clinical management.  Generally, a patient may only be rescreened once, but an additional rescreening may be allowed with concurrence of the Sponsor's Medical Monitor.

## 4.5    Patient Identification and Registration

Patients who are candidates for screening into the study will be evaluated for eligibility by the Investigator to ensure that the inclusion and exclusion criteria (Section 4.1 and Section 4.2) have been satisfied.  The Investigator or the Investigator's research staff will register the patient; after a patient number has been assigned, it cannot be used again.

## 4.6    Blood Pressure Management

If during the course of the study, changes in the anti-hypertensive regimen are needed in order to maintain stable blood pressure, medications other than RAAS inhibitors should be used.

Gov't Ex. 92
Page 36 of 90

SUBJECT TO PROTECTIVE ORDER

VPI-013890
GOV_03105133

Protocol No. VPI-CLIN-201-AD
Version 5.0, Version Date: 12 October 2015

VPI-2690B Injection
Vascular Pharmaceuticals, Inc.

## 4.7    Patient Treatment Guidelines

Each Investigator should strive to ensure that stable, optimal medical care for diabetes is provided to the patient during the course of the study. Changes to anti-diabetic medications should not be made during the first 12 weeks after randomization, except for insulin adjustments, and unless medically necessary.

Before randomization and throughout the study, Investigators will be expected to manage the patient's diet, exercise and other medication regimens so as to provide medical care for controlling Stage 2 or 3 CKD and CV risk factors (e.g., HbA1c, lipid levels, BP) based upon standard guidelines for the care of patients with diabetes and Stage 2 or 3 CKD.

---

CONFIDENTIAL

Gov't Ex. 92
Page 37 of 90

SUBJECT TO PROTECTIVE ORDER

VPI-013891
GOV_03105134

# 5 STUDY DRUG, RANDOMIZATION, BLINDING, AND CONCOMITANT MEDICATIONS

## 5.1 Study Drug

### 5.1.1 Description of Study Drug

VPI-2690B Injection consists of drug substance filled into Type I glass vials. The product contains 30 mg/mL of VPI-2690B in 20 mM histidine -histidine hydrochloride / 250 mM sorbitol buffer at a pH of 6.0. VPI-2690B Injection, 30 mg/mL, is supplied as a single-dose vial (2 mL 13 mm clear USP Type I borosilicate glass vials) with a 1 mL fill (deliverable volume).

A matching placebo is also provided.

### 5.1.2 Study Drug Supply

VPI-2690B Injection and matching placebo (study drug) will be supplied by the Sponsor (or designee) and distributed to the clinical sites from central storage facilities.

### 5.1.3 Storage, Handling and Accountability of Study Drug

All study drug should be stored in a monitored chamber (freezer) set to -20°C upon receipt at the clinical site. Stability studies are ongoing, and the shelf life will be updated as additional data become available. Additional instructions regarding handling and storage, including after study drug is dispensed to the patient, will be provided in the Study Drug Administration Manual.

The Investigator or pharmacy will inventory and acknowledge receipt of all shipments of study drug and keep accurate records of the quantities of study drug dispensed. Study drug must be kept in a locked area with restricted access. The study monitor will periodically check the study drug supplies held by the Investigator or pharmacist to verify accountability of all study drug used. Used vials may be destroyed at the clinical site, per local procedures, following completion of accountability by the study monitor. At the conclusion of the study, all unused study drug will be destroyed or returned to the Sponsor (or designee). The study monitor will verify that a final report of drug accountability is prepared and maintained in the Investigator's study file.

### 5.1.4 Preparation and Administration of Study Drug

Thawed study drug should be drawn into 1 mL syringes and administered by subcutaneous injection. Initially, all patients will receive 2 separate injections, 0.2 mL and 0.6 mL, to maintain the blind. After approval of the fourth amendment to the protocol, all patients will receive 2 separate injections, 1.0 mL and 0.6 mL, to maintain the blind.

SUBJECT TO PROTECTIVE ORDER

VPI-013892
GOV_03105135

Unless the Investigator determines that the patient may not reliably self-administer study drug, patients will be trained on the appropriate handling and administration of study drug. Patients who do not self-administer study drug will either return to the clinic or a designee will conduct a home visit to perform dosing. The injection should be administered subcutaneously, on alternating sides, in the abdomen.

Detailed instructions for preparation and administration of the study drug will be supplied in the Study Drug Administration Manual.

### 5.1.5 Dosing Instructions and Schedule

Initially, depending on the assigned treatment, the study drug regimen was as follows

- 6 mg VPI-2690B Injection (0.2 mL active and 0.6 mL placebo), administered subcutaneously at Day 0, Week 1 and once every 2 weeks from Week 2 through Week 48

- 18 mg VPI-2690B Injection (0.2 mL placebo and 0.6 mL active), administered subcutaneously at Day 0, Week 1, and once every 2 weeks from Week 2 through Week 48

- Placebo vehicle (0.2 mL placebo and 0.6 mL placebo, to maintain the blind), administered subcutaneously at Day 0, Week 1 and once every 2 weeks from Week 2 through Week 48

After approval of the fourth amendment to the protocol, all patients assigned to receive 6 mg VPI-2690B, at that point, will receive 48 mg for the duration of their treatment. The amended study drug regimen will be as follows

- 18 mg VPI-2690B Injection (1.0 mL placebo and 0.6 mL active), administered subcutaneously at Day 0, Week 1 and once every 2 weeks from Week 2 through Week 48

- 48 mg VPI-2690B Injection (1.0 mL active and 0.6 mL active), administered subcutaneously at Day 0, Week 1, and once every 2 weeks from Week 2 through Week 48

- Placebo vehicle (1.0 mL placebo and 0.6 mL placebo, to maintain the blind), administered subcutaneously at Day 0, Week 1 and once every 2 weeks from Week 2 through Week 48

Study drug will be assigned to each patient during the 48-week blinded treatment period via a central, interactive web-based randomization system (IWRS).

## 5.2 Randomization

After confirmation of study eligibility, patients in Cohort A will be randomized to receive either 6 mg of VPI-2690B Injection, 18 mg of VPI-2690B Injection or placebo according to the Time and Events Schedule. Doses for patients enrolled in Cohort B will be determined based on the Cohort A interim analysis. Patients will be randomized in an equal proportion through use of an IWRS. No patient will be randomized into the study more than once. A covariate-adjusted

SUBJECT TO PROTECTIVE ORDER

VPI-013893
GOV_03105136

randomization will be used to attempt to maintain balance between treatment groups on the following baseline stratification factors  UACR ($\geq$300 mg/g; $\geq$200 mg/g but <300 mg/g), eGFR (30-60 mL/min/1.73 m$^2$, inclusive; >60 mL/min/1.73 m$^2$) and whether the patient is taking an SGLT2 inhibitor.

## 5.3    Study Blinding and Unblinding

Individual treatment assignments will be blinded to the Sponsor, Investigator, study personnel and study patients throughout the study.  All individuals directly involved in the conduct of the study, including the data management personnel, site monitoring staff and Investigators, will remain blinded throughout the study.  Investigators will only be informed about the decision to continue or to discontinue the trial, or to implement modifications to trial procedures.

At all times, study personnel will attempt to safeguard the integrity of the blinding in order to minimize bias in the conduct of the study.  With the exception of the Oversight Committees specified in Section 3.2, breaking of the blind should not occur except in the case of a medical emergency and should occur after discussion with the Sponsor's Medical Monitor.  In such a case, the Investigator may access this information by contacting the Sponsor or its designee.  If the blind is broken for an individual patient, the blinding should be preserved for the remainder of the patients throughout the duration of the study.  In such a case, study personnel may be notified of that individual patient's treatment assignment without jeopardizing study blinding for the study.

## 5.4    Concomitant and Prohibited Medication

During the study, patients may receive medications deemed necessary to treat underlying and/or intercurrent diseases and illnesses.

All medications in addition to the study drug (including vitamin preparations) that are taken by the patient during the Screening Period or at any time during the study must be documented in the EDC.

Unless medically necessary, no changes should be made in a patient's AHA regimen for at least the first 24 weeks of the study.  During the course of the study, the dose or dose regimen of the ACE-I or ARB agent should not be altered unless considered medically necessary.  If the patient is receiving an ACE-I or ARB agent, direct renin inhibitors are prohibited.  If it is determined that further anti-hypertensive therapy is needed during the study, a drug with a non-RAAS mechanism should be used.

Prescription nonsteroidal anti-inflammatory inhibitors (NSAIDs including cyclooxygenase--2 inhibitors) should not be used during the study.  Over-the-counter (OTC) NSAIDs may be used through the course of the study, as long as the dose and dose regimen remains reasonably constant.  The dose and dose interval of OTC NSAIDs should be stable for at least 2 weeks prior

SUBJECT TO PROTECTIVE ORDER

VPI-013894
GOV_03105137

to Screening Visit 2.  <u>Similarly, patients should be counseled to avoid as needed (PRN) OTC NSAIDs</u>.  If at any time during the course of the study, therapy with any of the above medications needs to be changed or discontinued, the Investigator should contact the Sponsor's Medical Monitor.

SUBJECT TO PROTECTIVE ORDER

VPI-013895
GOV_03105138

Protocol No. VPI-CLIN-201-AD                                    VPI-2690B Injection
Version 5.0, Version Date: 12 October 2015            Vascular Pharmaceuticals, Inc.

# 6  STUDY VISITS AND ASSESSMENTS

The Schedule of Study Assessments is presented in Appendix 1 and Appendix 2.

## 6.1  Screening Period (Up to 60 Days Prior to Randomization)

The Screening Period may begin up to 60 days prior to Randomization and will be conducted in 2 parts.  An initial screening to assess albuminuria may be performed via a urine dipstick measurement; if this criterion is met, the initial screening will continue with blood pressure measurement; BMI assessment and review of non-laboratory based inclusion/exclusion.  After a urine collection and confirmation of the UACR eligibility criterion, as assessed by the central laboratory, a second screening visit will be performed to complete screening procedures.

**Figure 1     Screening Flow Chart**



Note: Up to 25% of patients with UACR 200-300 mg/g will be enrolled.

---

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 92
Page 42 of 90

VPI-013896
GOV_03105139

## 6.2   Visit 1 (Initial Screening)

The informed consent form is to be signed before any screening assessments are performed. Perform and document the following procedures at the Initial Screening Visit (Visit 1)

- Obtain written informed consent for Initial Screening.

- Measure albuminuria by urine dipstick; if the urine dipstick result is ≥1+, continue with Visit 1 screening assessments. However, if in the investigator's judgment, a patient is likely to have UACR in the qualifying range based on reasonably recent assessments, e.g. 1 to 2 months, the urine dipstick value of ≥1+ for protein may not be required at Visit 1.

- Record BP, demographics, height, weight, and calculate BMI.  A total of 3 BP measurements will be performed in each arm. All subsequent blood pressure measurements will be performed using the arm with the highest recorded systolic blood pressure.

- Optional assessment of HbA1c may also be performed.

- Confirm inclusion/exclusion criteria (which do not require laboratory assessments).

- If patient meets the initial screening assessments, instruct patients on collection of first morning void urine specimens and dispense the 3-day urine collection kit.

- Enter the screening information in the EDC.

## 6.3   Urine Drop-off

Patients will collect first morning urine specimens on 3 consecutive or non-consecutive days and return the samples to the clinic.  The clinic will send the samples to the central laboratory for analysis.  If the UACR result meets the eligibility criteria, schedule Visit 2.

## 6.4   Visit 2 (Screening)

Following confirmation that the patient has met the initial screening assessments, perform and document the following procedures at (Visit 2)

- Obtain written informed consent for full study (after Initial Screening).

- Confirm inclusion/exclusion criteria.

- Collect past medical history, including exercise.

- Record BP. A total of 3 BP measurements will be performed.

- Record medications.

- Perform complete physical examination.

- Perform 12-lead ECG.

- Draw blood for the following laboratory tests:
  - Clinical chemistry panel
  - Hematology

SUBJECT TO PROTECTIVE ORDER

VPI-013897
GOV_03105140

- o Infectious disease (HIV, hepatitis B, hepatitis C)
- o Cystatin C (for eGFR calculation by central laboratory)
- o HbA1c
- o Pregnancy test (for women of childbearing potential [WOCP] only)
- Obtain urine sample for urinalysis.
- Instruct patients on collection of the first morning void urine specimens and dispense the urine collection kit.
- Determine eligibility for study.

## 6.5    Visit 3 (Day 0 – Randomization    Dose 1 [Up to 60 days after Visit 1])

Up to 60 days after Visit 1, eligible patients will return to the clinic for randomization and administration of study drug.  Patients who are not randomized within 60 days of Visit 1 will need to repeat Visit 2 prior to randomization.

Perform and document the following procedures at Visit 3

- Confirm inclusion/exclusion criteria (eligibility for study).
- Record medications taken since the last visit.
- Record body weight.
- Perform abbreviated physical examination prior to dosing and approximately 2 hours after dosing.  An abbreviated physical examination will include vital signs (HR, BP, RR and body temperature), auscultation of heart and lungs, and assessment of peripheral pulses. A total of 3 BP measurements will be performed.
  - o Note: the vital signs obtained 2 hours after dosing may include only a single blood pressure measurement
- Perform a 12-lead ECG prior to dosing <u>only if</u> the screening ECG was performed more than 2 weeks prior to Visit 3.
- Draw blood pre-dosing for the following laboratory tests:
  - o Clinical chemistry panel
  - o Hematology
  - o Lipid profile
  - o Cystatin C (for eGFR calculation by central laboratory)
  - o Bone markers (CTx and PINP)
  - o PK analysis and ADA samples
  - o PT and PTT

SUBJECT TO PROTECTIVE ORDER

VPI-013898
GOV_03105141

- Collect and store plasma, serum and urinary samples for exploratory biomarker analysis.
- Perform urine pregnancy test prior to dosing (WOCBP only).
- Collect first morning void urine specimen for UACR and nephrin.
- Randomize and administer assigned study drug.
- Record all AEs.

Patients in Cohort A will remain at the investigational site at least 2 hours after dosing for safety monitoring.

## 6.6    Visit 4 (Week 1 ± 3 Days After Visit 3/Dose 1])

One week (" 3 days) after Visit 3, patients will return to the clinic.

Perform and document the following procedures at Visit 4

- Record medications taken since the last visit.
- Record BP. A total of 3 blood pressure measurements will be performed.
- Train patient on proper administration of drug and observe patient self-administer assigned study drug.
- Record all AEs.

Patients in Cohort A will remain at the investigational site at least 2 hours after dosing for safety monitoring. Patient will remain at site for observation only, with physical assessments (including vital signs) performed as judged necessary by the Investigator.

## 6.7    Visit 5 (Week 2 ± 3 Days)

Two weeks (" 3 days) after administration of study drug dose 1, patients will return to the clinic.

Perform and document the following procedures at Visit 5

- Record medications taken since the previous visit.
- Perform abbreviated physical examination prior to dosing. An abbreviated physical examination will include vital signs (HR, BP, RR and body temperature), auscultation of heart and lungs, and assessment of peripheral pulses.  A total of 3 blood pressure measurements will be performed.
- Draw blood for the following laboratory tests:
  o   Clinical chemistry panel
- Dispense container for first morning void urine specimen collection for UACR.
- Remind patients to collect 3 first morning void urine specimens prior to the next visit and bring to the study clinic.

SUBJECT TO PROTECTIVE ORDER

VPI-013899
GOV_03105142

- Train patient on proper administration of drug and observe patient self-administer assigned study drug.

- Record all AEs.

## 6.8    Visit 6 (Week 4 ± 3 Days)

Four weeks (" 3 days) after administration of study drug dose 1, patients will return to the clinic.

Perform and document the following procedures at Visit 6

- Record medications taken since the previous visit.

- Record BP. A total of 3 blood pressure measurements will be performed.

- Draw blood for the following laboratory tests:
  - Clinical chemistry panel
  - Hematology

- Collect first morning void urine specimens for UACR and nephrin.

- Dispense container for first morning void urine specimen collection for UACR.

- Remind patients to collect 3 first morning void urine specimens prior to the next visit and bring to the study clinic.

- Dispense assigned study drug (for take-home administration, to be administered at Week 6).

- Train patient on proper administration of drug and observe patient self-administer assigned study drug.

- Record all AEs.

## 6.9    Visit 7 (Week 8 ± 3 Days)

Eight weeks (" 3 days) after administration of study drug dose 1, patients will return to the clinic.

Perform and document the following procedures at Visit 7

- Record medications taken since the previous visit.

- Record BP. A total of 3 blood pressure measurements will be performed.

- Draw blood for the following laboratory tests:
  - Clinical chemistry panel

- Collect first morning void urine specimens for UACR.

- Dispense container for first morning void urine specimen collection for UACR.

SUBJECT TO PROTECTIVE ORDER

VPI-013900
GOV_03105143

- Remind patients to collect 3 first morning void urine specimens prior to the next visit and bring to the study clinic.
- Observe patient self-administer assigned study drug.
- Record all AEs.

## 6.10   Visit 8 (Week 10 ± 3 Days)

Ten weeks (" 3 days) after administration of study drug dose 1, patients will return to the clinic.

Perform and document the following procedures at Visit 8

- Record medications taken since the previous visit.
- Record BP. A total of 3 blood pressure measurements will be performed.
- Collect first morning void urine specimens for UACR.
- Dispense container for first morning void urine specimen collection for UACR.
- Remind patients to collect 3 first morning void urine specimens prior to the next visit and bring to the study clinic.
- Observe patient self-administer assigned study drug.
- Record all AEs.

## 6.11   Visit 9 (Week 12 ± 3 Days)

Twelve weeks (" 3 days) after administration of study drug dose 1, patients will return to the clinic.

Perform and document the following procedures at Visit 9

- Record medications taken since the previous visit.
- Record body weight.
- Perform abbreviated physical examination. An abbreviated physical examination will include vital signs (HR, BP, RR and body temperature), auscultation of heart and lungs, and assessment of peripheral pulses.  A total of 3 blood pressure measurements will be performed.
- Draw blood for the following laboratory tests:
  - Clinical chemistry panel
  - Hematology
  - Lipid profile
  - Cystatin C (for eGFR calculation by central laboratory)
  - HbA1c
  - Bone markers (CTx and PINP)

SUBJECT TO PROTECTIVE ORDER

VPI-013901
GOV_03105144

    o  PK analysis and ADA samples

- Collect and store plasma, serum and urinary samples for exploratory biomarker analysis.
- Obtain urine sample for urinalysis.
- Collect first morning void urine specimens for UACR and nephrin.
- Dispense assigned study drug (for take-home administration, to be administered at Week 14).
- Observe patient self-administer assigned study drug.
- Record all AEs.

## 6.12   Visit 10 (Week 16 ± 3 Days)

Sixteen weeks (" 3 days) after administration of study drug dose 1, patients will return to the clinic.

Perform and document the following procedures at Visit 10

- Record medications taken since the previous visit.
- Record BP. A total of 3 blood pressure measurements will be performed.
- Dispense container for first morning void urine specimen collection for UACR.
- Remind patients to collect 3 first morning void urine specimens prior to the next visit and bring to the study clinic.
- Dispense assigned study drug (for take-home administration, to be administered at Week 18 and Week 20).
- Observe patient self-administer assigned study drug.
- Record all AEs.

## 6.13   Visit 11 (Week 22 ± 3 Days)

Twenty-two weeks (" 3 days) after administration of study drug dose 1, patients will return to the clinic.

Perform and document the following procedures at Visit 11

- Record medications taken since the previous visit.
- Collect first morning void urine specimens for UACR.
- Dispense container for first morning void urine specimen collection for UACR.
- Remind patients to collect 3 first morning void urine specimens prior to the next visit and bring to the study clinic.
- Observe patient self-administer assigned study drug.
- Record all AEs.

SUBJECT TO PROTECTIVE ORDER

VPI-013902
GOV_03105145

## 6.14   Visit 12 (Week 24 ± 4 Days)

Twenty-four weeks (" 4 days) after administration of study drug dose 1, patients will return to the clinic.

Perform and document the following procedures at Visit 12

- Record medications taken since the previous visit.
- Record body weight.
- Perform complete physical examination. A total of 3 blood pressure measurements will be performed.
- Draw blood for the following laboratory tests:
  - o   Clinical chemistry panel
  - o   Hematology
  - o   Lipid profile
  - o   Cystatin C (for eGFR calculation by central laboratory)
  - o   HbA1c
  - o   Bone markers (CTx and PINP)
  - o   PK analysis and ADA samples
- Collect and store plasma, serum and urinary samples for exploratory biomarker analysis.
- Obtain urine sample for urinalysis.
- Collect first morning void urine specimens for UACR and nephrin.
- Dispense assigned study drug (for take-home administration, to be administered at Week 26 and Week 28).
- Observe patient self-administer assigned study drug.
- Record all AEs.

## 6.15   Visit 13 (Week 30 ± 5 Days)

Thirty weeks (" 5 days) after administration of study drug dose 1, patients will return to the clinic.

Perform and document the following procedures at Visit 13

- Record medications taken since the previous visit.
- Dispense container for first morning void urine specimen collection for UACR.
- Remind patients to collect 3 first morning void urine specimens prior to the next visit and bring to the study clinic.

SUBJECT TO PROTECTIVE ORDER

VPI-013903
GOV_03105146

- Dispense assigned study drug (for take-home administration, to be administered at Week 32 and Week 34).

- Observe patient self-administer assigned study drug.

- Record all AEs.

## 6.16   Visit 14 (Week 36 ± 5 Days)

Thirty-six weeks (" 5 days) after administration of study drug dose 1, patients will return to the clinic.

Perform and document the following procedures at Visit 14

- Record medications taken since the previous visit.

- Perform abbreviated physical examination. An abbreviated physical examination will include vital signs (HR, BP, RR and body temperature), auscultation of heart and lungs, and assessment of peripheral pulses.  A total of 3 blood pressure measurements will be performed.

- Draw blood for the following laboratory tests:
  - Clinical chemistry panel
  - Hematology
  - Cystatin C (for eGFR calculation by central laboratory)
  - PK analysis and ADA samples

- Collect first morning void urine specimens for UACR and nephrin.

- Dispense assigned study drug (for take-home administration, to be administered at Week 38 and Week 40).

- Observe patient self-administer assigned study drug.

- Record all AEs.

## 6.17   Visit 15 (Week 42 ± 5 Days)

Forty-two weeks (" 5 days) after administration of study drug dose 1, patients will return to the clinic.

Perform and document the following procedures at Visit 15

- Record medications taken since the previous visit.

- Dispense container for first morning void urine specimen collection for UACR.

- Remind patients to collect 3 first morning void urine specimens prior to the next visit and bring to the study clinic.

SUBJECT TO PROTECTIVE ORDER

VPI-013904
GOV_03105147

- Dispense assigned study drug (for take-home administration, to be administered at Week 44 and Week 46).
- Observe patient self-administer assigned study drug.
- Record all AEs.

## 6.18   Visit 16 (Week 48 ± 5 Days)

Forty-eight weeks (" 5 days) after administration of study drug dose 1, patients will return to the clinic.

Perform and document the following procedures at Visit 16

- Record medications taken since the previous visit.
- Record BP. A total of 3 blood pressure measurements will be performed.
- Dispense container for first morning void urine specimen collection for UACR.
- Remind patients to collect 3 first morning void urine specimens prior to the next visit and bring to the study clinic.
- Collect first morning void urine specimens for UACR.
- Observe patient self-administer assigned study drug.
- Record all AEs.

## 6.19   Visit 17 (End of Study/Early Termination, Week 50 ± 5 Days)

Fifty weeks (" 5 days) after administration of study drug dose 1, patients will return to the clinic for a final end of study evaluation.  Any patient who prematurely discontinues the study for any reason will be instructed to return to the clinic and all procedures to be performed at the final end of study visit should be performed at this time.

Patients who discontinue the study prematurely due to an AE will be followed by the Investigator until the AE is resolved or until the medical condition of the patient becomes stable.

Perform and document the following procedures at Visit 17

- Record medications taken since the previous visit.
- Record body weight.
- Perform a complete physical examination. A total of 3 blood pressure measurements will be performed.
- Perform 12-lead ECG.
- Draw blood for the following laboratory tests:
  - o  Clinical chemistry panel

SUBJECT TO PROTECTIVE ORDER

VPI-013905
GOV_03105148

o   Hematology

o   Lipid profile

o   Cystatin C (for eGFR calculation by central laboratory)

o   HbA1c

o   Bone markers (CTx and PINP)

o   PK analysis and ADA samples

- Collect and store plasma, serum and urinary samples for exploratory biomarker analysis.

- Collect first morning void urine specimens for UACR and nephrin.

- Perform urine pregnancy test (WOCP only).

- Obtain urine sample for urinalysis.

- Dispense container for first morning void urine specimen collection for UACR.

- Remind patients to collect 3 first morning void urine specimens prior to the next visit and bring to the study clinic.

- Record all AEs.

## 6.20   Visit 18 (Follow-up, Week 54 ± 5 Days)

Fifty-four weeks (" 5 days) after administration of study drug dose 1, patients will return to the clinic for a follow-up visit.

Perform and document the following procedures at Visit 18

- Record medications taken since the previous visit.

- Record BP. A total of 3 blood pressure measurements will be performed.

- Draw blood for the following laboratory tests:

o   Clinical chemistry panel

o   Cystatin C (for eGFR calculation by central laboratory)

o   Bone markers (CTx and PINP)

o   PK and ADA samples

- Collect and store plasma, serum and urinary samples for exploratory biomarker analysis.

- Collect first morning void urine specimens for UACR and nephrin.

- Obtain urine sample for urinalysis.

- Record all AEs.

SUBJECT TO PROTECTIVE ORDER

VPI-013906
GOV_03105149

## 6.21   Unscheduled Visit

If an unscheduled visit occurs, the following procedures (minimally) will be performed.

- Record medications taken since the previous visit.
- Record BP and heart rate.
- Record all AEs.

Gov't Ex. 92
Page 53 of 90

SUBJECT TO PROTECTIVE ORDER

# 7    DESCRIPTION OF STUDY ASSESSMENTS

## 7.1    Medical History and Physical Examination

All ongoing conditions and relevant/significant medical history (including significant illnesses, diseases, surgeries, diabetic history and diabetic complications and physical examination findings prior to Screening) will be recorded at Visit 2.

Patient demographics and height will be recorded at Visit 1 only.  Physical examinations will be assessed at the times indicated in Appendix 1 and Appendix 2.  A complete physical assessment of the major body systems will be performed at Visit 2, Week 24 and Week 50.  All physical examinations will include a careful review for any bleeding (e.g., gum examination for bleeding and careful skin examination to note ecchymosis or petechiae).  An abbreviated physical examination will include vital signs (HR, BP, RR and body temperature), auscultation of heart and lungs, and assessment of peripheral pulses.  Physical examination findings will be recorded as either medical history (if prior to randomization) or an AE.

## 7.2    Blood Pressure Assessments

During visits when an abbreviated or complete physical examination is not performed, blood pressure will be assessed and recorded at the times indicated in Appendix 1 and Appendix 2. Blood pressure and heart rate will be assessed and recorded after the patient has been sitting quietly for at least 5 minutes and before any scheduled blood draws are performed.  At Visit 1, blood pressure will be measured a total of 3 times in each arm and recorded.  All subsequent blood pressure measurements will be performed using the arm with the highest recorded systolic blood pressure.  At Visit 2 and all subsequent visits requiring a blood pressure assessment, pre-dosing, a total of 3 blood pressure measurements will be performed and the average of the 3 recorded.  At Visit 3 the blood pressure measurement completed 2 hours after dosing may contain only one measurement. All measures of blood pressure will be performed using standard methods.  If possible, the same instruments should be used for all assessments.

## 7.3    Clinical Laboratory Assessments

Blood samples will be drawn for clinical laboratory evaluations at the times indicated in Appendix 1 and Appendix 2; all laboratory tests will be analyzed at a designated laboratory (with the exception of urine pregnancy tests and the optional Screening Visit 1 HbA1c assessment, which may be conducted locally.  All blood draws should be performed prior to dosing.  Only values from the designated laboratory(ies) will be retained for the database and reporting. Additional blood samples may be drawn and additional laboratory tests performed and analyzed if a patient is observed to have clinically relevant abnormal values at any time during the course of the study.

SUBJECT TO PROTECTIVE ORDER

VPI-013908
GOV_03105151

The chemistry panel will include albumin, alkaline phosphatase, bicarbonate, bilirubin (direct, indirect     total), BUN, calcium, chloride, creatinine, glucose, phosphorous, potassium, sodium and total protein, ALT [SGPT], AST[SGOT], LDH, GGT, and CPK.

The hematology panel will include hematocrit, hemoglobin, platelet count, red blood cells (RBC) [count, indices and morphology], white blood cells (WBC) count and WBC differential.  PT and PTT will be tested at Day 0.  HbA1c will be tested at Visit 2, Week 12, Week 24 and Week 50.

Lipids (total cholesterol, LDL, HDL, and triglycerides) will be assessed at Day 0, Week 12, Week 24 and Week 50.

Serum cystatin C will be measured at Day 0, Week 12, Week 24, Week 36, and Week 50.

Blood will be drawn for PK analysis at Day 0, Week 12, Week 24, Week 36, Week 50 and Week 54.  Primary and back-up serum samples will be stored at -20°C. For a subset of patients, additional analyses of PK and exploratory biomarkers of disease progression may be evaluated in archived serum and/or urine samples.

A urine dipstick will be used at Visit 1 (Screening) for albuminuria detection (unless patient has a known UACR likely to qualify; see Section 6.2).  A patient may proceed with screening based on a result of ≥1+.  To reduce the potential for a false-positive urine dipstick result, urine should not be tested for protein with the dipstick for at least 24 hours after a contrast study; with a highly alkaline urine (pH >8); in the presence of gross hematuria; or when antiseptics such as chlorhexidine or benzalkonium are used for clean-catch urine samples.

UACR testing will occur during Screening, at Day 0 (Visit 3), Week 4, Week 8, Week 10, Week 12, Week 22, Week 24, Week 36, Week 48, Week 50 and Week 54.  Baseline UACR will be the median from the urine specimens obtained at Visit 2 (Screening) and Visit 3 (Day 0).  The interim analysis UACR value at Week 12 will be the median from the urine specimens obtained at Week 10 and Week 12; the interim analysis UACR value at Week 24, if needed, will be the median from the urine specimens obtained at Week 22 and Week 24.  End-of study UACR will be the median from the specimens collected at Week 48 and 50.

For each time point that requires UACR testing, patients will be given a urine specimen collection kit on the preceding clinic visit with instructions to return to the clinic with three (3) first morning void samples, obtained on 3 separate days.  Patients will be instructed to collect the first morning void on either consecutive or non-consecutive days and store the urine collection samples in the refrigerator or in an ice chest prior to returning to the clinic.

Blood tests for infectious disease markers will be performed to determine the presence of HIV and hepatitis B and C at Screening (Visit 2).  Additionally, blood samples will be taken for measurement of biomarkers at the times indicated in Appendix 1 and Appendix 2.  A serum

---

SUBJECT TO PROTECTIVE ORDER

VPI-013909
GOV_03105152

pregnancy test will be performed at Visit 2 for WOCBP only. A urine pregnancy test will be performed at the other specified visits for WOCBP only.

Testing for ADAs to VPI-2690B Injection will be performed at Day 0 (Visit 3), Week 12, Week 24, Week 36, Week 50 and Week 54.

Testing for specific bone markers (CTx and PINP) will be performed at Day 0 (Visit 3), Week 12, Week 24, Week 50 and Week 54.

Urinalysis will be performed at Screening (Visit 2), Week 12, Week 24, Week 50 and Week 54. The qualitative urinalysis will include appearance, bilirubin, blood, glucose, ketones, occult blood, pH, protein, specific gravity, urine color and urobilinogen. In case of abnormal urinalysis results, a microscopic examination of the urine sediment will be performed by the central laboratory.

Testing for urinary nephrin will be performed at the time points specified in Appendix 1 and Appendix 2.

In the event that clinically relevant abnormal laboratory values without an appropriate clinical correlate are observed, the tests will be repeated and followed up until they have returned to normal levels, or a satisfactory scientific explanation is provided and agreed (by the Investigator and Sponsor).

## 7.4    Exploratory Biomarkers

A set of plasma, serum and urine samples will be collected (where local regulations permit) at the time points specified in Appendix 1 and Appendix 2 for the following

- Exploratory analysis that may be done to provide insight in to the actions of VPI-2690B Injection or assist in understanding of adverse events possibly associated with the compound. Samples may also be used for future exploratory research to improve understanding of the pathophysiology of diabetes, diabetic nephropathy, or to assess other pharmacodynamic effects of VPI-2690B Injection and

- To develop biomarkers that may provide further understanding regarding the risk of development of diabetes-related complications.

## 7.5    Electrocardiogram

A 12-lead ECG will be performed at the times indicated in Appendix 1 and Appendix 2.

12-lead ECGs will be performed after the patient has rested quietly for at least 5 minutes in a supine position. The ECG collected prior to first day of dosing will serve as that patient's

SUBJECT TO PROTECTIVE ORDER

VPI-013910
GOV_03105153

baseline for use in ongoing safety assessments. When the timing of the measurement coincides with a blood collection, the ECG should be obtained prior to blood collection.

In some cases, it may be appropriate to repeat abnormal ECGs to rule out improper lead placement as contributing to the ECG abnormality. It is important that leads are placed in the same positions each time for consistency.

The original ECG tracing will be maintained at the site and a duplicate original provided to the Sponsor, if requested. The ECG will be labeled with the following   patient number, patient initials, protocol number, and date recorded. In addition, the Investigator is required to sign and date the ECG after reviewing the results. Any clinically relevant ECG findings will be captured in the EDC. Any clinically relevant changes since the Randomization Visit will be captured as an AE in the EDC.

SUBJECT TO PROTECTIVE ORDER

VPI-013911
GOV_03105154

# 8    PROTOCOL DEVIATIONS

This study will be conducted as described in this protocol except for emergency situations in which the protection, safety, and well-being of the patient requires immediate intervention based upon the judgment of the Investigator (or a responsible, appropriately trained and credentialed professional(s) designated by the Investigator).  In the event of any deviation from the protocol, the Investigator or a designee must promptly notify the Sponsor and/or designee.

Sites are responsible for abiding by their IRB/EC rules and regulations for reporting protocol deviations.  Additionally, the following important protocol deviations will be reported in the EDC

- Patient did not meet study eligibility criteria

- Patient did not receive the correct treatment assignment

- Patient received the wrong amount of a dose of Study Drug (i.e., difference $\geq \pm 20\%$ of assigned dose)

SUBJECT TO PROTECTIVE ORDER

VPI-013912
GOV_03105155

# 9   ADVERSE EVENTS AND TOXICITY MANAGEMENT

Adverse events will be collected after randomization through completion of the study.  The Investigator and clinical site personnel are responsible for assessing AEs observed during the study.  Each AE must be recorded in the EDC.  Information to be collected and reported includes severity of the AE, relationship to study drug, duration of the AE, the treatment the patient is receiving at the time of the AE and the outcome of the AE.  Regardless of the relationship to study drug, the AE must be recorded in the EDC system.  The Investigator should attempt, if possible, to establish a diagnosis.  For any AE which remains unresolved after completion of the study, the Investigator is responsible for following the AE to resolution or until a reasonable explanation for its persistence is found.  All Major Adverse Cardiovascular Events (MACE) will be collected, and the source documentation surrounding the event will be provided to the Sponsor.

## 9.1   Definitions

### 9.1.1   Definition of an Adverse Event

An AE is any untoward medical occurrence associated with the use of a drug in humans, whether or not considered drug related.  Therefore, an AE can be any unfavorable and unintended sign, symptom, or disease temporally associated with the use of a study treatment, whether or not considered related to the study treatment.  Any pre-existing condition that increases in severity, or changes in nature during or as a consequence of the study treatment phase of a human clinical trial, will also be considered an AE.  AEs may also include the following

- Pre- or post-treatment complications that occur as a result of a protocol-associated procedure (e.g., invasive procedures such as venipuncture, biopsy) during or after randomization (before the administration of study treatment)

- Sequelae of overdose or drug abuse/misuse

- Any pre-existing condition that increases in severity or changes in nature during or as a consequence of the study treatment phase of this clinical study.

All AEs that occur from the time of randomization and throughout the duration of the study should be recorded as an AE.  For Post-Study Reporting Requirements, see Section 9.4.3.

An AE does not include the following

- Medical or surgical procedures (e.g., surgery, endoscopy, tooth extraction, transfusion) performed; the condition that leads to the procedure is an AE.

- Pre-existing diseases or conditions or laboratory abnormalities present or detected before Visit 3 (Randomization) that do not worsen.

SUBJECT TO PROTECTIVE ORDER

VPI-013913
GOV_03105156

- Situations where an untoward medical occurrence has not occurred (e.g., hospitalization for elective surgery, social and/or convenience admissions).

- Overdose without clinical sequelae; however, all overdoses, asymptomatic and symptomatic, must be reported using the overdose form.

- Any medical condition or clinically significant laboratory abnormality with an onset date before Visit 3 (Randomization) and not related to a protocol-associated procedure is not an AE; it is considered to be pre-existing and should be documented in the Medical History EDC. Anticipated day-to-day fluctuations of pre-existing conditions that do not represent a clinically significant exacerbation or worsening need not be considered AEs.

### 9.1.2 Definition of a Suspected Adverse Reaction

Any AE for with a reasonable possibility that the study drug caused the AE is considered a suspected adverse reaction. For the purposes of IND safety reporting, 'reasonable possibility' means there is evidence to suggest a causal relationship between the drug and the AE. A suspected adverse reaction implies a lesser degree of certainty about causality than adverse reaction, which means any adverse event caused by a drug.

The following examples are the types of evidence that would suggest a causal relationship between the drug and the AE and would justify the consideration of an event as a suspected adverse reaction

- A single occurrence of an event that is uncommon and known to be strongly associated with drug exposure (e.g., angioedema, hepatic injury, Stevens-Johnson Syndrome)

- One or more occurrences of an event that is not commonly associated with drug exposure, but is otherwise uncommon in the population exposed to the drug (e.g., tendon rupture)

- An aggregate analysis of specific events observed in a clinical trial (such as known consequences of the underlying disease or condition under investigation or other events that commonly occur in the study population independent of drug therapy) that indicates those events occur more frequently in the drug treatment group than in a concurrent or historical control group.

*Suspected adverse reactions* are the subset of all adverse events for which there is a reasonable possibility that the drug caused the event. Inherent in this definition, and in the requirement to report them, is the need to evaluate the available evidence and make a judgment about the likelihood that the drug actually caused the adverse event. FDA considers the definition of suspected adverse reaction and the application of the reasonable possibility causality standard to be consistent with the concepts and discussion about causality in the ICH E2A guidance. However, FDA notes there is a difference between this rule and the ICH E2A guidance with respect to who is responsible for making the causality judgment. The Sponsor is responsible for making the causality judgment for this rule, whereas the ICH E2A guidance recommends that the judgment be based on either the Investigator's or the Sponsor's opinion.

---

SUBJECT TO PROTECTIVE ORDER

VPI-013914
GOV_03105157

### 9.1.3    Definition of an Adverse Reaction

An adverse reaction means any AE caused by a drug. Adverse reactions are a subset of all suspected adverse reactions for which there is reason to conclude that the drug caused the event.

### 9.1.4    Definition of Unexpected Adverse Event or Unexpected Suspected Adverse Reaction

An AE or suspected adverse reaction is considered ≥unexpected" if it is not listed in the IB or is not listed at the specificity or severity that has been observed. For example, under this definition, hepatic necrosis would be unexpected (by virtue of greater severity) if the IB referred only to elevated hepatic enzymes or hepatitis. "Unexpected," as used in this definition, also refers to AEs or suspected adverse reactions that are mentioned in the IB as occurring with a class of drugs or as anticipated from the pharmacological properties of the drug, but are not specifically mentioned as occurring with the particular drug under investigation.

For example, although angioedema is anticipated to occur in some patients exposed to drugs in the ACE-I class and angioedema would be described in the IB as a class, the first case of angioedema observed with the drug under investigation should be considered unexpected for reporting purposes.

This definition relies entirely on a listing of the adverse events or suspected adverse reactions in the IB as the basis for determining if newly acquired information generated from clinical trials or reported from other sources is unexpected. The suspected adverse reactions listed in the IB (i.e., ≥expected") are those observed with the investigational drug and for which a causal relationship between the event and the drug is suspected or confirmed.

### 9.1.5    Definition of Serious Adverse Event or Serious Suspected Adverse Reaction

An AE or suspected adverse reaction is considered ≥serious" if, in the view of either the Investigator or the Sponsor it results in any of the following outcomes

- Death.

- Life-threatening situation (patient is at immediate risk of death).

- In-patient hospitalization (excluding those for study therapy or placement of an indwelling catheter, unless associated with other SAEs).

- Persistent or significant disability/incapacity.

- Congenital anomaly/birth defect in the offspring of a patient who received study drug.

- Important medical events that may not result in death, be life-threatening, or require hospitalization may be considered serious when, based upon appropriate medical judgment,

---

CONFIDENTIAL

Gov't Ex. 92
Page 61 of 90

SUBJECT TO PROTECTIVE ORDER

VPI-013915
GOV_03105158

they may jeopardize the patient and may require medical or surgical intervention to prevent one of the outcomes listed in this definition.  Examples of such events are as follows:

- Intensive treatment in an emergency room or at home for allergic bronchospasm.

- Blood dyscrasias or convulsions that do not result in hospitalization.

- Development of drug dependency or drug abuse.

This definition permits either the Sponsor or the Investigator to decide whether an event is serious.  The Investigator's perspective may be informed by having actually observed the event, while the Sponsor is likely to have broader knowledge of the drug and its effects to inform its evaluation of the significance of the event.  Because SAEs are critically important for the identification of significant safety problems, FDA believes taking into account both the Investigator's and the Sponsor's assessment is important.  Therefore, if either the Sponsor or Investigator believes that the event is serious, the event must be considered serious and evaluated by the Sponsor for expedited reporting.

### 9.1.6    Clarification of Serious Adverse Events

- Death is an outcome of an AE, and not an AE in itself.  In reports of death due to ≥Disease Progression," where no other information is provided, the death will be assumed to have resulted from progression of the disease being treated with the study treatment(s).

- All deaths, regardless of cause or relationship, must be reported for patients on study and for deaths occurring within 30 days of last study treatment or within 30 days of last study evaluation, whichever is longer.

- ≥Occurring at any dose" does not imply that the patient is receiving study treatment at the time of the event.  Dosing may have been given as treatment cycles or interrupted temporarily before the onset of the SAE; however, administration of study drug may have contributed to the event.

- An adverse event or suspected adverse reaction is considered ≥life-threatening" if, in the view of either the Investigator or Sponsor, its occurrence places the patient at immediate risk of death.  It does not include an adverse event or suspected adverse reaction that, had it occurred in a more severe form, might have caused death.  As with the definition of serious, the determination of whether an adverse event is life-threatening can be based on the opinion of either the Investigator or Sponsor. Thus, if either believes that it meets the definition of life-threatening, it must be considered life-threatening for reporting purposes.

- Complications that occur during hospitalizations are AEs.  If a complication prolongs the hospitalization, it is a SAE.

- ≥In-patient hospitalization" means the patient has been formally admitted to a hospital for medical reasons, for any length of time.  This may or may not be overnight.  It does not include presentation and care within an emergency department.

SUBJECT TO PROTECTIVE ORDER

VPI-013916
GOV_03105159

The Investigator should attempt to establish a diagnosis of the event on the basis of signs, symptoms, and/or other clinical information. In such cases, the diagnosis should be documented as the AE and/or SAE and not the individual signs/symptoms.

A distinction should be drawn between seriousness and severity of AEs. An AE that is assessed as severe should not be confused with a SAE. Severity is a category utilized for rating the intensity of an event, and both AEs and SAEs can be assessed as severe (see Section 9.2.2 for assessment of the intensity of an AE). An event is defined as "serious" when it meets one of the predefined outcomes described above.

## 9.2    Assessment of Adverse Events

All AEs will be assessed by the Investigator and recorded on the AE page in the EDC. The AE entry should indicate whether or not the AE was serious in nature (see Section 9.1.5 for definition of SAEs), the start date (AE onset), the stop date (date of AE resolution), whether or not the AE was related to a study procedure, the action taken with study drug due to the AE, the severity of the AE, and the outcome of the AE.

AEs already documented in the EDC (i.e., at a previous assessment) and designated as ≥ongoing" should be reviewed at subsequent visits as necessary. Upon resolution, the date and time (if applicable) of resolution should be recorded in the EDC. If an AE increases in frequency or severity during a study period, a new record of the event should be started.

AEs should be documented in terms of a medical diagnosis. When a medical diagnosis is not possible, the AE should be documented in terms of signs and/or symptoms observed by the Investigator or reported by the patient at each study visit.

For AEs associated with laboratory abnormalities, the AE should be graded on the basis of the clinical severity in the context of the underlying conditions. Collection of changes in laboratory values as AEs should be restricted to those considered clinically significant by the Investigator that result in a change, interruption, or discontinuation of study treatment, are considered a SAE, or require medical intervention or treatment. Laboratory values associated with clinical signs and symptoms should be reported as an AE based on the clinical signs and symptoms not as the laboratory value.

SUBJECT TO PROTECTIVE ORDER

VPI-013917
GOV_03105160

### 9.2.1    Assessment of Causality

The relationship to study drug should be assessed using clinical judgment and the following definitions

**Definitely Related**–The event follows a reasonable temporal sequence from administration of the drug; the event follows a known or expected response pattern to the study drug; the event is confirmed by improvement on stopping or reducing the dosage of the drug, and the reaction reappears on repeated exposure.

**Probably Related**–The event occurs within a reasonable time period following drug administration or follows a known response to the drug and cannot be reasonably explained by known patient characteristics (including use of concomitant medications).

**Possibly Related**–The event occurs within a reasonable time period following drug administration, but the causality of the event is either unknown or not reasonably supported by other factors.

**Unlikely Related**–It is unlikely that the event can be reasonably attributed to study drug.

**Unrelated**–The event cannot be reasonably attributed to the study drug.

It should be emphasized that ineffective treatment should not be considered as causally related in the context of AE reporting.

The relationship to study procedures (e.g., invasive procedures such as venipuncture) should be assessed using the following definitions

–  No: Evidence exists that the AE has an etiology other than the study procedure;

–  Yes: The AE occurred as a result of protocol-mandated procedures such as venipuncture.

### 9.2.2    Assessment of Intensity

Adverse events will be graded on a 3-point scale, and reported as indicated in the EDC. Maximum intensity should be assigned to one of the following categories

**Mild**   The AE does not interfere with routine activities.  The patient may experience slight discomfort.

**Moderate**   The AE interferes with routine activities.  The patient may experience significant discomfort.

**Severe**   The AE makes it impossible to perform routine activities.  The patient may experience intolerable discomfort or pain.

SUBJECT TO PROTECTIVE ORDER

VPI-013918
GOV_03105161

### 9.2.3    Study Specific Adverse Events

If a patients develop any unexplained signs, including but not limited to, the following fever, chills, hematuria, bleeding, skin rash, injection site edema, erythema, or pain, appropriate tests (e.g., laboratory tests, CT, X-rays, vascular ultrasound, ECG) will be obtained per the standard of care for the diagnosis and treatment of the condition.

During participation, study patients will report such unusual symptoms and be directed to their nearest emergency department, as needed.

## 9.3    Overdose

Any accidental or intentional overdose (any increase in frequency or dosage of study treatment that exceeds what is mandated by the protocol), misuse or abuse of study treatment, whether suspected or confirmed, and whether or not associated with an adverse experience, must be reported within 24 hours to the Sponsor or designee.

An overdose will be considered a SAE only if any of the seriousness criteria are met (Section 9.1.5). Any clinical sequelae in association with the overdose should be reported as an AE (as outlined in Section 9.2) or SAE (as outlined in Section 9.1.5) with the overdose. Details of signs or symptoms, clinical management, and outcome should be reported, if available.

## 9.4    Serious Adverse Event Reporting Requirements

### 9.4.1    All Serious Adverse Events

The Sponsor must be notified immediately (within 24 hours of the Investigator receiving notification of the event) regarding the occurrence of any SAE that occurs after the patient is randomized in the study. The procedures for reporting all SAEs, regardless of causal relationship, are as follows

- Record the SAE in the EDC and complete the ≥Serious Adverse Event Report" form.

- FAX the SAE form within 24 hours of the Investigator's knowledge of the event to:

- **1-877-284-0072**For fatal or life-threatening events, also provide copies of hospital case reports, autopsy reports, and other documents when requested and applicable. Any patient data sent to the Sponsor/designee must be made anonymous (while remaining traceable by the sender) before sending.

The Sponsor/designee may request additional information from the Investigator to ensure the timely completion of accurate safety reports.

The Investigator must take all therapeutic measures necessary for resolution of the SAE. Any medications necessary for treatment of the SAE must be recorded onto the concomitant medications section of the EDC.

SUBJECT TO PROTECTIVE ORDER

Follow-up of AEs/SAEs will continue through the last day on study and/or until the Investigator and/or Sponsor determine that the patient's condition is stable. The Sponsor may request that certain AEs/SAEs be followed until resolution.

### 9.4.2    Investigator and Sponsor Reporting Requirements for SAEs

An SAE may qualify for expedited reporting to regulatory authorities if it meets the definitions of the following three terms as described above

- Suspected adverse reaction
- Serious
- Unexpected

All Investigators participating in clinical studies of VPI-2690B Injection will receive a safety letter notifying them of relevant Suspected Unexpected Serious Adverse Reactions (SUSAR) reports. The Investigator should notify the Institutional Review Board (IRB) of SAEs in writing, as soon as is practical, in cases where this is required by local regulatory authorities, and in accordance with the local institutional policy.

### 9.4.3    Post-Study Reporting Requirements

All AEs and SAEs, including deaths, regardless of cause or relationship, must be reported for all patients on study. Any SAEs, regardless of cause or relationship, occurring within 30 days of last study treatment or within 30 days of last study evaluation, whichever is longer must also be reported. If the Investigator learns of an AE or SAE occurring after the last follow-up visit and the event is deemed by the Investigator to be related to the use of study treatment, he/she should promptly document and report the event to the Sponsor/designee.

## 9.5    Clinical Laboratory Abnormalities and Other Abnormal Assessments as Adverse Events

Laboratory abnormalities, unless deemed clinically significant, are usually not recorded as AEs or SAEs. However, laboratory abnormalities (e.g., clinical chemistry, hematology, and urinalysis) independent of the underlying medical condition that require medical or surgical intervention or lead to study treatment interruption or discontinuation must be recorded as an AE (or SAE, if applicable). In addition, laboratory or other abnormal assessments (e.g., ECG, vital signs) that are associated with signs and/or symptoms must be recorded as an AE or SAE if they meet the definition of an AE (or SAE) as described in Section 9.2 or Section 9.1.5). If the laboratory abnormality is part of a syndrome, record the syndrome or diagnosis.

If the changes are mild and in the opinion of the Investigator not clinically significant, the Investigator should continue to carefully monitor the values. Laboratory tests may be repeated, as clinically indicated, without prior approval by the Sponsor or specified designee.

SUBJECT TO PROTECTIVE ORDER

VPI-013920
GOV_03105163

Protocol No. VPI-CLIN-201-AD
Version 5.0, Version Date: 12 October 2015

VPI-2690B Injection
Vascular Pharmaceuticals, Inc.

## 10  STATISTICAL CONSIDERATIONS

### 10.1  Sample Size

Approximately 35 patients per treatment group will be enrolled in Cohort A in order to achieve a population of approximately 30 patients per group with observed UACR data at the Week 12 and, if needed, Week 24, or at a later timepoint, interim analysis, based on an anticipated 14 dropout rate.  The sample size of 30 patients per treatment group for Cohort A is based on the planned primary analysis of the primary efficacy endpoint, the percent change from baseline in UACR, with a Bonferroni adjustment for interim analyses at Week 12 and Week 24, or at a later timepoint, if needed.  The average log(UACR at time X/ UACR at Baseline), which is equivalent to $\log(1 + .01$ [percent change in UACR]), will be compared between the placebo patients and the pooled patients from both VPI-2690B treatment groups at each interim. The estimated standard deviation for the change from baseline in log(UACR) values is 0.76 and is based on estimates for this endpoint obtained from studies with other products in a similar patient population that have been weighted to include 25   of patients with microalbuminuria.  The following table summarizes the power for a range of treatment differences in this comparison at a 0.025 one-sided level for sample sizes of 30 or 35 patients per treatment group.

### Table 1          Power Calculations

| Difference Between Placebo and VPI-2690B for % Change in UACR | log(1+.01*%Difference) | Estimated Power | |
|---|---|---|---|
| | | 30 Placebo: 60 VPI-2690B | 35 Placebo: 70 VPI-2690B |
| -50 | -0.693 | 98.1 | 99.2 |
| -45 | -0.598 | 93.6 | 96.4 |
| -40 | -0.511 | 84.5 | 89.6 |
| -37 | -0.462 | 76.7 | 82.9 |
| -35 | -0.431 | 70.8 | 77.5 |

A blinded subset analysis of steady state drug levels of the first 24 patients randomized in Cohort A demonstrated that 3 out of 8 patients (approximately 37%) in the high dose group have not achieved the target drug levels of 1000 ng/mL. Assuming this frequency persists this will result in approximately 12 out of 35 patients in the high dose group failing to achieve target drug levels impacting the planned exposure – efficacy analyses. To compensate for the potential impact of having less than 35 evaluable patients in the high dose group there will be an increase in the sample size of Cohort A to enroll approximately 120 patients.

Once approximately 105 patients are randomized in Cohort A, an additional 15 patients will be enrolled. The additional patients enrolled in Cohort A will be randomized to placebo and high dose with a 1:2 ratio i.e. approximately 5 patients will be randomized into the placebo group and approximately 10 randomized into the high dose group. This will ultimately result in

---

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 92
Page 67 of 90

VPI-013921
GOV_03105164

approximately 40 patients in the placebo group, 35 in the low dose group and 45 in the high dose group in Cohort A.

The sample size for Cohort B of the study is based on providing an adequate number of patients to detect any safety signals and make meaningful safety comparisons, the analysis of the related percent change in UACR at Week 50 for patients in Cohorts A and B combined, and the analysis of the secondary efficacy endpoint, slope of eGFR decline. Success in this study requires statistical significance from Cohort A interim analyses and for Cohorts A and B combined at Week 50 so that the desired overall alpha level for the primary endpoint for Cohorts A and B combined at Week 50 is the usual 0.05 two-sided. Under the same analysis and variability assumptions, with 100 patients per group (combined from Cohort A and B) with UACR data at the end of the study, there is 90  power to detect a 26.1  change in UACR from baseline relative to placebo and 80  power to detect a 23.0  change.

For the secondary efficacy endpoint, an estimated standard deviation of 11.5 for the eGFR slope is assumed. In a pooled VPI-2690B group versus placebo comparison with n=100 per treatment group, 95  confidence intervals for the difference in treatments would exclude 0 if an observed 2.3 (or larger) unit difference in slopes of eGFR decline is observed.

Allowing for a possible overall dropout rate of 16  , at least 120 patients should be enrolled in each treatment group for Cohorts A and B combined. The overall sample size may be altered based on the variability observed at the interims in Cohort A for the similar percent change in UACR variables.

## 10.2   Methods of Analysis

### 10.2.1   Analysis Populations

The Safety Population will include all randomized patients who receive any dose of study drug. Safety analysis will be performed on the treatment actually received; patients who receive any VPI-2690B treatment will be included in the treatment group with the highest VPI-2690B dose received while only those who receive placebo at all times will be included in the placebo group. The Safety Population will be used to assess the safety profile for each of the treatments.

The Full Analysis Set (FAS) will include all patients in the Safety Population who have at least one post-baseline UACR measurement. All efficacy analyses will be performed using the randomized treatment. The FAS will be used to assess the efficacy endpoints for each of the treatments.

The Efficacy Population will include all patients in the FAS who do not have any major protocol violations that may affect the efficacy conclusions of the study; major protocol violations will be determined at a blinded data review. The primary and second efficacy endpoints will be

SUBJECT TO PROTECTIVE ORDER

VPI-013922
GOV_03105165

summarized separately for the Efficacy Population, unless this population is equivalent to the FAS.  This population is only intended for analyses at Week 50.

### 10.2.2   General Methodology

EDC data will be listed by patient and visit.  Fields collected solely for monitoring purposes will not be listed.

Continuous variables will be summarized using the number of non-missing values (n), mean, standard deviation (SD), median, minimum and maximum values; standard errors will also be provided for change from baseline values.  Trough VPI-2690B drug levels and variables subject to inferential analysis on a logarithmic scale (e.g., log(UACR)) will be summarized using geometric means and standard deviations rather than arithmetic versions. Categorical data will be summarized using number of observations and percentages.  Summary statistics for VPI-2690B treatment groups will be shown separately and pooled.

As noted in Section 7.3, the baseline UACR is defined as the median of the UACR values obtained at the Screening and Day 0 visits. The baseline blood pressure is the mean of the blood pressure readings obtained at Visit 3 or Visit 2, if not collected at Visit 3.The baseline value for all other parameters will be the most recent value prior to first administration of study drug.

The study is stratified according to three baseline patient criteria  UACR ($\geq$300 mg/g; $\geq$200 mg/g but <300 mg/g), eGFR (30-60 mL/min/1.73m$^2$, inclusive; >60 mL/min/1.73m$^2$), and whether the patient is taking an SGLT2 inhibitor.  Demographic, background, and efficacy data will be summarized separately for each stratification factor and overall; safety data will be summarized ignoring the stratification factors.

### 10.2.3   Interim Analysis

An interim analysis will be performed when all patients in Cohort A have had the opportunity to complete the Week 12 visit.  Blinding will be maintained at the individual patient level, but not by treatment group.  This analysis will assess the placebo-subtracted percent change in UACR from baseline at Week 12, change in eGFR slope, trough PK, as well as safety assessments, including available ADAs.  This interim analysis will determine whether to proceed to enrollment in Cohort B or perform an interim analysis at Week 24, or at later timepoint.  If needed, the interim analysis may be repeated using Week 24 data, or a later timepoint, when all patients in Cohort A have had the opportunity to complete that visit.  This interim analysis will determine whether to proceed to enrollment in Cohort B.  As described in Section 10.1, an adjustment to the overall alpha level for the possibly two interim analyses in Cohort A is planned; specifically, results for the placebo-subtracted percent change in UACR for pooled VPI-2690B doses from baseline will be deemed statistically significant at the Week 12 interim if the one-sided p-value is <0.005 and at the second interim if the one-sided p-value is <0.045.

SUBJECT TO PROTECTIVE ORDER

VPI-013923
GOV_03105166

The selection of a 0.005 p-value threshold for the Week 12 interim is based upon determination of the one-sided significance level corresponding to a clinically meaningful difference of 37 between 40 placebo and 80 active patients in the percent change from baseline in UACR that would detected with 50 power based on a SD ranging between 0.76 and 0.91. Corresponding minimum detectable differences between treatment means for the second interim at a planned 0.045 significance level with 50 power under the same conditions would range from 22.5 to 26.0.

An additional prospective, unblinded administrative analysis may be completed after the second analysis for Cohort A if recommended by the SC. In addition, a prospective, unblinded administrative analysis will be performed when at least 75 of the enrolled patients in Cohort B have completed the Week 24 visit.

Summary results in the interim analyses will completely identify the treatment groups, but the treatment for all individual patients will not be disclosed; masked IDs will be used for any individual patient data in listings and figures. All staff involved in the conduct of the trial will remain blind to the results of these analyses; this includes all Investigator staff and all staff employed by the Sponsor except for the unblinded statistician/programmers who are directly involved in the execution of the interim analysis. Investigators will only be informed about the decision to continue or to discontinue the trial, or to implement modifications to trial procedures. Further details on the oversight and conduct of the interim analyses were contained in Section 3.2.

The database will be frozen for each interim analysis. For each database freeze, all available data will be entered and, where possible, monitored. Any ongoing AEs or concomitant medications will be left as ongoing.

### 10.2.4    Data Handling Conventions

Data handling conventions, including specific rules and analyses for dealing with possible missing data, will be defined in accordance with appropriate regulatory and ICH guidelines and documented in the Statistical Analysis Plan. The Statistical Analysis Plan will include the detailed procedures for executing the statistical analysis of the primary and secondary variables and other data at the interim and final analyses. The analysis plan will be finalized prior to the first interim analysis and will be updated for subsequent interims and the final analyses based on any changes to the protocol.

## 10.3   Demographics and Baseline Characteristics

Demographic and baseline characteristics will be summarized descriptively for the Safety Population and for the FAS.

SUBJECT TO PROTECTIVE ORDER

VPI-013924
GOV_03105167

## 10.4   Efficacy Analysis

### 10.4.1    Primary Efficacy Analysis

The primary efficacy analysis, a comparison of the placebo and the pooled VPI-2690B treatment groups for the change in log-transformed UACR from Baseline to the analysis endpoint, will be based on an analysis of variance (ANOVA) for log(UACR at analysis endpoint/UACR at Baseline) with treatment, baseline eGFR category, and baseline SGLT2 inhibitor usage as the independent variables.  The categorized baseline UACR which is used for stratification will not be included in this model. The analysis endpoints for interim analyses in Cohort A are at Week 12 and Week 24, or at a later timepoint, (if needed); the analysis endpoint for the interim analysis in Cohort B is currently planned at Week 24; the primary analysis endpoint is at Week 50 based on Cohorts A and B combined. The log(UACR) value at each analysis endpoint is defined as the logarithm of the median of the UACR values from the first morning urines at the analysis point and the immediately prior scheduled visit.   As noted above, efficacy comparisons to placebo for these variables for Cohort A interims will be one-sided and declared statistically significant at the 0.025 level; comparisons at Week 50 for Cohorts A and B combined will be two-sided and declared statistically significant at the 0.05 level.  Testing of each VPI-2690B dose vs. placebo will be done contingent on the statistical significance of the pooled analysis; these pairwise analyses would be controlled at the same overall alpha level as used for the pooled group vs. placebo comparison using the Hochberg approach.  95   confidence intervals for the comparison of each pair of treatment groups will be provided as a descriptive aid for interpretation of results.

Planned secondary analyses of the percent change in UACR at Week 50 will examine the results descriptively in subgroups of patients based on baseline patient characteristics including sex, age, race, ethnicity, BMI, HbA1c, type of diabetes, and use of ACE-I/ARB.  For categorical subgroup variables where the statistical results are qualitatively different and sufficient numbers of patients per treatment are present in all subgroups, the initial ANOVA will be repeated adding that variable into the model to further elucidate the differences; a preliminary model including first level interactions of treatment and the stratification variables with the subgrouping variable will be performed, and if the p-value for an interaction is >0.20, then a reduced model without the specific interaction will be presented.  If an interaction is significant (p<.20) then it may be excluded from the model if a visual review of the nature of the interaction determines that it is quantitative only.

For continuous baseline covariates of age, body weight, BMI, HbA1c, duration of diabetes, and systolic blood pressure, the initial ANOVA will be converted to an ANCOVA by adding the covariate (or a suitable transformation of it) as a linear predictor in the ANOVA model.  Data will be summarized descriptively for each site, but inferential by-site analysis is not planned.

For these primary and secondary analyses, the last reported pair of post-baseline UACR will be carried forward to the specific analysis endpoint for patients missing data at those endpoints.

SUBJECT TO PROTECTIVE ORDER

VPI-013925
GOV_03105168

Additional supportive analyses to examine the effects of missing data, including a completers analysis, will be conducted at Week 50; alternative imputation techniques will be addressed in the Statistical Analysis Plan.

A related secondary analysis will examine the trend in the percent change in UACR using a repeated measures ANOVA/analysis of covariance (ANCOVA) of the log(1+01 percent change) at all post-baseline assessment times with the possible use of the baseline log(UACR) as a covariate. For this analysis the logarithm of the median of the UACR values at each scheduled visit (and not also including the immediately prior visit) will be used in a mixed effects model to accommodate differences in the amount of data present per patient.

### 10.4.2    Secondary Efficacy and Exploratory Endpoint Analysis

The secondary efficacy endpoint, the change in eGFR slope, will be estimated from a mixed effects model with separate fixed treatment-specific intercepts (Day 0) and slopes for the change in eGFR over time and random patient-specific effects on intercept and slope; the baseline UACR and SGLT2 inhibitor usage stratification variables and their interaction with treatment will be included in the model as appropriate. A secondary analysis of the time-adjusted change in eGFR from baseline to the last reported value at or prior to Week 50 will be performed. Treatment comparisons for these analyses will be two-sided and declared statistically significant at the 0.05 level.

Trough serum VPI-2690B drug levels over time will be summarized descriptively by treatment and in planned figures. By-treatment summary and by-patient figures of the exposure-response relationship between the trough serum drug level and the primary and secondary efficacy variables will be presented. Observed values and changes from baseline for urinary nephrin and serum cystatin-C will be summarized descriptively.

## 10.5   Adverse Events

Clinical and laboratory AEs will be coded using the Medical Dictionary for Regulatory Activities (MedDRA). Summaries (number and percentage of patients as well as event counts) of AEs (by System Organ Class [SOC] and Preferred Term) will be provided. For patient counts, patients reporting the same AE more than once will be counted once per preferred term and once per system organ class for preferred term lines. For patient counts, patients reporting more than one AE in the same system organ class will be counted once per system organ class for system organ class lines.

The incidence of AEs will also be summarized by maximum severity, by relationship to the study treatment, and by duration of dosing; event counts will not be provided for the AE summaries accounting for severity, relationship, or duration of dosing. Injection site reactions and major MACE are identified as AEs of special interest. AEs which led to study drug discontinuation,

Gov't Ex. 92
Page 72 of 90

SUBJECT TO PROTECTIVE ORDER

VPI-013926
GOV_03105169

study discontinuation, death, that were considered serious, or were AEs of special interest will be tabulated and listed separately.

## 10.6   Laboratory Evaluations

Results of quantitative laboratory tests performed by the designated central laboratories will be summarized descriptively for each treatment group as observed values and changes from baseline at each visit.  Shift tables will be presented to describe the number and percentage of patients with hematology, clinical chemistry, bone markers, and quantitative urinalysis values below, within, or above normal ranges at baseline versus at later visits.  Shift tables will be presented to describe the number and percentage of patients with qualitative urinalysis tests that are normal or abnormal at baseline versus at later visits.  ADA titers and the presence of any neutralizing antibodies will be summarized categorically at each visit where determined.

## 10.7   Electrocardiograms

Shift tables will be presented to describe the number and percentage of patients for each treatment group with overall ECG interpretations of normal, abnormal-NCS, and abnormal-CS at each post-baseline assessment time.

## 10.8   Vital Signs and Body Weight

Vital sign and body weight data (including changes from baseline) will be summarized descriptively for each treatment group at each assessment time.

Gov't Ex. 92
Page 73 of 90

SUBJECT TO PROTECTIVE ORDER

GOV_03105170

## 11 PATIENT WITHDRAWAL FROM THE STUDY

Patients will be advised that they are free to withdraw from the study at any time, but every reasonable effort should be made by the Investigator to keep patients in the study. However, patients must be withdrawn from the study if the patient withdraws his or her consent to participate. Patients who withdraw from the study prematurely due to an AE will be followed by the Investigator until the AE is resolved or until the medical condition of the patient becomes stable. In the event of patient withdrawal, the Investigator should attempt to determine the reason for the patient's withdrawal and have the patient complete the Early Termination Visit assessments described in Section 4.

In addition, a patient will be withdrawn from the study for the following reasons

- In the opinion of the Investigator, continued participation by the patient in the study would be detrimental to the patient's well being;

- Non-adherence to study drug regimen or protocol requirements including failure to return for follow-up;

- At the request of the Sponsor, the Food and Drug Administration (FDA) or other Regulatory Authorities;

- A female becomes pregnant; or

- A female discontinues contraceptive use with the intent to become pregnant.

Unless a dose group is discontinued, patients will be followed to the end of the study whether or not they remain on study drug – in other words all patients should complete a final study or early termination visit. If a patient withdraws or is withdrawn after administration of study drug, study staff should make every effort to complete the assessments specified in the final study/early termination visit. The reason for discontinuation and the date of withdrawal from the study will be recorded in the EDC.

The Investigator must make every effort to contact patients who are lost to follow-up. Documentation of contact attempts must be made in patient's record.

Neither randomized patients withdrawing from the study nor those removed by the Investigator or the Sponsor will be replaced. Randomized patients who are withdrawn from this study may not re-enter.

The safety analysis will include all patients who have received any dose of study drug. Patients who miss no more than 2 consecutive doses of drug may continue in the study.

SUBJECT TO PROTECTIVE ORDER

VPI-013928
GOV_03105171

All AEs should be followed to resolution as described in Section 9. In the case of a patient lost to follow-up, a minimum of 3 attempts to contact the patient must be made and documented. Patient ID numbers for withdrawn patients will not be re-assigned to another study patient.

## 11.1 Pregnancy Occurring During a Clinical Trial

Any pregnancy diagnosed in a female patient or a male patient's partner while receiving or within 30 days of discontinuing the investigational study drug, must be reported to the Sponsor or its designee within 72 hours of learning of the pregnancy. The Investigator should contact the Sponsor's Medical Monitor and record information related to the pregnancy on the Pregnancy Form provided by the Sponsor. If a female patient who is enrolled in the study does become pregnant during the course of the study, the study drug will be discontinued immediately, and the patient's participation in the study will be terminated.

Early Termination Visit assessments are required as soon as possible following awareness of the pregnancy. The Investigator is also responsible for a telephone contact with the former study participant to assess the outcome of the pregnancy. These findings must be reported on the Pregnancy Outcome Form and transmitted to Sponsor or its designee.

## 11.2 Study Termination

It is anticipated that the study will be terminated by the Sponsor approximately 18 months following randomization of the last study patient. The study may be terminated earlier at the Sponsor's discretion. If the Sponsor discovers conditions which warrant early termination of the study, the Investigator will be notified by the Sponsor or its designee. Examples of conditions that may warrant premature termination of the study include, but are not limited to

- The discovery of an unexpected, serious, or unacceptable risk to the patients enrolled in the study;
- A determination of futility following review of interim analysis results;
- The decision on the part of the Sponsor to suspend or discontinue testing, evaluation, or development of the study drug.

If the study is prematurely terminated, clinical sites may be asked to have all patients currently participating in the study complete final assessments as described in Section 6.

## 11.3 Clinical Site Closure

On termination of the study, all clinical sites will be closed. The Sponsor may terminate participation of a clinical site at any time. Examples of conditions that may warrant premature termination of a clinical site include, but are not limited to

- Non-compliance with the protocol and/or applicable regulations and guidelines, and

SUBJECT TO PROTECTIVE ORDER

VPI-013929
GOV_03105172

Protocol No. VPI-CLIN-201-AD
Version 5.0, Version Date: 12 October 2015

VPI-2690B Injection
Vascular Pharmaceuticals, Inc.

- Inadequate patient enrollment.

SUBJECT TO PROTECTIVE ORDER

VPI-013930

GOV_03105173

Protocol No. VPI-CLIN-201-AD
Version 5.0, Version Date: 12 October 2015

VPI-2690B Injection
Vascular Pharmaceuticals, Inc.

## 12  RESPONSIBILITIES

### 12.1  Investigator Responsibilities

#### 12.1.1  Good Clinical Practice

The Investigator will ensure that this study is conducted in accordance with the principles of the ≥Declaration of Helsinki" (as amended and adopted by the World Medical Association 59[h] General Assembly in Seoul, Korea in 2008), ICH guidelines, or with the laws and regulations of the country in which the research is conducted, whichever affords the greater protection to the study patient.

The Sponsor and Investigators will follow requirements as set forth in the U.S. Code of Federal Regulations, 21 CFR Parts 50, 54, 56, and 312 and the ICH E6 Good Clinical Practice (GCP) Consolidated Guidance (ICH 1996).  Investigator responsibilities are set out in Section 4 of the E6 Guideline (as published in the Federal Register May 1997).  Sponsor responsibilities are set out in Section 5 of the E6 ICH Guideline (as published in the Federal Register May 1997).

Since this is a ≥covered" clinical trial, the Investigator will ensure that 21 CFR Part 54, 1998, is adhered to; a ≥covered" clinical trial is any ≥study of a drug or device in humans submitted in a marketing application or reclassification petition patient to this part that the applicant or FDA relies on to establish that the product is effective (including studies that show equivalence to an effective product) or that make a significant contribution to the demonstration of safety."  This requires that Investigators and all sub-Investigators must provide documentation of their financial interest or arrangements with the Sponsor, or proprietary interests in the treatment being studied.  This documentation must be provided before participation of the Investigator and any sub-Investigator.  The Investigator and sub-Investigator agree to notify the Sponsor of any change in reportable interests during the study and for 1 year following completion of the study. Study completion is defined as the date that the last patient has completed the protocol defined activities.

#### 12.1.2  Institutional Review Board / Independent Ethics Committee Approval

This protocol and any accompanying material to be provided to the patient (such as advertisements, patient information sheets, or descriptions of the study used to obtain informed consent) will be submitted by the Investigator to an IRB/independent ethics committee (IEC). Approval from the IRB/IEC must be obtained before starting the study and should be documented in a letter to the Investigator specifying the protocol number, protocol version, protocol date, documents reviewed, and date on which the committee met and granted the approval.

Gov't Ex. 92
Page 77 of 90

VPI-013931
GOV_03105174

SUBJECT TO PROTECTIVE ORDER

All documents patient to review during the study, including, but not limited to, any modifications made to the protocol after receipt of IRB/IEC approval and SAE safety reports must also be submitted to the Committee for review and/or approval prior to implementation (if applicable).

As part of the written application to the IRB/IEC, the Investigator should provide the Committee with a current copy of the IB. If the IB is updated during the study, the Investigator should supply an updated copy to the Committee.

### 12.1.3    Informed Consent

The Investigator is responsible for obtaining written informed consent from each individual participating in this study after each patient has received adequate explanation of the aims, methods, objectives, and potential hazards of the study and before the patient undergoes any study-related procedures. The Investigator must utilize an IRB/IEC-approved consent form for documenting written informed consent. Each informed consent will be appropriately signed and dated by the patient or the patient's legally authorized representative and the person obtaining consent.

### 12.1.4    Confidentiality

The Investigator must assure that patients' anonymity will be strictly maintained and that their identities are protected from unauthorized parties. Only patient initials, date of birth and an identification code (i.e., not names) should be recorded on any form or biological sample submitted to the Sponsor/designee or IRB/IEC. The Investigator must keep a patient identification log showing codes, names, and addresses for all patients screened and for all patients enrolled in the trial.

The Investigator agrees that all information received from the Sponsor, including but not limited to the IB, this protocol, EDC, study drug, and any other study information remain the sole and exclusive property of the Sponsor during the conduct of the study and thereafter. This information is not to be disclosed to any third party (except employees or agents directly involved in the conduct of the study or as required by law) without prior written consent from the Sponsor. The Investigator further agrees to take all reasonable precautions to prevent the disclosure by any employee or agent of the study site to any third party or otherwise into the public domain.

### 12.1.5    Study Initiation

Clinical site staff may not enroll patients into the study until receiving notification from the Sponsor (or designee) that the study may be initiated at the clinical site.

SUBJECT TO PROTECTIVE ORDER

VPI-013932
GOV_03105175

### 12.1.6    Study Files and Retention of Records

The Investigator must maintain adequate and accurate records to enable the conduct of the study to be fully documented and the study data to be subsequently verified.  These documents should be classified into at least the following 2 categories  1) Investigator's study file, and 2) patient clinical source documents.

The Investigator's study file will contain the protocol/amendments, IRB/IEC and governmental approval with correspondence, informed consent, drug records, staff curriculum vitae and authorization forms, and other appropriate documents and correspondence.

Patient clinical source documents (usually defined by the project in advance to record key efficacy/safety parameters independent of data recorded in the EDC) would include (although not be limited to) the following  patient hospital/clinic records, physician's and nurse's notes, appointment book, original laboratory reports, ECG,  special assessment reports, or consultant letters.

All clinical study documents must be retained by the Investigator until at least 2 years after the last approval of a marketing application in an ICH region (i.e., U.S., Europe, or Japan) and until there are no pending or contemplated marketing applications in an ICH region; or, if no application is filed or if the application is not approved for such indication, until 2 years after the investigation is discontinued and regulatory authorities have been notified.  Investigators may be required to retain documents longer if required by applicable regulatory requirements or an agreement with the Sponsor.  The Investigator must notify the Sponsor before destroying any clinical study records.  Should the Investigator wish to assign the study records to another party or move them to another location, the Sponsor must be notified in advance.

If the Investigator cannot guarantee this archiving requirement at the study site for any or all of the documents, special arrangements must be made between the Investigator and the Sponsor to store these in sealed containers outside of the site so that they can be returned sealed to the Investigator in case of a regulatory audit.  When source documents are required for the continued care of the patient, appropriate copies should be made for storage outside of the site.

Biological samples at the conclusion of this study may be retained in storage by the Sponsor for a period up to 2 years for purposes of this study.

### 12.1.7    Electronic Data Capture

For each patient enrolled, data must be entered into the EDC within a reasonable time period after data collection.  This procedure also applies to records for those patients who fail to complete the study (even during a pre-enrollment screening period).  If a patient withdraws from

SUBJECT TO PROTECTIVE ORDER

VPI-013933
GOV_03105176

the study, the reason must be noted in the EDC. If a patient is withdrawn from the study because of a treatment-limiting AE, thorough efforts should be made to clearly document the outcome.

All protocol-required data will be collected in the EDC. A list of systems used to create, modify, maintain, archive, retrieve, or transmit data will be maintained by the Sponsor or their designee.

The Investigator is required to electronically sign-off on each patient's data in the EDC following completion of the study by the patient.

### 12.1.8     Drug Accountability

The Investigator or designee (e.g., pharmacist or appropriately qualified designee) is responsible for ensuring adequate accountability of all used and unused study drug. This responsibility includes acknowledgment of receipt of each study drug shipment (quantity and condition), patient dispensing records, and returned or destroyed study product. Dispensing records will document quantities of drug product received from the Sponsor and quantities dispensed to patients, including lot number, date dispensed, patient identifier number, patient initials, and the initials of the person dispensing the study drug.

At study initiation, the monitor will evaluate the site's standard operating procedure for study drug disposal/destruction in order to ensure that it complies with the Sponsor's requirements. Study drug may be returned or destroyed on an ongoing basis during the study if appropriate. At the end of the study, following final drug inventory reconciliation by the monitor, the study site will return/dispose of and/or destroy all unused study treatment supplies, including empty containers, according to these procedures. If the site cannot meet the Sponsor's requirements for disposal, arrangements will be made between the site and the Sponsor or its representative for destruction or return of unused study drug supplies.

All treatment supplies and associated documentation will be periodically reviewed and verified by the study monitor over the course of the study.

### 12.1.9     Inspections

The Investigator should understand that source documents for this trial should be made available to appropriately qualified personnel from the Sponsor or its representatives, to the IRB/IEC, or to regulatory authority or health authority inspectors.

### 12.1.10   Protocol Compliance

The Investigator is responsible for ensuring that the study is conducted in accordance with the procedures and evaluations described in this protocol.

SUBJECT TO PROTECTIVE ORDER

VPI-013934
GOV_03105177

## 12.2    Sponsor Responsibilities

### 12.2.1    Protocol Modifications

Protocol modifications, except those intended to reduce immediate risk to study patients, may be made only by the Sponsor.  All protocol modifications must be submitted to the IRB/IEC in accordance with local requirements.  Approval must be obtained before changes can be implemented.

A protocol change intended to eliminate an apparent immediate hazard to patients may be implemented immediately, provided the IRB/IEC is notified within 5 days of implementation.

Any permanent change to the protocol must be handled as a protocol amendment.  The written amendment must be submitted to the IRB/IEC, and the Investigator must await approval before implementing the changes.  The Sponsor will submit protocol amendments to the appropriate regulatory authorities for approval.

If in the judgment of the IRB/IEC, the Investigator, and/or the Sponsor, the amendment to the protocol substantially changes the study design and/or increases the potential risk to the patient and/or has an impact on the patient s involvement as a study participant, the currently approved written informed consent form will require similar modification.  In such cases, informed consent will be renewed for patients enrolled in the study before implementing protocol changes.

### 12.2.2    Study Report and Publications

A clinical study report (CSR) will be prepared and provided to the regulatory agency(ies).  The Sponsor will ensure that the CSR meets the standards set out in the ICH Guideline for Structure and Content of Clinical Study Reports (ICH E3).  After conclusion of the study, and release of the multi-center results and only with prior written approval from the Sponsor, Investigators in this study may communicate, orally present, or publish in scientific journals or other scholarly media. The following conditions need to have been met

- The results of the study in their entirety have been publicly disclosed by or with the consent of the Sponsor in an abstract, manuscript, or presentation form; and

- The Sponsor is provided a copy of all manuscripts and materials at least sixty (60) days prior to submitting to a publisher, reviewer, or other outside persons and allow the Sponsor to review and comment on them.  At the Sponsor's request, (1) the Site shall remove any Confidential Information, other than Study results generated by Site's performance of the Study, prior to submitting or presenting the materials **and (2) the Site shall delay the proposed communication, presentation or publication for an additional sixty (60) days to enable the Sponsor to file patent applications.**

SUBJECT TO PROTECTIVE ORDER

VPI-013935
GOV_03105178

- Assistance and funding provided by the Sponsor is acknowledged and any potential conflict of interest, including any financial or personal relationship that could be perceived to bias author's work, as required by scientific congresses or for the purpose of meeting the requirements of a journal associated with the publication of the manuscript.

- In the event there is no multi-center publication eighteen (18) months after the Study has been completed or terminated at all Study sites, and all data has been received, the Site shall have the right to publish its results from the Study, patient to the prior review, confidentiality and patient data requirements described above.

- Inclusion of the Site in the authorship of any multi-center publication will be based upon substantial contribution to the design, analysis, interpretation of data, drafting and/or critically revising any manuscript(s) derived from the Study.

## 12.3   Joint Investigator/Sponsor Responsibilities

### 12.3.1   Access to Information for Monitoring

In accordance with ICH GCP guidelines, the study monitor must have direct access to the Investigator's source documentation in order to verify the data recorded in the EDC for consistency.

The monitor is responsible for routine review of data in the EDC at regular intervals throughout the study to verify adherence to the protocol and the completeness, consistency, and accuracy of the data being entered.  The monitor should have access to any patient records needed to verify data in the EDC.  The Investigator agrees to cooperate with the monitor to ensure that any problems detected in the course of these monitoring visits are resolved.

### 12.3.2   Access to Information for Auditing or Inspections

Representatives of regulatory authorities or of the Sponsor may conduct inspections or audits of the clinical study.  If the Investigator is notified of an inspection by a regulatory authority, the Investigator agrees to notify the designated the Sponsor representative immediately.  The Investigator agrees to provide to representatives of a regulatory agency or the Sponsor access to records, facilities, and personnel for the effective conduct of any inspection or audit.

### 12.3.3   Study Discontinuations

The Sponsor reserves the right to terminate the study at any time.  Should this be necessary, both parties will arrange discontinuation procedures and notify the appropriate regulatory authority(ies), IRBs, and IECs.  In terminating the study, the Sponsor and the Investigator will assure that adequate consideration is given to the protection of the patients' interests.

SUBJECT TO PROTECTIVE ORDER

VPI-013936
GOV_03105179

## 13 REFERENCES

1. Kanwar YS, Sun L, Xie P, Liu FY, Chen S. A glimpse of various pathogenetic mechanisms of diabetic nephropathy. *Ann Rev Pathol*. 2011;6 395-423.

2. Mann, JF, Schmieder RE, McQueen M, Dyal L, Schumacher H, Pogue J, Wang X, Maggioni A, Budaj A, Chaithiraphan S, Dickstein K, Keltai M, Metsärinne K, Oto A, Parkhomenko A, Piegas LS, Svendsen TL, Teo KK, Yusuf S; ONTARGETinvestigators. Renal outcomes with telmisartan, ramipril, or both, in people at high vascular risk (the ONTARGET study)  a multicentre, randomised, double-blind, controlled trial. *Lancet*. 2008;372 547-553.

3. Weil EJ, Lemley KV, Mason CC, Yee B, Jones LI, Blouch K, Lovato T, Richardson M, Myers BD, Nelson RG. Podocyte detachment and reduced glomerular capillary endothelial fenestration promote kidney disease in type 2 diabetic nephropathy. *Kidney Int*. 2012;82 1010-1017.

4. Clemmons DR, Maile LA, Ling Y, Yarber J, Busby WH. Role of the integrin alphaVbeta3 in mediating increased smooth muscle cell responsiveness to IGF-I in response to hyperglycemic stress. *Growth Horm IGF Res*. 2007;17(4) 265-270.

5. Maile LA, Busby WH, Nichols TC, Bellinger DA, Merricks EP, Rowland M, Veluvolu U, Clemmons DR.  A monoclonal antibody against alphaVbeta3 integrin inhibits development of atherosclerotic lesions in diabetic pigs. *Sci Transl Me*d. 2010;2(18) 18ra11.

6. Xiong JP, Stehle T, Diefenbach B, Zhang R, Dunker R, Scott DL, Joachimiak A, Goodman SL, Arnaout MA. Crystal structure of the extracellular segment of integrin αVβ3. *Science*. 2001;294(5541) 339-345.

7. Inker LA, Schmid CH, Tighiouart H, Eckfeldt JH, Feldman HI, Greene T, Kusek JW, Manzi J, Van Lente F, Zhang YL, Coresh J, LeveyAS; CKD-EPI Investigators. Estimating glomerular filtration rate from serum creatinine and cystatin C. *New Eng J Med* 2012;367(1) 20-29.

8. Bai S, Jorga K, Xin Y, Jin D, Zheng Y, DamicoBeyer LA, Gupta M, Tang M, Allison DE, Lu D, Zhang Y, Joshi A, Dresser MJ. A guide to rational dosing of monoclonal antibodies. *Clin Pharmacokinet*. 2012;51(2) 119-135.

Gov't Ex. 92
Page 83 of 90

VPI-013937
GOV_03105180

SUBJECT TO PROTECTIVE ORDER

Protocol No. VPI-CLIN-201-AD
Version 4.0, Version Date: 17 April 2015

VPI-2690B Injection
Vascular Pharmaceuticals, Inc.

## Appendix 1   Schedules of Assessments

| Study Assessment | Screening | | | Randomization Visit | Blinded Treatment Period | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Visit 1 | Urine drop off | Visit 2 | Visit 3 | Visit 4 | Visit 5 | Visit 6 | Visit 7 | Visit 8 | Visit 9 | Visit 10 | Visit 11 | Visit 12 |
| | Up to Day -60 | | | Day 0 (±3d) | Week 1 (±3d) | Week 2 (±3d) | Week 4 (±3d) | Week 8 (±3d) | Week 10 (±3d) | Week 12 (±3d) | Week 16 (±3d) | Week 22 (±3d) | Week 24 (±4d) |
| Obtain Initial Screening Informed Consent | X | – | – | – | – | – | – | – | – | – | – | – | – |
| Obtain Informed Consent for Study | – | – | X | – | – | – | – | – | – | – | – | – | – |
| Perform urine dipstick; record BP[c]; demographics; height & weight; calculate BMI | X[a] | – | – | – | – | – | – | – | – | – | – | – | – |
| Confirm inclusion/exclusion criteria | X | – | X | X | – | – | – | – | – | – | – | – | – |
| Collect past medical history (including exercise) | – | – | X | – | – | – | – | – | – | – | – | – | – |
| Record medications | – | – | X | X | X | X | X | X | X | X | X | X | X |
| Record body weight | – | – | – | X | – | – | – | – | – | X | – | – | X |
| Perform complete physical exam | – | – | X | – | – | – | – | – | – | – | – | – | X |
| Perform abbreviated physical exam[b] | – | – | – | X[b] | – | X | – | – | – | X | – | – | – |
| Record BP (in absence of physical exam)[c] | – | – | X | – | X | – | X | X | X | – | X | – | – |
| Perform 12-lead ECG | – | – | X | –[e] | – | – | – | – | – | – | – | – | – |

CONFIDENTIAL

Page 84 of 90

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 92
Page 84 of 90

VPI-013938
GOV_03105181

Protocol No. VPI-CLIN-201-AD
Version 4.0, Version Date: 17 April 2015

VPI-2690B Injection
Vascular Pharmaceuticals, Inc.

| Study Assessment | Screening | | | Randomization Visit | Blinded Treatment Period | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Visit 1 | Urine drop off | Visit 2 | Visit 3 | Visit 4 | Visit 5 | Visit 6 | Visit 7 | Visit 8 | Visit 9 | Visit 10 | Visit 11 | Visit 12 |
| | Up to Day -60 | | | Day 0 (±3d) | Week 1 (±3d) | Week 2 (±3d) | Week 4 (±3d) | Week 8 (±3d) | Week 10 (±3d) | Week 12 (±3d) | Week 16 (±3d) | Week 22 (±3d) | Week 24 (±4d) |
| Draw blood for clinical chemistry (includes SCr) | – | – | X | X | – | X | X | X | – | X | – | – | X |
| Draw blood for hematology | – | – | X | X | – | – | X | – | – | X | – | – | X |
| Draw blood for infectious diseases | – | – | X | – | – | – | – | – | – | – | – | – | – |
| Draw blood for lipid profile | – | – | – | X | – | – | – | – | – | X | – | – | X |
| Draw blood for cystatin C (for eGFR calculation by central lab) | – | – | X | X | – | – | – | – | – | X | – | – | X |
| Draw blood for HbA1c | – | – | X | – | – | – | – | – | – | X | – | – | X |
| Draw blood for bone marker analysis (CTx & PINP) | – | – | – | X | – | – | – | – | – | X | – | – | X |
| Draw blood for PK & ADA samples | – | – | – | X | – | – | – | – | – | X | – | – | X |
| Draw blood for PT & PTT | – | – | – | X | – | – | – | – | – | – | – | – | – |
| Draw blood and store serum, plasma for exploratory biomarker analysis | – | – | – | X | – | – | – | – | – | X | – | – | X |
| Draw blood for B-HCG pregnancy test (WOCBP only) | – | – | X | – | – | – | – | – | – | – | – | – | – |
| Obtain urine sample for pregnancy test (WOCBP only) | – | – | – | X | – | – | – | – | – | – | – | – | – |
| Obtain urine sample for urinalysis | – | – | X | – | – | – | – | – | – | X | – | – | X |

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 92
Page 85 of 90

VPI-013939
GOV_03105182

Protocol No. VPI-CLIN-201-AD
Version 4.0, Version Date: 17 April 2015

VPI-2690B Injection
Vascular Pharmaceuticals, Inc.

| Study Assessment | Screening | | | Randomization Visit | Blinded Treatment Period | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Visit 1 | Urine drop off | Visit 2 | Visit 3 | Visit 4 | Visit 5 | Visit 6 | Visit 7 | Visit 8 | Visit 9 | Visit 10 | Visit 11 | Visit 12 |
| | Up to Day -60 | | | Day 0 (±3d) | Week 1 (±3d) | Week 2 (±3d) | Week 4 (±3d) | Week 8 (±3d) | Week 10 (±3d) | Week 12 (±3d) | Week 16 (±3d) | Week 22 (±3d) | Week 24 (±4d) |
| Collect urine sample for nephrin | – | – | – | X | – | – | X | – | – | X | – | – | X |
| Collect and store urine samples for exploratory biomarker analysis | – | – | – | X | – | – | – | – | – | X | – | – | X |
| Dispense UACR urine specimen container | X | – | X | – | – | X | X | X | X | – | X | X | – |
| Collect urine samples for UACR | – | X | – | X | – | – | X | X | X | X | – | X | X |
| Randomization & administration of 1st dose of Study Drug[d,f] | – | – | – | X | – | – | – | – | – | – | – | – | – |
| Dispense study drug (for take-home administration) | – | – | – | – | – | – | X | | | X | X | – | X |
| Patient self-administration of Study Drug in the clinic[d,f] | – | – | – | – | X | X | X | X | X | X | X | X | X |
| Record Adverse Events | – | – | – | X | X | X | X | X | X | X | X | X | X |

**Abbreviations and Notes to Schedules of Assessments provided in Appendix 2.**

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 92
Page 86 of 90

VPI-013940
GOV_03105183

## Appendix 2  Schedule of Assessments - Continued

| Study Assessment | Blinded Treatment Period | | | | End of Study/Early Termination | Follow-up |
|---|---|---|---|---|---|---|
| | Visit 13 | Visit 14 | Visit 15 | Visit 16 | Visit 17 | Visit 18 |
| | Week 30 (±5d) | Week 36 (±5d) | Week 42 (±5d) | Week 48 (±5d) | Week 50 (±5d) | Week 54 (±5d) |
| Obtain Initial Screening Informed Consent | – | – | – | – | – | – |
| Obtain Informed Consent for Study | – | – | – | – | – | – |
| Perform urine dipstick; record BP; demographics; height & weight; calculate BMI | – | – | – | – | – | – |
| Confirm inclusion/exclusion criteria | – | – | – | – | – | – |
| Collect past medical history (including exercise) | – | – | – | – | – | – |
| Record medications | X | X | X | X | X | X |
| Record body weight | – | – | – | – | X | – |
| Perform complete physical exam | – | – | – | – | X | – |
| Perform abbreviated physical exam[b] | – | X | – | – | – | – |
| Record BP (in absence of physical exam)[c] | – | – | – | X | – | X |
| Perform 12-lead ECG | – | – | – | – | X | – |
| Draw blood for clinical chemistry (including SCr) | – | X | – | – | X | X |
| Draw blood for hematology | – | X | – | – | X | – |
| Draw blood for infectious diseases | – | – | – | – | – | – |
| Draw blood for lipid profile | – | – | – | – | X | – |
| Draw blood for cystatin C (for eGFR calculation by central lab) | – | X | – | – | X | X |
| Draw blood for HbA1c | – | – | – | – | X | – |

SUBJECT TO PROTECTIVE ORDER

Gov't Ex. 92
Page 87 of 90

VPI-013941

GOV_03105184

Protocol No. VPI-CLIN-201-AD
Version 4.0, Version Date: 17 April 2015

VPI-2690B Injection
Vascular Pharmaceuticals, Inc.

| Study Assessment | Blinded Treatment Period | | | | End of Study/Early Termination | Follow-up |
|---|---|---|---|---|---|---|
| | Visit 13 | Visit 14 | Visit 15 | Visit 16 | Visit 17 | Visit 18 |
| | Week 30 (±5d) | Week 36 (±5d) | Week 42 (±5d) | Week 48 (±5d) | Week 50 (±5d) | Week 54 (±5d) |
| Draw blood for bone marker analysis (CTx & PINP) | – | – | – | – | X | X |
| Draw blood for PK & ADA samples | – | X | – | – | X | X |
| Draw blood for PT & PTT | – | – | – | – | – | – |
| Draw blood and store plasma, serum samples for exploratory biomarker analysis | – | | – | – | X | X |
| Draw blood for B-HCG pregnancy test (WOCBP only) | – | – | – | – | | |
| Obtain urine sample for pregnancy test (WOCBP only) | – | – | – | – | X | – |
| Obtain urine sample for urinalysis | – | – | – | – | X | X |
| Collect urine sample for nephrin | – | X | – | – | X | X |
| Collect and store urine sample for exploratory biomarker analysis | – | | – | – | X | X |
| Dispense UACR urine specimen container | X | – | X | X | X | – |
| Collect urine samples for UACR | – | X | – | X | X | X |
| Randomization & administration of 1st dose of Study Drug[d,f] | – | – | – | – | – | – |
| Dispense study drug (for take-home administration) | X | X | X | – | – | – |
| Patient self administration of Study Drug in the clinic[d,f] | X | X | X | X | – | – |
| Record Adverse Events | X | X | X | X | X | X |

Abbreviations:  ADA = anti-drug antibody (to VPI-2690B); B-HCG = beta-human chorionic gonadotropin; BMI = body mass index; BP = blood pressure; CTx = C-terminal telopeptide of type I collagen; ECG = electrocardiogram; eGFR = estimated glomerular filtration rate; ET = early termination; Hb = hemoglobin; PK = pharmacokinetics; PINP = N-terminal propeptide of human procollagen type I; PT = prothrombin time; PTT = partial thromboplastin time; SCr = serum creatinine; UACR = urinary albumin to creatinine ratio; WOCBP = women of child bearing potential.

Gov't Ex. 92
Page 88 of 90

VPI-013942

SUBJECT TO PROTECTIVE ORDER

GOV_03105185

Notes to Schedules of Assessments:

(–) = assessment or procedure not performed.

a. At Visit 1, a spot urine (dipstick) may be performed to measure albuminuria; screening will proceed if the result is ≥1+. However, if in the investigator's judgment, a patient is likely to have UACR in the qualifying range based on reasonably recent assessments, e.g. 1 to 2 months, the urine dipstick value of ≥1+ for protein may not be required at Visit 1.

b. Abbreviated Physical Exam to include vital signs (BP, heart rate, respiratory rate and temperature), auscultation of heart and lungs and assessment of peripheral pulses and careful review for any bleeding. At Visit 3 perform abbreviated PE prior to dosing and approximately 2 hours after dosing. At Visit 4 monitor patient for safety approximately 2 hours after dosing, and perform abbreviated PE as judged necessary by the Investigator.

c. BP should be assessed after patient has been sitting quietly for at least 5 minutes and before any scheduled blood draws are performed. At Visit 1, BP will be measured 3 times in each arm and recorded. All subsequent BP measurements will be performed 3 times using the arm with the highest recorded BP, using the same instruments for all assessments, if possible. Patients must have a BP based on the average of 3 assessments, taken 2 minutes apart, of ≥ 150/95 mmHg on at least 2 of the screening visits. Patients without documented stable BP at Visit 1 will need to document stable BP on 2 separate occasions, at least 7 but not more than 14 days apart, one of which may include Screening Visit 2).

d. All blood draws should be performed after physical exam, BP measurement and ECG is performed and prior to dosing.

e. An ECG will be performed at Baseline (prior to dosing) if the screening ECG was performed greater than 2 weeks prior.

f. Clinic staff will administer study drug at Visit 3; during Visits 4, 5, and 6, study patients will be trained on proper administration of drug and self dose in clinic.

Gov't Ex. 92
Page 89 of 90

VPI-013943

SUBJECT TO PROTECTIVE ORDER

GOV_03105186

## Appendix 3  CKD-EPI Creatinine-Cystatin C Equation

eGFR = 135 x (Scr/k)-0.601 x (Scys/0.8)-0.711 x 0.995age [ x 0.969 if female] [ x 1.08 if black], where

Scr = serum creatinine (mg/dL)
Scys = serum cystatin-c (mg/L)
Age = years
k = 0.7 for females and 0.9 for males

Gov't Ex. 92
Page 90 of 90

VPI-013944

SUBJECT TO PROTECTIVE ORDER

GOV_03105187