United States District Court
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>Martin Valdes,<br>Fidalgis Font,<br>Julio Lopez,<br>Defendants. | Case No. 21-CR-20106-Scola |

**Jury Note/Question**

Juror 8 does not feel well. How should we proceed?