UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-20106-CR-RNS

UNITED STATES OF AMERICA

vs.

MARTIN VALDES,

        Defendant.
_____/

**VERDICT**

We, the Jury, unanimously find as follows as to the Defendant **MARTIN VALDES**:

**COUNT 1**: Conspiracy to Commit Mail and Wire Fraud

_____         ✓_____
GUILTY              NOT GUILTY

If you find the Defendant not guilty as to Count 1, move on to Count 2. If you find the Defendant guilty as to Count 1, please indicate which offense(s) the Defendant conspired to commit:

We, the Jury, unanimously find that the Object of the Conspiracy was:

_____
MAIL FRAUD

_____
WIRE FRAUD

**COUNT 2**: Mail Fraud

_____         ✓_____
GUILTY              NOT GUILTY

**COUNT 3: Mail Fraud**

_____            ✓
GUILTY                       _____
                             NOT GUILTY

**COUNT 4: Money Laundering**

_____            ✓
GUILTY                       _____
                             NOT GUILTY

**COUNT 6: False Statements**

      ✓
_____                   _____
GUILTY                       NOT GUILTY

**SO SAY WE ALL.**

Dated this __18__ day of May, 2023.


_____            _____
Foreperson's signature       Foreperson's number